# EXHIBIT E

U.S. Trademark Reg. No. 3,974,856

### United States of America
#### United States Patent and Trademark Office

## THE RETAIL EQUATION

**Reg. No. 3,974,856**
**Registered June 7, 2011**

**Int. Cls.: 9, 16, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

THE RETAIL EQUATION, INC. (DELAWARE CORPORATION)
6430 OAK CANYON, SUITE 250
IRVINE, CA 92618

FOR: COMPUTER SOFTWARE FOR PROVIDING RETURN AUTHORIZATION INFORMATION; COMPUTER SOFTWARE FOR PROVIDING RECEIPT RECONCILIATION INFORMATION IN THE FIELDS OF RETURN AUTHORIZATION, COUPONS, FRAUD AND ABUSE; COMPUTER SOFTWARE FOR ALLOWING RETAILERS TO DETECT AND STOP FRAUDULENT AND ABUSIVE RETURN BEHAVIOR AS WELL AS INCREASE SALES AND CUSTOMER LOYALTY; FRAUD DETECTION SOFTWARE; COMPUTER SOFTWARE FOR TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; COMPUTER SOFTWARE FOR COLLECTING AND ANALYZING RETURN INFORMATION; COMPUTER SOFTWARE FOR DETECTING AND TRACKING FRAUD AND ABUSE AND IMPROPER RETURNS USED BY RETAILERS; COMPUTER SOFTWARE FOR STORING INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED; COMPUTER SOFTWARE FOR PROCESSING RETURNS; COMPUTER DATABASE FOR PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA; COMPUTER SOFTWARE FOR USE BY RETAILERS WHICH PROCESSES RETURNS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS; COMPUTER SOFTWARE FOR ENCOURAGING CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION; ELECTRONIC DATABASE FOR USE BY RETAIL STORE OPERATORS TO EVALUATE AND TRACK FINANCIAL PERFORMANCE, CUSTOMER SERVICES PERFORMANCE, CUSTOMER AND CONSUMER INFORMATION, COUPON ACTIVITY, INVENTORY, PURCHASE HISTORY, RETURN HISTORY, AND AVAILABLE REWARDS RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN AUTHORIZATION SERVICES RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN MANAGEMENT SERVICES RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR USE IN CONNECTION WITH RECEIPT RECONCILIATION SERVICES RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE WITH CONSUMER INFORMATION RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR ALLOWING RETAILERS TO DETECT AND STOP FRAUDULENT AND ABUSIVE RETURN BEHAVIOR AS WELL AS INCREASE SALES AND CUSTOMER LOYALTY RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR COLLECTING AND ANALYZING RETURN INFORMATION RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR DETECTING AND TRACKING FRAUD AND ABUSE AND IMPROPER RETURNS USED BY RETAILERS RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR STORING INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR PROCESSING RETURNS RECORDED

**Reg. No. 3,974,856** ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE SYSTEM TO ENCOURAGE CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION RECORDED ON COMPUTER MEDIA; DOWNLOADABLE ELECTRONIC DATABASE RECORDED ON COMPUTER MEDIA FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR; DOWNLOADABLE ELECTRONIC DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR; MANUALS SOLD AS A UNIT WITH ALL OF THE FOREGOING GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

FOR: PRINTED REPORTS AND MANUALS IN FIELDS OF RETURN AUTHORIZATION, RECEIPT RECONCILIATION, FRAUD DETECTION, RETURN ABUSE, CUSTOMER LOYALTY, AND CUSTOMER INFORMATION RELATING TO SHOPPING, RETURNS AND PURCHASE HISTORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

FOR: RETURN MANAGEMENT, NAMELY, MANAGEMENT OF RETURNED MERCHANDISE; BUSINESS MANAGEMENT SERVICES, NAMELY, TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; PROVIDING BUSINESS INFORMATION, NAMELY, PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA; PROVIDING RETURN AUTHORIZATION SERVICES TO RETAILERS THROUGH A COMPUTER DATABASE TO AUTHORIZE MERCHANDISE RETURN BY CONSUMERS BY INFORMING RETAIL ESTABLISHMENTS OF ANY POTENTIAL RETURN/REFUND FRAUD OR ABUSE OF THE RETAILER'S RETURN POLICY BY CHECKING THE DATABASE FOR CONSUMERS' PRIOR RETURN HISTORY WITH MULTIPLE RETAILERS; PROVIDING FRAUD DETECTION SERVICES FOR RETAILERS IN THE FIELD OF MERCHANDISE RETURNS; PROVIDING AN ON-LINE COMPUTER DATABASE WITH CONSUMER INFORMATION IN THE FIELDS OF RETURN AUTHORIZATION, COUPONS, FRAUD AND ABUSE; PROVIDING AN ON-LINE COMPUTER DATABASE FOR ALLOWING RETAILERS TO DETECT AND STOP FRAUDULENT AND ABUSIVE RETURN BEHAVIOR AS WELL AS INCREASE SALES AND CUSTOMER LOYALTY; PROVIDING AN ON-LINE COMPUTER DATABASE TO DELETE CONSUMER FRAUD; PROVIDING AN ON-LINE COMPUTER DATABASE CONTAINING CUSTOMERS' RETURN INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE THAT COLLECTS AND ANALYZES RETURN INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE WHICH STORES INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED; PROVIDING AN ON-LINE COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS; PROVIDING AN ON-LINE COMPUTER DATABASE SYSTEM TO ENCOURAGE CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION RECORDED ON COMPUTER MEDIA; PROVIDING AN ON-LINE COMPUTER DATABASE FOR TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR; PROVIDING AN ON-LINE COMPUTER

**Reg. No. 3,974,856** DATABASE FOR PROVIDING CUSTOMERS AND RECIPIENTS PRODUCT RETURNS; PROVIDING AN ON-LINE COMPUTER DATABASE FOR ENCOURAGING CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN AUTHORIZATION SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN MANAGEMENT SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RECEIPT RECONCILIATION SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE WITH CONSUMER INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE FOR COLLECTING AND ANALYZING RETURN INFORMATION; PROVIDING ON-LINE COMPUTER DATABASE FOR DETECTING AND TRACKING FRAUD AND ABUSE AND IMPROPER RETURNS USED BY RETAILERS RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR STORING INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR PROCESSING RETURNS RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS RECORDED ON COMPUTER MEDIA; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE BY RETAIL STORE OPERATORS OR AT THE POINT OF TRANSACTION TO ENABLE THE RETAILER TO DETERMINE BASED UPON THE CUSTOMER'S RETURN HISTORY, PURCHASE HISTORY AND RETURNED ITEMS, WHETHER THE CUSTOMER SHOULD RECEIVE A SPECIAL OFFER THAT ENCOURAGES THE CUSTOMER TO CONTINUE SHOPPING AT THE RETAIL STORE OR RETURN TO THE STORE AT A LATER TIME; PROVIDING AN ON-LINE DATABASE FOR USE BY RETAIL STORE OPERATORS, TO EVALUATE AND TRACK FINANCIAL PERFORMANCE, CUSTOMER SERVICES PERFORMANCE, CUSTOMER AND CONSUMER INFORMATION, COUPON ACTIVITY, INVENTORY, PURCHASE HISTORY, RETURN HISTORY, AND AVAILABLE REWARDS; PROVIDING AN ON-LINE COMPUTER DATABASE WHICH ALLOWS RETAILERS TO SELECT, CONFIGURE AND DELIVER REDEMPTION OFFERS TO CONSUMERS AND POTENTIAL CONSUMERS; NON-DOWNLOADABLE ELECTRONIC DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RETAIL", APART FROM THE MARK AS SHOWN.

SN 77-320,277, FILED 11-2-2007.

ROBERT C. CLARK JR., EXAMINING ATTORNEY