**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh Division**

| | | |
|---|---|---|
| WILLIAM HANNUM, *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-00997-CB |
| | ) | |
| THE RETAIL EQUATION, INC., *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT THE RETAIL EQUATION, INC.'S**
**RULE 12(b)(2) MOTION TO DISMISS**

Defendant The Retail Equation, Inc. ("TRE"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(2), moves this Court to dismiss the claims of Plaintiffs William Hannum, Olga Maryamchik, Victoria Caruso-Davis, and Susana Guevara (the "Non-PA Plaintiffs") for lack of personal jurisdiction. The reasons in support of TRE's motion are set forth in the accompanying memorandum in support, which is incorporated herein by reference.

WHEREFORE, TRE respectfully requests that the Court: (1) grant its Motion to Dismiss; (2) dismiss the claims of Plaintiffs William Hannum, Olga Maryamchik, Victoria Caruso-Davis, and Susana Guevara against TRE for lack of personal jurisdiction; and (3) grant any further relief the Court may deem appropriate.

**MEET AND CONFER CERTIFICATION**

TRE hereby incorporates by reference its Certificate of Compliance filed contemporaneously herewith.

Dated: December 17, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/Michael G. Connelly*
Michael G. Connelly (Pa. ID No. 79991)
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Phone: (412) 454-5000
michael.connelly@troutman.com

*Counsel for The Retail Equation, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Rule 12(b)(2) Motion to Dismiss was served this 17th day of December 2021 upon all counsel of record via the Court's ECF filing system.

*/s/ Michael G. Connelly*
*Counsel for The Retail Equation Inc.*