UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

| | | |
|---|---|---|
| WILLIAM HANNUM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-00997-CB |
| | ) | |
| THE RETAIL EQUATION, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION IN SUPPORT OF THE RETAIL EQUATION, INC.'S
RULE 12(b)(2) MOTION TO DISMISS**

I, Steve Prebble, declare as follows:

1. I make this declaration based upon personal knowledge, and if called and sworn as a witness, I could and would competently testify to the matters set forth in this declaration.

2. I am the President of The Retail Equation, Inc. ("TRE").

3. TRE is incorporated in Delaware.

4. TRE's principal place of business is in Irvine, California.

5. TRE does not lease any offices in Pennsylvania.

6. TRE does not own any real property in Pennsylvania.

7. TRE has no officers or directors in Pennsylvania.

8. TRE has one employee in Pennsylvania.

9. TRE has no data centers relevant to its return authorization software in Pennsylvania.

10. Plaintiff William Hannum attempted a return or exchange at an Advance Auto Parts located in Point Pleasant, West Virginia.

11. Plaintiff Olga Maryamchik attempted a return or exchange at a Buy Buy Baby

located in Secaucus, New Jersey.

12.    Plaintiff Victoria Caruso-Davis attempted a return or exchange at a Famous Footwear in South Plainfield, New Jersey.

13.    Plaintiff Susana Guevara attempted a return or exchange at a Dick's Sporting Goods in Fairfax, Virginia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:    December 14, 2021

By: _____
    Steve Prebble


121422594v1