## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM HANNUM, SEAN FREDERICK,   )
OLGA MARYAMCHIK, VICTORIA   )
CARUSO-DAVIS, SUSANA GUEVERA,   )
individually and on behalf of all others   )
similarly situated,   )
  )
      Plaintiffs,   )
  )
      v.   )  CIVIL ACTION NO. 2:21-cv-997
  )
THE RETAIL EQUATION, INC., APPRISS   )
INC., ADVANCE AUTO PARTS, INC.,   )
ADVANCE STORES COMPANY,   )
INCORPORATED, BEST BUY CO., INC.,   )
BEST BUY PURCHASING LLC, BEST   )
BUY STORES, L.P., BUY BUY BABY,   )
INC., CALERES, INC., BG RETAIL, LLC,   )
and DICK'S SPORTING GOODS, INC.,   )
  )
      Defendants.   )

## DECLARATION OF LAUREN WALLEN IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND, IN THE ALTERNATIVE, JOINT MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND SIMILAR GROUNDS

I, Lauren Wallen, pursuant to 28 U.S.C. § 1746 declare the following statements to be true to the best of my knowledge and under the penalty of perjury:

1. I am over the age of 18 years old and am competent to make this declaration. I have personal knowledge of the facts set forth below, and if called to do so, I could and would testify to the matters stated in this declaration. I am authorized to make this declaration on behalf of Best Buy Co., Inc., Best Buy Purchasing LLC, and Best Buy Stores, L.P.

2. I have worked for Best Buy since 1993. I am an Associate Manager, Financial Services for Best Buy Enterprise Services, Inc., a wholly owned indirect subsidiary of Best Buy

Co., Inc. that provides various services to Best Buy-affiliated companies, including Best Buy Stores, L.P., the operator of the Best Buy retail stores that sell consumer electronics to customers like Plaintiff Sean Frederick. Through that work, I am familiar with, and regularly use as part of my work, the electronic records that are created from Best Buy's point of sale registers and transaction systems, and that are maintained as part of BestBuy's electronic transaction records, in the ordinary course of Best Buy's business, which accurately record information concerning the transactions that occur in the stores at or near the time they take place, including those related to the purchases of goods and services and the enrollment and the use of the My Best Buy rewards program.

### *My Best Buy Rewards Program Enrollment, Verification, and Terms of Use*

3.      Best Buy customers have the option to enroll in a rewards program called My Best Buy. Best Buy does not require its customers to become My Best Buy members in order to complete their transactions. However, program members receive rewards points for money they spend on qualifying purchases when their member number is attached or used to complete the transaction. Members may use certificates earned through the accumulation of rewards points to make future purchases. Customers can enroll in-person at a Best Buy store, on Best Buy's website, or through its mobile application. Based upon my review of Best Buy's electronic transaction records, reflecting the enrollment and use of My Best Buy rewards program and transactions in the stores, Mr. Frederick enrolled in the My Best Buy Rewards Program in person at a Best Buy store on November 29, 2016. On that day, Mr. Frederick utilized the rewards

program as part of the transaction in which he purchased phone accessories. Mr. Frederick's

purchase receipt from that day provided the internet links (website address) to Best Buy's return

policy and privacy policy. Attached as **Exhibit A** is a true and correct copy of the content of the

receipt for that November 29, 2016 transaction that is excerpted from Best Buy's electronic

journal of transactions, which reads as follows:

```
*********** START RECEIPT ***********

      WELCOME TO BEST BUY #585
         4801 MCKNIGHT RD
         PITTSBURGH, PA 15237
           (412) 635-6110

         Keep your receipt!

Val #:000150-333403-462320-906238-362874-795

0585 003 0105 11/29/16 11:07

4476200  46034BBR         37.49 *
IP6/6S OBX DEFENDER U BLK
   49.99 REG PRICE
   12.50 ACCESS BNDL 1
Sales Tax       2.63
5519713  JSIPH-020-G       29.99 *
IP7+ JSNY PRINTEDCLR T GRAPHCH
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.10
5519607  TUIPH-027-G       29.99 *
IP7+ TUMI 19DEGREE T METALLICG
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.10
5622655  I7LSDC-F00        37.49 *
IP7+ ZAGG INVISIBLESHIELD SAPP
   49.99 REG PRICE
   12.50 ACCESS BNDL 1
Sales Tax       2.63
5225100  CM034510          29.99 *
IP6/6S CM T ROSE GOLD WATERFAL
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.10
5559800  PT-MA7PD3PB       29.99 *
IP7+ PLATINUM D30 PROTECTIVE C
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.10
5579276  I7LDGC-F00        29.99 *
IP7+ ZAGGINVISIBLESHIELD HD GL
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.10
```

```
5579277  I7LHWC-F0B        18.74 *
IP7+ ZAGG INVISIBLESHIELD HD C
   24.99 REG PRICE
   6.25 ACCESS BNDL 1
Sales Tax       1.31
5579277  I7LHWC-F0B        18.74 *
IP7+ ZAGG INVISIBLESHIELD HD C
   24.99 REG PRICE
   6.25 ACCESS BNDL 1
Sales Tax       1.31
5519714  KSIPH-049-R       37.49 *
IP7+ KSNY WRAP T RS GLD/GLD LO
   49.99 REG PRICE
   12.50 ACCESS BNDL 1
Sales Tax       2.63
5519613  KSIPH-056-S       29.99 *
IP7+ KSNY HARDSHELL T BLK/WHT/
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.09
5519715  KSIPH-056-C       29.99 *
IP7+ KSNY HARDSHELL T DOTCLR/G
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
Sales Tax       2.09
                 --------
             SUBTOTAL  359.88
             Sales Tax  25.19
             ==========
              TOTAL  385.07

**********3821  ChipRead USD$  385.07
VISA CREDIT – VISA
FREDERICK/SEAN
APPROVAL 09436D

MODE: Issuer
AID: A0000000031010

   ACCESS BNDL 1 SAVINGS:  120.00
      TOTAL SAVINGS:  120.00

MY BEST BUY
MEMBER ID 4248365662
```

```
SHAWN,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR MY BEST BUY BALANCE AS OF 11/29/2016
POSTED POINTS: 0
GO TO BestBuy.com FOR MORE INFO

   * INDICATES ITEM IS PART OF A BUNDLE

UPON RETURN, IF BUNDLE IS BROKEN, THE
   SAVINGS WILL BE REMOVED AND CURRENT
   PRICES AND/OR BUNDLES WILL BE APPLIED.
   THIS MAY RESULT IN ADDITIONAL CHARGES.

14-day return period on Phones and Carrier
   Connectable Devices for all customers.

      15-day return period on
      almost everything else.

Purchases made between Oct. 30, 2016 and
   Dec. 31, 2016 qualify for our Holiday
   Return and Exchange promise and most
      purchases may be returned
      through Jan. 15, 2017.

A valid receipt is required for all
returns. Except where prohibited, we may
request an ID. ID info may be stored in a
   secure, encrypted database used for
   tracking returns and exchanges.

Returned items missing packaging or
   accessories are subject to
   a missing item deduction.

For return promise details and a complete
list of exceptions, ask for a policy flyer
   or go to www.BestBuy.com/Returns.

To learn about our privacy practices
please visit www.BestBuy.com/privacy.

   YOUR CUSTOMER SERVICE PIN IS:
      0585 003 0105 112916
************ END RECEIPT ************
```

Attached as **Exhibit B** is a true and correct copy of Best Buy's Return Policy.

4.      As part of the check-out process, and guided by Best Buy's Standard Operating

Procedures, customers who are not yet members of the My Best Buy Rewards Program are (and

in November 2016 were) invited to enroll in the program by selecting "Yes, Enroll" when

presented with a screen that reads:

> **Become a My Best Buy Member.**
>
> My Best Buy members receive:
> Great rewards,
> Access to exclusive offers and sales,
> And much more
>
> Become a member today for free!
>
> Program Terms available at
> BestBuy.com/MyBestBuy

Attached as **Exhibit C** is a true and correct copy of the relevant excerpts from Best Buy's 2016 Point of Sale Standard Operating Procedures. The highlighting is for reference and does not appear on the screen

5. Instead of selecting the "No, Thanks" button that allows a transaction to proceed without enrolling in the My Best Buy Rewards Program, customers like Mr. Frederick who choose to enroll in the program click a button on the signature pad which reads:



Attached as **Exhibit D** is a true and correct copy of a screenshot of the signature pad displaying "Yes, Enroll" button. The highlighting is for reference and does not appear on the screen.

6. Selecting "Yes, Enroll" triggers a process by which the cashier requests and enters the customer's name, address, phone number, and email address. This information is initially used to create the My Best Buy account. This information is also verified (or changed) in each subsequent transaction through a screen which reads as follows:

> Verify Your Information
>
> [address and email shown]
>
> By confirming, members agree to the My Best Buy Terms. You may ask an associate for the full terms.

7.      Attached as **Exhibit E** is a true and correct copy of a screenshot of the "Verify Your Information" screen. To verify the information and confirm agreement, the member clicks



the button that reads:

8.      In every subsequent transaction, if a My Best Buy member wants to earn points on an in-store purchase, the member's account can be looked up by a sales associate and the member would be presented with the same "Verify Your Information" screen on the point of sale signature pad. For points to be earned for such a purchase, the purchaser has to click the same "Confirm" button to verify the account information. My Best Buy members are also presented with the Verify Your Information screen when they attempt to return or exchange merchandise, and do not have a copy of their receipt.

9.      I am familiar with and understand Best Buy's record keeping practices and am a custodian of the documents maintained by Best Buy Enterprise Services, Inc. In the ordinary course of its business, Best Buy Enterprise Services, Inc. maintains records of transactions involving My Best Buy members, including, among things, the date of the transaction; the type of transaction (sale, exchange, return); the amount of the transaction; the items purchased, exchanged or returned; whether the transaction occurred online or in store; the store location; and rewards points awarded. These records reflect entries made at or near the time of the transactions

or at or near the time the information regarding such transactions was received by Best Buy Enterprise Services, Inc.

10.     Mr. Frederick made numerous purchases (as well as returns) after his enrollment in the My Best Buy Rewards Program. The transaction history associated with his My Best Buy account shows that he had at least six such transactions involving purchases after his enrollment, and he received points for those purchases. His purchases earned him a reward certificate that could be used to purchase other goods from Best Buy.

11.     More specifically, attached hereto as **Exhibit F** is a true and correct copy of the transaction history for Sean Frederick's My Best Buy Rewards Program account, which shows that Mr. Frederick made purchases at Best Buy Store #585, located at 4801 McKnight Road, Pittsburgh, PA 15237, Store #825, located at 1000 Cranberry Square Dr., Cranberry Township, PA 16066, and Store #882, previously located at 680 Waterfront Dr., Munhall, PA 15120, on the following dates at the following stores, for which purchases he would have received points and in the course of his transaction:

     a.  November 29, 2016 (Store #585 – Pittsburgh, PA);

     b.  January 6, 2017 (Store #585 – Pittsburgh, PA);

     c.  November 14, 2017 (Store #585 – Pittsburgh, PA);

     d.  November 25, 2017 (Store #825 – Cranberry Township, PA);

     e.  March 6, 2018 (Store #882 – Munhall, PA); and

     f.  March 6, 2018 (Store #825 – Cranberry Township, PA);

Mr. Frederick earned My Best Buy Rewards Points in connection with these purchases.

12.     The transaction history also shows return and/or exchange transactions on the following dates at the following stores where the "Verify" and "Confirm" screen would have been presented in order to be able to complete the transaction:

     (a)    December 22, 2016 (Store #585 – Pittsburgh, PA);

(b)     November 25, 2017 (Store #585 – Pittsburgh, PA);

(c)     March 7, 2018 (Store #825 – Cranberry Township, PA);

(d)     March 19, 2018 (Store #585 – Pittsburgh, PA);

(e)     March 26, 2018 (Store #825 – Cranberry Township, PA);

13.     The transaction history I pulled does not show any transactions associated with Sean Frederick's My Best Buy Rewards Program Account after March 26, 2018.

14.     Mr. Frederick's membership number could not have been applied to the numerous transactions subsequent to his enrollment without going through this process of verification including the repeated confirmation of agreement to the My Best Buy Terms.

15.     Based on my review of communications within the company, I am informed and believe that Best Buy ceased using the services of The Retail Equation, Inc. as of July 12, 2019.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at _____5:26 PM_____, Minnesota this 10___ day of __December_ 2021.

DocuSigned by:

*Lauren Wallen*

3E5F1E90898D4C4...

Lauren Wallen