# EXHIBIT A

```
*********** START RECEIPT ***********

      WELCOME TO BEST BUY #585
        4801 MCKNIGHT RD
        PITTSBURGH, PA 15237
          (412) 635-6110

        Keep your receipt!

Val #:000150-333403-462320-906238-362874-795

0585 003 0105 11/29/16 11:07

4476200   46034BBR         37.49 *
 IP6/6S OBX DEFENDER U BLK
    49.99 REG PRICE
    12.50 ACCESS BNDL 1
 Sales Tax        2.63
5519713   JSIPH-020-G       29.99 *
 IP7+ JSNY PRINTEDCLR T GRAPHCH
    39.99 REG PRICE
    10.00 ACCESS BNDL 1
 Sales Tax        2.10
5519607   TUIPH-027-G       29.99 *
 IP7+ TUMI 19DEGREE T METALLICG
    39.99 REG PRICE
    10.00 ACCESS BNDL 1
 Sales Tax        2.10
5622655   I7LSDC-F00        37.49 *
 IP7+ ZAGG INVISIBLESHIELD SAPP
    49.99 REG PRICE
    12.50 ACCESS BNDL 1
 Sales Tax        2.63
5225100   CM034510         29.99 *
 IP6/6S CM T ROSE GOLD WATERFAL
    39.99 REG PRICE
    10.00 ACCESS BNDL 1
 Sales Tax        2.10
5559800   PT-MA7PD3PB       29.99 *
 IP7+ PLATINUM D30 PROTECTIVE C
    39.99 REG PRICE
    10.00 ACCESS BNDL 1
 Sales Tax        2.10
5579276   I7LDGC-F00        29.99 *
 IP7+ ZAGGINVISIBLESHIELD HD GL
    39.99 REG PRICE
    10.00 ACCESS BNDL 1
 Sales Tax        2.10
```

```
5579277   I7LHWC-F0B          18.74 *
 IP7+ ZAGG INVISIBLESHIELD HD C
   24.99 REG PRICE
    6.25 ACCESS BNDL 1
 Sales Tax          1.31
5579277   I7LHWC-F0B          18.74 *
 IP7+ ZAGG INVISIBLESHIELD HD C
   24.99 REG PRICE
    6.25 ACCESS BNDL 1
 Sales Tax          1.31
5519714   KSIPH-049-R         37.49 *
 IP7+ KSNY WRAP T RS GLD/GLD LO
   49.99 REG PRICE
   12.50 ACCESS BNDL 1
 Sales Tax          2.63
5519613   KSIPH-056-S         29.99 *
 IP7+ KSNY HARDSHELL T BLK/WHT/
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
 Sales Tax          2.09
5519715   KSIPH-056-C         29.99 *
 IP7+ KSNY HARDSHELL T DOTCLR/G
   39.99 REG PRICE
   10.00 ACCESS BNDL 1
 Sales Tax          2.09
              ----------
          SUBTOTAL   359.88
          Sales Tax   25.19
              ==========
            TOTAL   385.07

**********3821   ChipRead USD$   385.07
VISA CREDIT - VISA
FREDERICK/SEAN
APPROVAL 09436D

MODE: Issuer
AID: A0000000031010

   ACCESS BNDL 1 SAVINGS:   120.00
        TOTAL SAVINGS:   120.00


MY BEST BUY
MEMBER ID 4248365662
```

SHAWN,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR MY BEST BUY BALANCE AS OF 11/29/2016
POSTED POINTS: 0
GO TO BestBuy.com FOR MORE INFO

 * INDICATES ITEM IS PART OF A BUNDLE

UPON RETURN, IF BUNDLE IS BROKEN, THE
 SAVINGS WILL BE REMOVED AND CURRENT
 PRICES AND/OR BUNDLES WILL BE APPLIED.
 THIS MAY RESULT IN ADDITIONAL CHARGES.

14-day return period on Phones and Carrier
  Connectable Devices for all customers.

     15-day return period on
     almost everything else.

 Purchases made between Oct. 30, 2016 and
 Dec. 31, 2016 qualify for our Holiday
  Return and Exchange promise and most
     purchases may be returned
       through Jan. 15, 2017.

 A valid receipt is required for all
 returns. Except where prohibited, we may
request an ID. ID info may be stored in a
  secure, encrypted database used for
   tracking returns and exchanges.

 Returned items missing packaging or
    accessories are subject to
    a missing item deduction.

 For return promise details and a complete
 list of exceptions, ask for a policy flyer
  or go to www.BestBuy.com/Returns.

 To learn about our privacy practices
 please visit www.BestBuy.com/privacy.

   YOUR CUSTOMER SERVICE PIN IS:
     0585 003 0105 112916
************ END RECEIPT ************

# EXHIBIT B

Case 8:20-cv-01203-JWH-DFM    Document 136-2    Filed 11/06/20    Page 12 of 21    Page ID #:505

# OUR RETURN & EXCHANGE PROMISE

A handout of this document is available upon request.
Learn more at **BestBuy.com**

We promise to be your trusted partner for technology by delivering the advice, service and convenience you deserve - all at competitive prices. If you are not fully satisfied with your purchase, let us help you with a replacement, return or repair.

## Returns & Exchange Periods:

Time period begins the day you receive your product and applies to New, Clearance, Open-Box, Refurbished and Pre-Owned products.

|  | Standard | My Best Buy® Elite Members | My Best Buy Elite Plus Members |
|---|---|---|---|
| **Most Products** | 15 Days | 30 Days | 45 Days |
| **Cell Phones and Devices with a Carrier Contract** | 14 Days | 14 Days | 14 Days |
| **Wedding Registry Items** | 60 Days from date of purchase for most products | | |

## How to Return an Item:

All purchases made from Best Buy®, online or in store can be returned to any Best Buy store in the U.S. It's fast and free.

   

**Gather your** purchased item(s) with all contents and product packaging.

**Grab your receipt.** If you don't have a receipt, you will need to bring the credit card used to purchase the item or a valid photo ID.

**Make your return at** any Best Buy store in the U.S., free of charge.

## Special Considerations:

**Connected Devices:**
Please make sure that all data has been removed and the device is no longer linked to any cloud account or to any other device so that we may accept the return of this product.

**Cell Phones with a Carrier Contract and Unlocked Phones:**
You can return or exchange cell phones with a carrier contract and unlocked phones within 14 days. Like the carrier stores, we have a charge ($35) for return or exchange of these products. This return period and charge also applies if you are a My Best Buy Elite or Elite Plus member.

**Software, Movies, Music & Games:**
Opened computer software, movies, music or video games can only be exchanged for an identical item.

**Apparel:**
We are happy to accept returned apparel that has not been used, worn, laundered and has its original tags attached.

**Special Orders:**
You can cancel or return Special Order items, and you will be refunded 85% of the original purchase price.

**Custom Orders:**
Custom and personalized orders made specially for you are nonreturnable.

**Privacy Protection:**
Please remember to remove your personal data and other information from the products you are returning. To learn more about our privacy practices, please visit www.BestBuy.com/Privacy.

**Reimbursement:**
With a few exceptions, we will reimburse you for returned items in the same way you paid for them. If you prefer, you can make an exchange for the same item. If you paid more than $800 in cash or more than $250 by check or by a debit card without a major credit card logo, we will refund you by check within 10 business days.

**Gifts:**
We will provide you store credit for the purchase price of a gift you return in store with a receipt or packing slip. For gifts returned via mail, we will credit the gift purchaser and notify them via e-mail.

**Other returns info:**
• If you return an item bought as part of a bundle or with a promotional discount and you do not return everything – not to worry. We will reimburse you for what you do return, minus the value of the discount or freebie.
• If you do not have all the original packaging or accessories, that's okay too. We can process a return with a nonrefundable deduction on your refund for what is missing.
• To ensure that all of our customers have access to products, we may occasionally limit purchase quantities.
• All Final Sale merchandise cannot be returned. Other nonreturnable purchases include digital content, prepaid cards, gift packaging, memberships, completed services, opened consumable items including batteries, ink and 3D printer filament, and items returned that are damaged, unsanitary or missing major contents.

**Why we need your ID:**
Like many retailers, we use a third party to help prevent losses by detecting improper returns, and, except where prohibited, require a valid ID for all store returns that lack proof of purchase. Reimbursements on returns lacking proof of purchase may be denied or limited and state sales tax and fees will not be reimbursed. We accept U.S., Canadian, and Mexican Driver's Licenses; U.S. State ID; Canadian Province ID; Matrícula Consular; U.S. Military ID; Passport; U.S. Laser Visa; and U.S. Permanent Resident Card. Our third-party processor may record your ID information when you return an item, and keep it in a secure database to help us validate future returns. If we caution you or deny your return, you may request a copy of your Return Activity Report by calling 1-800-652-2331.

## Want to know more?

Most products you buy on BestBuy.com®, at a Best Buy Express location, through Best Buy for Business or Best Buy Education, can be returned at our stores or online.

Best Buy is happy to share Gift Card, End User License Agreement and Warranty information with you before purchase.

If you live outside the United States, please remember to comply with all U.S. Export Administration Regulations and control laws, and know that return shipments to Best Buy need to occur within the U.S.

As a well-intentioned company, we ask for an ID on R-rated movie or M-rated video game purchases to make sure we are not selling these or other products that are inappropriate for children to persons underage without parental consent.

Wedding Registry items can be returned within 60 days of purchase, except for cell phones and devices with a carrier contract which can be returned within 14 days of purchase.

For information about our Pricing policies please see BestBuy.com/Pricing

# PRICE MATCH GUARANTEE

# WE WON'T BE BEAT ON PRICE

**We'll match the product prices of key online and local competitors**

## Special Considerations:

• At the time of sale, we price match all local retail competitors (including their online prices) and we price match products shipped from and sold by these major online retailers: Amazon.com, Bhphotovideo.com, Crutchfield.com, Dell.com, HP.com, Newegg.com, and TigerDirect.com.
• We match BestBuy.com prices on in-store purchases and in-store prices on BestBuy.com purchases.
• If we lower our in-store or online price during the return and exchange period, we will match our lower price, upon request.
• Our Price Match Guarantee covers new items.  One

price match per identical item, per customer, at the current pre-tax price available to all customers is allowed.
• Price Match Guarantee does not cover:
  - The online prices of retailers not listed in "Special Considerations" section.
  - Contract cell phones sold by any online retailer.
  - Products shipped from or sold by third-party sellers (Marketplace sellers) on websites.
  - Best Buy Education and Best Buy For Business transactions.
  - Competitors' service prices, pre-order and trade-in offers, eBay store offers, and special daily or hourly sales.

• Price Match Guarantee does not cover:
  - Any financing offers, bundle offers, free items, pricing errors, mail-in offers, coupon offers, items that are advertised as limited quantity, out of stock items, clearance items, open-box items, refurbished items, pre-owned items, credit card offers, gift card offers, rent/lease to own items, Point of Sale Activation Cards, video game discounts related to a membership program, and items for sale Thanksgiving Day through the Monday after Thanksgiving, whether offered by Best Buy or a competitor.

© 2016 Best Buy. All rights reserved.

Effective date: 7/31/16   1941-0326548

Case 8:20-cv-01293-JWH-DFM    Document 136-2    Filed 11/06/20    Page 13 of 21    Page ID #:906

# ⟳ NUESTRA PROMESA DE DEVOLUCIÓN Y CAMBIO

Puede solicitar una copia física de este documento.
Conozca más en BestBuy.com

**Nos comprometemos a ser su socio tecnológico de confianza ofreciéndole el asesoramiento, el servicio y la comodidad que se merece, todo ello a unos precios muy competitivos. Si no está completamente satisfecho con su compra, permítanos ayudarle con una sustitución, devolución o reparación.**

**Períodos de devoluciones y cambios:**

El período comienza el día en que recibe el producto y se aplica a productos nuevos, en liquidación, abiertos, reacondicionados y de segunda mano.

| | Estándar | Miembros de My Best Buy® Elite | Miembros de My Best Buy Elite Plus |
|---|---|---|---|
| La mayoría de los productos | 15 días | 30 días | 45 días |
| Teléfonos celulares y dispositivos con contrato con un proveedor | 14 días | 14 días | 14 días |
| Artículos de listas de boda | 60 días a partir de la fecha de compra para la mayoría de productos | | |

**Cómo devolver un artículo:**

Todas las compras realizadas en Best Buy®, en línea o en tiendas, se pueden devolver en cualquier tienda Best Buy en EE. UU. de forma rápida y gratuita.

 ▸  ▸

Reúna los artículos que ha comprado con todos los contenidos y el embalaje.

Tome el recibo. Si no tiene un recibo, deberá llevar la tarjeta de crédito que utilizó al comprar el artículo o una identificación con fotografía válida.

Realice la devolución en cualquier tienda Best Buy de EE. UU, de forma gratuita.

**Consideraciones especiales:**

**Dispositivos conectados:**
Para que podamos aceptar la devolución de este producto, asegúrese de que se hayan extraído todos los datos y que el dispositivo ya no esté vinculado a ninguna cuenta en nube o a cualquier otro dispositivo.

**Teléfonos celulares con contrato con un proveedor y teléfonos desbloqueados:**
Puede devolver o cambiar teléfonos celulares con contrato con un proveedor y teléfonos desbloqueados en un plazo de 14 días. Al igual que en las tiendas de proveedores, se aplicará un cargo (USD 35) por la devolución o cambio de estos productos. Este período de devolución y cambio también se aplica si es miembro de My Best Buy Elite o Elite Plus.

**Software, películas, música y juegos:**
El software, las películas, la música o los videojuegos que se hayan abierto solo se podrán cambiar por un artículo idéntico.

**Vestimenta:**
Nos complace aceptar la devolución de vestimenta que no haya sido usada, lavada o desgastada, y que aún posea las etiquetas originales.

**Pedidos especiales:**
Puede cancelar o devolver artículos de Pedido especial y recibirá un reembolso del 85 % del precio de compra original.

**Pedidos de clientes:**
Los pedidos de clientes y personalizados elaborados especialmente para usted no se pueden devolver.

**Protección de la privacidad:**
Recuerde eliminar sus datos personales y otra información de los productos cuando los devuelva. Para conocer sobre nuestras prácticas de privacidad, visite www.BestBuy.com/Privacy.

**Reembolso:**
Con algunas excepciones, le reembolsaremos los artículos que devuelva de la misma forma en la que realizó el pago. Si lo prefiere, puede realizar un cambio por un artículo igual. Si ha pagado más de $800 en efectivo y más de $250 mediante

cheque o mediante una tarjeta de débito sin un logotipo de tarjeta de crédito importante, realizaremos el reembolso mediante cheque en un plazo de 10 días hábiles.

**Regalos:**
Le proporcionaremos crédito de la tienda por el precio de compra de un regalo que devuelva en la tienda con un recibo o lista de embalaje. En el caso de los regalos devueltos por correo, le otorgaremos crédito al comprador del regalo y le notificaremos mediante correo electrónico.

**Información sobre otras devoluciones:**
• Si devuelve un artículo comprado como parte de un paquete o con un descuento promocional y no lo devuelve todo, no se preocupe. Le reembolsaremos lo que devuelva, menos el valor del descuento u obsequio.
• Si no conserva todo el embalaje y los accesorios originales, no pasará nada. Podemos procesar una devolución con una deducción no reembolsable en su reembolso por lo que falta.
• Para garantizar que todos nuestros clientes tienen acceso a los productos, en ocasiones podemos limitar las cantidades de compra.
• Todas las mercancías de últimas rebajas no se pueden devolver. Entre el resto de compras que no se pueden devolver se incluyen el contenido digital, las tarjetas de servicio prepago, los embalajes de regalo, las membresías, los servicios completados, los artículos consumibles abiertos, incluidas las baterías, la tinta y el filamento para impresoras 3D, así como los artículos que estén dañados, poco higiénicos o a los que les falten contenidos importantes.

**Por qué necesitamos su identificación:**
Al igual que muchos minoristas, un proveedor externo nos ayuda a evitar pérdidas mediante la detección de devoluciones incorrectas y, salvo que esté prohibido, necesitamos una identificación válida en el caso de todas las devoluciones a la tienda que carezcan de un comprobante de compra. Los reembolsos de las devoluciones que carezcan de comprobante de compra pueden rechazarse o limitarse, y los impuestos o tarifas de venta estatales no se reembolsarán. Las formas de identificación válidas son: licencia de conducir de EE. UU., Canadá o México,

identificación de EE. UU. emitida por el estado, identificación provincial de Canadá, matrícula consular, identificación militar de EE. UU., pasaporte, Visa Láser de EE. UU. o tarjeta de residente permanente de EE. UU. Nuestro procesador externo puede registrar la información de su identificación cuando devuelva un artículo y conservarla en una base de datos segura para ayudarnos a validar futuras devoluciones. Si se lo aconsejamos o rechazamos su devolución, puede solicitar una copia de su informe de actividad de devoluciones llamando al teléfono 1-800-652-2331.

**¿Quiere saber más?**

La mayoría de productos que compra en BestBuy.com®, en un establecimiento Best Buy Express, a través de Best Buy for Business o Best Buy Education, se puede devolver en nuestras tiendas o en línea.

Best Buy se complace en compartir la información sobre las tarjetas de regalo, el contrato de licencia de usuario final y la garantía antes de que realice la compra.

Si reside fuera de Estados Unidos, recuerde que debe cumplir todas las normas de administración y las leyes de control de exportaciones de EE. UU., y no olvide que los envíos de devoluciones a Best Buy deben producirse en EE. UU.

Como empresa con buenas intenciones, solicitamos una identificación en las compras de películas con restricciones R o M para asegurarnos de que no vedemos estos u otros productos no adecuados para niños a personas menores sin el consentimiento paterno.

Los productos de listas de boda se pueden devolver en un plazo de 60 días a partir de la compra, excepto los teléfonos celulares y dispositivos con contrato con un proveedor, que se pueden devolver en un plazo de 14 días a partir de la compra.

Para obtener más información sobre nuestra política de precios, consulte BestBuy.com/Pricing

# $ GARANTÍA **DE IGUALACIÓN DE PRECIOS**

## NO NOS PUEDEN SUPERAR EN PRECIO

**Igualaremos los precios de los productos de los principales competidores locales y en línea**

© 2016 Best Buy. Todos los derechos reservados.

**Consideraciones especiales:**

• En el momento de la venta, igualaremos el precio de todos los minoristas locales de la competencia (incluidos sus precios en línea) e igualaremos el precio de los productos enviados y vendidos por estos importantes minoristas en línea: Amazon.com, Bhphotovideo.com, Crutchfield.com, Dell.com, HP.com, Newegg.com y TigerDirect.com.
• Igualaremos los precios de BestBuy.com con los de las compras en tiendas y viceversa.
• Si bajamos el precio en tiendas o en línea durante el período de devolución o cambio, igualaremos nuestro precio más bajo si así lo solicita.

• Nuestra garantía de igualación de precios cubre nuevos artículos. Se permite una igualación de precios por artículo idéntico y cliente, al precio sin impuestos actual disponible para todos los clientes.
• La garantía de igualación de precios no cubre:
  - Los precios en línea de minoristas que no aparezcan en la sección "Consideraciones especiales".
  - Teléfonos celulares con contrato vendidos por cualquier minorista en línea.
  - Productos enviados o vendidos por vendedores externos (vendedores de Marketplace) en sitios web.
  - Transacciones en Best Buy Education y Best Buy For Business.
  - Precios de servicios, ofertas de pedido anticipado y canje, ofertas en tiendas eBay y rebajas especiales por días u horas de la competencia.

• La garantía de igualación de precios no cubre:
  - Cualquier oferta de financiación, ofertas de paquete, artículos gratuito, errores de precio, ofertas por correo directo, ofertas de cupón, artículos anunciados con cantidad limitada, artículos agotados, artículos en liquidación, artículos abiertos, artículos reacondicionados, artículos de segunda mano, ofertas de tarjeta de crédito, ofertas de tarjetas de regalo, alquiler o préstamo de artículos propios, tarjetas activadas en punto de venta, descuentos en videojuegos relativo a programas de membresía y artículos en rebaja entre el Día de Acción de Gracias y el lunes siguiente a este día, ya sea ofrecido por Best Buy o por un competidor.

Fecha de entrada en vigencia: 7/31/16   1941-0326548

# EXHIBIT C



**POS Basics**

**POS Higher Functions**

**My Best Buy**
- Enroll in My Best Buy
- Attach My Best Buy

**Resources**

**Related SOPs**

**Systems Required**

**Couldn't find what you're looking for?  Ask Best Buy Answers!**



**Enroll in My Best Buy**

My Best Buy enrollment is a card-less process – all information is stored electronically.  To enroll a customer during the transaction:

1.  Select [My Best Buy Lookup/Enroll].  Once the enrollment is started through either method, POS will display the customer's search screen.
2.  Search for and select the customer's information.  Choose from the following search criteria:
    - Phone number
    - Name (First name, last name, and zip code)
    - Email address
    - My Best Buy Member number
3.  If the customer does not exist and must be created select [New Customer].  Enter the required customer information and select [Submit].  If the customer declines to provide any of the required information an account cannot be created.  Do not enter fake information.
    - First and last name
    - Phone number
    - Street address
    - Email address

    **Note:**  You must make an attempt to search for the customer for the [New Customer] option to be selected.
4.  Wait for the customer to verify the information on the signature pad.

**Note:**  Once the customer is enrolled, their name will be added in the upper right hand corner of the screen.  There will not be a My Best Buy SKU added to the transaction.

**Attach/Update My Best Buy**
1. Scan the customer's My Best Buy membership card or select [My Best Buy Lookup].
2. POS prompts to scan the customer's search criteria.  Select [Search].
3. Select the customer from the list.
4. Enter or update any missing/incorrect information.
   **Note:**  Their email is required.
5. Wait while the customer verifies their information on the signature pad and they press [Confirm].
   **Note:**  If something is incorrect, have them select [Edit] and make any changes.



# EXHIBIT D



# EXHIBIT E



EXHIBIT F

| BBY ID | record date | txn_4pk | txn_total | txn_type | txn_category | txn_subtype | Store location | orig_4pk |
|---|---|---|---|---|---|---|---|---|
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 11/29/2016 12:06 | 585^20161129^3^105 | 359.88 | SALE | INSTORE | SALE | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | 585 | 585^20161129^3^105 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 (null) |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 585^20161129^3^105 |
| 4248365662 | 12/22/2016 19:10 | 585^20161222^41^5044 | -164.94 | RETURN | INSTORE | RETURN | | 585 (null) |
| 4248365662 | 1/4/2017 14:32 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 1/4/2017 14:32 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 1/6/2017 0:44 | 585^20170102^3^4312 | 34.99 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 1/6/2017 0:44 | 585^20170102^3^4312 | 34.99 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 1/6/2017 0:44 | 585^20170102^3^4312 | 34.99 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 1/6/2017 0:44 | 585^20170102^3^4312 | 34.99 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 1/6/2017 0:44 | 585^20170102^3^4312 | 34.99 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 10/20/2017 3:39 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 11/12/2017 20:38 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/14/2017 10:11 | 585^20171113^4^9108 | 111.98 | SALE | INSTORE | SALE | | 585 (null) |
| 4248365662 | 11/25/2017 0:34 | 825^20171124^20^2026 | 69.98 | SALE | INSTORE | SALE | | 825 (null) |
| 4248365662 | 11/25/2017 0:34 | 825^20171124^20^2026 | 69.98 | SALE | INSTORE | SALE | | 825 (null) |
| 4248365662 | 11/25/2017 0:34 | 825^20171124^20^2026 | 69.98 | SALE | INSTORE | SALE | | 825 (null) |
| 4248365662 | 11/25/2017 0:34 | 825^20171124^20^2026 | 69.98 | SALE | INSTORE | SALE | | 825 (null) |
| 4248365662 | 11/25/2017 0:34 | 825^20171124^20^2026 | 69.98 | SALE | INSTORE | SALE | | 825 (null) |
| 4248365662 | 11/25/2017 0:34 | 825^20171124^20^2026 | 69.98 | SALE | INSTORE | SALE | | 825 (null) |
| 4248365662 | 11/25/2017 13:43 | 585^20171124^41^8383 | -111.98 | RETURN | INSTORE | RETURN | | 585 (null) |
| 4248365662 | 11/25/2017 13:43 | 585^20171124^41^8383 | -111.98 | RETURN | INSTORE | RETURN | | 585 585^20171113^4^9108 |
| 4248365662 | 11/25/2017 13:43 | 585^20171124^41^8383 | -111.98 | RETURN | INSTORE | RETURN | | 585 585^20171113^4^9108 |
| 4248365662 | 11/25/2017 13:43 | 585^20171124^41^8383 | -111.98 | RETURN | INSTORE | RETURN | | 585 (null) |
| 4248365662 | 11/25/2017 13:43 | 585^20171124^41^8383 | -111.98 | RETURN | INSTORE | RETURN | | 585 (null) |
| 4248365662 | 1/5/2018 8:47 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 1/5/2018 8:47 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 1/12/2018 19:23 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6848 | 49.99 | SALE | INSTORE | SALE | | 882 (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6848 | 49.99 | SALE | INSTORE | SALE | | 882 (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6848 | 49.99 | SALE | INSTORE | SALE | | 882 (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6848 | 49.99 | SALE | INSTORE | SALE | | 882 (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6848 | 49.99 | SALE | INSTORE | SALE | | 882 (null) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6848 | 49.99 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 13:42 | 882^20180306^2^6849 | 152.97 | SALE | INSTORE | SALE | | 882 | (null) |
| 4248365662 | 3/6/2018 14:38 | 825^20180306^2^5677 | 94.99 | SALE | INSTORE | SALE | | 825 | (null) |
| 4248365662 | 3/6/2018 14:38 | 825^20180306^2^5677 | 94.99 | SALE | INSTORE | SALE | | 825 | (null) |
| 4248365662 | 3/6/2018 14:38 | 825^20180306^2^5677 | 94.99 | SALE | INSTORE | SALE | | 825 | (null) |
| 4248365662 | 3/6/2018 14:38 | 825^20180306^2^5677 | 94.99 | SALE | INSTORE | SALE | | 825 | (null) |
| 4248365662 | 3/6/2018 14:38 | 825^20180306^2^5677 | 94.99 | SALE | INSTORE | SALE | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2392 | 0 | EXCHANGE | INSTORE | EXCHANGE | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2392 | 0 | EXCHANGE | INSTORE | EXCHANGE | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2392 | 0 | EXCHANGE | INSTORE | EXCHANGE | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2392 | 0 | EXCHANGE | INSTORE | EXCHANGE | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2392 | 0 | EXCHANGE | INSTORE | EXCHANGE | | 825 | 825^20180306^2^5677 |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2391 | -119.98 | RETURN | INSTORE | RETURN | | 825 | 882^20180306^2^6849 |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2391 | -119.98 | RETURN | INSTORE | RETURN | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2391 | -119.98 | RETURN | INSTORE | RETURN | | 825 | (null) |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2391 | -119.98 | RETURN | INSTORE | RETURN | | 825 | 882^20180306^2^6849 |
| 4248365662 | 3/7/2018 22:21 | 825^20180307^41^2391 | -119.98 | RETURN | INSTORE | RETURN | | 825 | (null) |
| 4248365662 | 3/19/2018 18:26 | 585^20180319^44^1098 | -49.99 | RETURN | INSTORE | RETURN | | 585 | (null) |
| 4248365662 | 3/19/2018 18:26 | 585^20180319^44^1098 | -49.99 | RETURN | INSTORE | RETURN | | 585 | 882^20180306^2^6848 |
| 4248365662 | 3/19/2018 18:26 | 585^20180319^44^1098 | -49.99 | RETURN | INSTORE | RETURN | | 585 | (null) |
| 4248365662 | 3/19/2018 18:26 | 585^20180319^44^1098 | -49.99 | RETURN | INSTORE | RETURN | | 585 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5717 | -94.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5717 | -94.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5717 | -94.99 | RETURN | INSTORE | EXCEPTION | | 825 | 825^20180307^41^2392 |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5717 | -94.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5717 | -94.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5716 | -32.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5716 | -32.99 | RETURN | INSTORE | EXCEPTION | | 825 | 882^20180306^2^6849 |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5716 | -32.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 3/26/2018 16:37 | 825^20180326^44^5716 | -32.99 | RETURN | INSTORE | EXCEPTION | | 825 | (null) |
| 4248365662 | 1/2/2019 18:52 | (null) | (null) | (null) | (null) | (null) | (null) | | (null) |
| 4248365662 | 3/30/2019 3:20 | (null) | (null) | (null) | (null) | (null) | (null) | | (null) |

| item desc | product id | amount | loyalty elig amount |
|---|---|---|---|
| SALE ITEM | 5519714 | 37.49 | 37.49 |
| Total | TOTAL | 359.88 | 359.88 |
| SALE ITEM | 5579277 | 18.74 | 18.74 |
| SALE ITEM | 5579277 | 18.74 | 18.74 |
| SALE ITEM | 1532784 | 0 | 0 |
| TENDER2 | TENDER2 | -385.07 | -359.88 |
| SALE ITEM | 5519613 | 29.99 | 29.99 |
| SALE ITEM | 4476200 | 37.49 | 37.49 |
| SALE ITEM | 4476200 | 37.49 | 37.49 |
| SALE ITEM | 5519713 | 29.99 | 29.99 |
| SALE ITEM | 5519713 | 29.99 | 29.99 |
| SALE ITEM | 5519607 | 29.99 | 29.99 |
| SALE ITEM | 5519607 | 29.99 | 29.99 |
| SALE ITEM | 5622655 | 37.49 | 37.49 |
| SALE ITEM | 5622655 | 37.49 | 37.49 |
| SALE ITEM | 5225100 | 29.99 | 29.99 |
| SALE ITEM | 5225100 | 29.99 | 29.99 |
| SALE ITEM | 5559800 | 29.99 | 29.99 |
| SALE ITEM | 5559800 | 29.99 | 29.99 |
| SALE ITEM | 5579276 | 29.99 | 29.99 |
| SALE ITEM | 5579276 | 29.99 | 29.99 |
| SALE ITEM | 5579277 | 18.74 | 18.74 |
| Tax | TAXAMT | 25.19 | 25.19 |
| SALE ITEM | 5519613 | 29.99 | 29.99 |
| SALE ITEM | 5519714 | 37.49 | 37.49 |
| SALE ITEM | 5579277 | 18.74 | 18.74 |
| SALE ITEM | 5519715 | 29.99 | 29.99 |
| SALE ITEM | 5519715 | 29.99 | 29.99 |
| RETURN ITEM | 5519613 | -29.99 | -29.99 |
| SALE ITEM | 5519607 | 29.99 | 29.99 |
| SALE ITEM | 5622655 | 37.49 | 37.49 |
| SALE ITEM | 5225100 | 29.99 | 29.99 |
| SALE ITEM | 5579276 | 29.99 | 29.99 |
| SALE ITEM | 5519613 | 29.99 | 29.99 |
| SALE ITEM | 4476200 | 37.49 | 37.49 |
| RETURN ITEM | 4476200 | -37.49 | -37.49 |
| RETURN ITEM | 5622655 | -37.49 | -37.49 |
| RETURN ITEM | 5519607 | -29.99 | -29.99 |
| Tax | TAXAMT | -11.54 | -11.54 |
| RETURN ITEM | 5519713 | -29.99 | -29.99 |
| RETURN ITEM | 5579277 | -18.74 | -18.74 |
| RETURN ITEM | 5519714 | -37.49 | -37.49 |

| RETURN ITEM | 5579276 | -29.99 | -29.99 |
|---|---|---|---|
| Total | TOTAL | -164.94 | -164.94 |
| RETURN ITEM | 5225100 | -29.99 | -29.99 |
| RETURN ITEM | 5519715 | -29.99 | -29.99 |
| RETURN ITEM | 5559800 | -29.99 | -29.99 |
| RETURN ITEM | 5579277 | -18.74 | -18.74 |
| TENDER2 | TENDER2 | 176.48 | 164.94 |
| (null) | (null) | (null) | (null) |
| (null) | (null) | (null) | (null) |
| Tax | TAXAMT | 2.45 | 2.45 |
| SALE ITEM | 5820023 | 34.99 | 34.99 |
| TENDER2 | TENDER2 | -37.44 | -34.99 |
| SALE ITEM | 1532784 | 0 | 0 |
| Total | TOTAL | 34.99 | 34.99 |
| (null) | (null) | (null) | (null) |
| (null) | (null) | (null) | (null) |
| SALE ITEM | 4385100 | 79.99 | 79.99 |
| SALE ITEM | 4385100 | 79.99 | 79.99 |
| Tax | TAXAMT | 7.84 | 7.84 |
| SALE ITEM | 1532784 | 0 | 0 |
| TENDER2 | TENDER2 | -119.82 | -111.98 |
| SALE ITEM | 3720011 | 31.99 | 31.99 |
| SALE ITEM | 3720011 | 31.99 | 31.99 |
| Total | TOTAL | 111.98 | 111.98 |
| SALE ITEM | 3720011 | 19.99 | 19.99 |
| SALE ITEM | 4385100 | 49.99 | 49.99 |
| SALE ITEM | 1532784 | 0 | 0 |
| Total | TOTAL | 69.98 | 69.98 |
| Tax | TAXAMT | 4.2 | 4.2 |
| TENDER2 | TENDER2 | -74.18 | -69.98 |
| Tax | TAXAMT | -7.84 | -7.84 |
| RETURN ITEM | 4385100 | -79.99 | -79.99 |
| RETURN ITEM | 3720011 | -31.99 | -31.99 |
| Total | TOTAL | -111.98 | -111.98 |
| TENDER2 | TENDER2 | 119.82 | 111.98 |
| (null) | (null) | (null) | (null) |
| (null) | (null) | (null) | (null) |
| (null) | (null) | (null) | (null) |
| SALE ITEM | 1532784 | 0 | 0 |
| Tax | TAXAMT | 3.5 | 3.5 |
| Total | TOTAL | 49.99 | 49.99 |
| TENDER2 | TENDER2 | -53.49 | -49.99 |
| SALE ITEM | 5820023 | 49.99 | 49.99 |

| | | | |
|---|---|---|---|
| SALE ITEM | 5820023 | 49.99 | 49.99 |
| SALE ITEM | 9483426 | 89.99 | 89.99 |
| SALE ITEM | 9483426 | 89.99 | 89.99 |
| Tax | TAXAMT | 10.71 | 10.71 |
| Total | TOTAL | 152.97 | 152.97 |
| SALE ITEM | 1532784 | 0 | 0 |
| SALE ITEM | 4984000 | 29.99 | 29.99 |
| SALE ITEM | 4984000 | 29.99 | 29.99 |
| TENDER2 | TENDER2 | -163.68 | -152.97 |
| SALE ITEM | 5032600 | 32.99 | 32.99 |
| SALE ITEM | 5032600 | 32.99 | 32.99 |
| Tax | TAXAMT | 5.7 | 5.7 |
| SALE ITEM | 1532784 | 0 | 0 |
| Total | TOTAL | 94.99 | 94.99 |
| TENDER2 | TENDER2 | -100.69 | -94.99 |
| SALE ITEM | 5853005 | 94.99 | 94.99 |
| SALE ITEM | 1532784 | 0 | 0 |
| Tax | TAXAMT | 0 | 0 |
| Total | TOTAL | 0 | 0 |
| SALE ITEM | 5853005 | 94.99 | 0 |
| RETURN ITEM | 5853005 | -94.99 | 0 |
| RETURN ITEM | 4984000 | -29.99 | -29.99 |
| Total | TOTAL | -119.98 | -119.98 |
| Tax | TAXAMT | -8.4 | -8.4 |
| RETURN ITEM | 9483426 | -89.99 | -89.99 |
| TENDER2 | TENDER2 | 128.38 | 119.98 |
| TENDER2 | TENDER2 | 53.49 | 49.99 |
| RETURN ITEM | 5820023 | -49.99 | -49.99 |
| Tax | TAXAMT | -3.5 | -3.5 |
| Total | TOTAL | -49.99 | -49.99 |
| Tax | TAXAMT | -5.7 | -5.7 |
| TENDER2 | TENDER2 | 100.69 | 94.99 |
| RETURN ITEM | 5853005 | -94.99 | -94.99 |
| Total | TOTAL | -94.99 | -94.99 |
| Total | TOTAL | -94.99 | -94.99 |
| Tax | TAXAMT | -2.31 | -2.31 |
| RETURN ITEM | 5032600 | -32.99 | -32.99 |
| Total | TOTAL | -32.99 | -32.99 |
| TENDER2 | TENDER2 | 35.3 | 32.99 |
| (null) | (null) | (null) | (null) |
| (null) | (null) | (null) | (null) |