## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WILLIAM HANNUM, SEAN FREDERICK, OLGA MARYAMCHIK, VICTORIA CARUSO-DAVIS, SUSANA GUEVERA, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:21-cv-997 |
| THE RETAIL EQUATION, INC., APPRISS INC., ADVANCE AUTO PARTS, INC., ADVANCE STORES COMPANY, INCORPORATED, BEST BUY CO., INC., BEST BUY PURCHASING LLC, BEST BUY STORES, L.P., BUY BUY BABY, INC., CALERES, INC., BG RETAIL, LLC, and DICK'S SPORTING GOODS, INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF SUSAN FLETCHER IN SUPPORT OF
## MOTION TO COMPEL ARBITRATION

I, Susan Fletcher, pursuant to 28 U.S.C. § 1746 declare the following statements to be true to the best of my knowledge and under the penalty of perjury:

1. I am over the age of 18 years old and am competent to make this declaration. I have personal knowledge of the facts set forth below, and if called to do so, I could and would testify to them. I am authorized to make this declaration on behalf of Best Buy Co., Inc., Best Buy Purchasing LLC, and Best Buy Stores, L.P.

2. I am Director, Loyalty for Best Buy Enterprise Services, Inc., a wholly owned indirect subsidiary of Best Buy Co., Inc. I have worked at Best Buy since November 2013. Through my work I am familiar with and have responsibility for the Terms accepted by My Best

Buy members when enrolling in the My Best Buy program, and accepted by them when engaging in transactions to which a My Best Buy membership number is applied.

3.    The Terms to which members agreed when they enrolled in the My Best Buy program in November 2016, and in every subsequent transaction made as a member thereafter, contain a Dispute Resolution provision to resolve "any dispute" with Best Buy through arbitration or small claims court, and to do so on an individual as opposed to a class basis, as follows:

> **11. Dispute Resolution**
>
> IN CONSIDERATION FOR PARTICIPATING IN THE PROGRAM, YOU AGREE THAT IF (1) YOU HAVE ANY DISPUTE WITH OR CLAIM AGAINST BEST BUY ARISING OUT OF OR RELATING IN ANY WAY TO ANY PRODUCTS OR SERVICES SOLD OR DISTRIBUTED BY BEST BUY INCLUDING, BUT NOT LIMITED TO, THE ADVERTISING OF OR THE SALES PRACTICES FOR SUCH PRODUCTS AND SERVICES, AND (2) YOU RECEIVED POINTS, COULD HAVE RECEIVED POINTS, OR YOU APPLIED POINTS OR A CERTIFICATE TOWARD SUCH TRANSACTION, THEN YOU WILL RESOLVE DISPUTES OR CLAIMS BY BINDING ARBITRATION, RATHER THAN IN COURT, EXCEPT THAT YOU MAY ASSERT CLAIMS IN SMALL CLAIMS COURT IF YOUR CLAIMS QUALIFY.
>
> BY AGREEING TO ARBITRATION, YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING YOUR RIGHT TO MAINTAIN OTHER AVAILABLE RESOLUTION PROCESSES, SUCH AS A COURT ACTION OR ADMINISTRATIVE PROCEEDING, TO SETTLE DISPUTES. THE RULES IN ARBITRATION ARE DIFFERENT. THERE'S NO JUDGE OR JURY, AND REVIEW IS LIMITED, BUT AN ARBITRATOR CAN AWARD THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME LIMITATIONS STATED IN THE AGREEMENT AS A COURT WOULD.

Attached as **Exhibit G** is a true and correct copy of the My Best Buy Terms in effect during November 2016, and through March 2018. The Terms to which members agreed when they enrolled in the My Best Buy program in November 2016, and in every subsequent transaction made as a member thereafter, contain a Dispute Resolution provision to resolve "any dispute"

with Best Buy Stores, L.P. or any of its affiliates through arbitration or small claims court, and to do so on an individual as opposed to a class basis.

4. Since November 2016, the My Best Buy Terms have been available to customers at Best Buy store registers and printed by salespeople at customers' requests.

5. Those Terms were not amended until October, 2019, after when I understand the last transaction associated with Sean Frederick's My Best Buy Rewards Program account occurred.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at ___Eden Prairie___, Minnesota this _27_ day of ___October___ 2021.

DocuSigned by:

Susan Fletcher
C5936AD44ED5421...

Susan Fletcher
Declarant