EXHIBIT G

# My Best Buy® Terms

On Aug. 28, some important changes to our Terms took effect. These included changes in how members receive points through our My Best Buy loyalty program. There was no impact on how Elite Plus members and those who use their My Best Buy credit card receive points.

- My Best Buy members previously received 1 point for every $1 spent. They now receive 0.5 points for every $1 spent.

- My Best Buy Elite members previously received 1.1 points for every $1 spent. They now receive 1 point for every $1 spent.

- My Best Buy Elite Plus members receive 1.25 points for every $1 spent. There was no change to how Elite Plus members receive points.

Other important changes to our Terms included:

- Certain exclusions from eligible purchases at Best Buy Properties.

- Receiving and using points with My Best Buy Partners.

- Changes to the Limitation of Liability and Dispute Resolution provisions so customers can resolve issues more efficiently, including filing individual arbitration claims.

For information about these changes, read the My Best Buy FAQs ›

## Terms Beginning 8/28

Thank you for reviewing the terms ("Terms" or "Rules") for the My Best Buy® program (the "Program"). Please see cardmember terms for financial services terms. These Terms are between you and Best Buy Stores, L.P. and/or its affiliates ("Best Buy" or "us" or "we") and govern our respective rights and obligations. Your participation in the Program is subject to our Conditions of Use and Privacy Policy, as well as all other applicable terms, conditions, limitations and requirements. The Terms, together with applicable terms related to any promotional offers provided to you for use with the Program, constitute the entire agreement between you and Best Buy® related to the Program. By enrolling, and continuing to use the Program, you accept these terms, conditions, limitations and requirements. We may make changes to these Terms or terminate the program. **If we make material changes or**

**terminate the My Best Buy program, we will notify you by e-mail and/or post the new terms at BestBuy.com.**

1. **Eligibility**

   A. Age

      Program membership is open to individual U.S. residents (50 states, DC and Puerto Rico) at least 13 years of age. If you are between 13 and the age of majority (18 or 19 years old, depending on where you live), you may join the Program only with the permission of a parent or guardian.

   B. E-Mail

      To receive information about Rewards and updates about program changes, you must provide and maintain a valid e-mail address and promptly update your account with any changes and you acknowledge that Best Buy will communicate with you about program changes, rewards and promotional materials.

   C. Participating Properties

      Your membership is valid at Best Buy retail store locations in the United States (50 states, DC, and Puerto Rico), BestBuy.com, the Best Buy mobile app, and other select Best Buy properties (together, "Participating Properties"). Participating Properties does not include stand-alone Pacific Sales Kitchen and Bath Centers LLC which are not located in Best Buy Stores.

   D. Redemption Opportunities

      Members may use points received under the Program towards the issuance of reward certificates, Best Buy promotional offers or they may be used with Best Buy promotional partners we will identify from time to time ("Best Buy Partners"). We may identify certain products and offers which are ineligible for purchase with points or reward certificates. Reward certificates may be used at Best Buy retail stores, BestBuy.com, and the Best Buy mobile app (excluding those items described at section 2 below).

   E. Receiving Points

      You may receive points on products you purchase for your personal use at any of the Participating Properties or with Best Buy Partners. However, we may identify certain products and offers that are not eligible for receiving points. For example, members may not receive points on College Student Deal offers. Bonus points will not be multiplied.

**Non-Qualifying Purchases:** Leased products, purchases made prior to becoming a member, purchases/rentals at rent-to-own locations inside Best Buy stores, instant rebates, pre-orders at the time of deposit (the points will be awarded at the time of final payment or at the time you pick up the product), purchases made for resale, purchases paid with a reward certificate, purchases using any type of promotional financing, Best Buy gift card or Magnolia gift card, store credit issued by Best Buy, Miele appliances bought in AZ, CA, or NV, sales tax, service charges, certain Best Buy for Business or commercial purchases, other excluded charges, and certain items that are excluded in particular promotions. Best Buy entities such as Geek Squad® services purchased in store are awarded points; Geek Squad services purchased in home are not.

My Best Buy program points are awarded upon purchase of Best Buy gift cards and Magnolia gift cards, but not on redemption. All gift cards and prepaid cards are excluded from all bonus point promotions unless otherwise noted.

You become a My Best Buy program member by enrolling. My Best Buy program members may receive points according to their status within the Program:

i. Core members receive 0.5 points for every $1 spent on qualifying purchases when using a My Best Buy member account at Participating Properties.

ii. Elite members receive 1 point for every $1 spent on qualifying purchases when using a My Best Buy member account at Participating Properties. You become a My Best Buy program Elite member by spending $1500 at Best Buy or BestBuy.com or spending $1500 on your My Best Buy Visa during a calendar year. A My Best Buy program member qualifies for Elite status approximately 15-20 days after the member spends a total of $1500 on qualifying purchases (see Non-qualifying purchases above).

iii. Elite Plus members receive 1.25 points for every $1 spent on qualifying purchases when using a My Best Buy member account at Participating Properties. You become a My Best Buy program Elite Plus member by spending $3500 at Best Buy or BestBuy.com or spending $3500 on your My Best Buy Visa during a calendar year. A My Best Buy program member qualifies for Elite Plus status approximately 15-20 days after the member spends a total of $3500 on qualifying purchases (see Non-qualifying purchases above).

Points will post to a member's account 15–20 days from purchase date, shipment date, or delivery date. If you return an item in a qualifying purchase for which you received points, we will deduct the corresponding number of points from your account.

If you make a qualifying purchase and did not provide your My Best Buy member ID at the time of purchase, you may request points within 180 days of purchase at www.bestbuy.com/signin and selecting the "Report Missing Purchase" link, or by calling 1-888-BEST BUY (1-888-237-8289). You must have your receipt.

Best Buy may choose to confer My Best Buy Elite or My Best Buy Elite Plus status upon others based on certain purchase behaviors or other nondiscriminatory criteria (dates and benefits may vary for people who are invited to join). If you qualify for My Best Buy Elite or My Best Buy Elite Plus status or if you are invited to join, we will notify you.

Your status as a My Best Buy Elite or Elite Plus member will begin 15–20 days after purchase date, will continue through the end of the following calendar year, and will end on the last day of the following February. In any subsequent year, a member requalifies for My Best Buy Elite or Elite Plus status when the member spends a total $1500 (for Elite) or $3500 (for Elite Plus) on qualifying purchases during that calendar year. If a member does not requalify for such status in the second or subsequent year, such status will expire at the end of February in the third or subsequent calendar year and the member's program membership will revert to a standard My Best Buy program membership.

F. How to Keep Your Account Active

To remain eligible for the Program, you must maintain an active account. Account activity means a qualifying purchase made with your My Best Buy membership, issuance of My Best Buy program points for incented actions (example: check-in), reward certificate redemption (in store or online), or self-issuance of a reward certificate (where you select the reward certificate amount and issue it ("Account Activity").

If your account (except Elite Plus accounts) is inactive for a period of 12 consecutive months, we will issue you reward certificate(s) in 250-point increments, and you will forfeit the right to any remaining points less than 250. If your account is inactive for 24 months, we will terminate it. You may return your

account to active status at any point during the 24 month period by simply engaging in Account Activity. If you wish to be a member in the Program after you are terminated, you must create a new My Best Buy account. If a purchase is made after 24 months of inactivity and a new account is not opened, point accruals may be lost. Elite Plus accounts with no activity will remain active for the duration of the Elite Plus status period.

G. Resellers

Resellers are excluded from the program and from receiving points. If we mistakenly issue points for resale purchases, we reserve the right to deduct those improperly awarded points and/or to invalidate improperly issued reward certificates as well as to terminate such accounts.

If you are found, in our sole discretion, to be a reseller, your account may be terminated in accordance with Section 7 below.

2. **Reward Certificates**

For every 250 My Best Buy points you receive, you will be eligible to receive a $5 reward certificate. Reward certificates are coupons for discounts off future purchases at Participating Properties and may be redeemed only for a discount off purchase amounts equal to or greater than the sum of the reward certificate(s) presented for redemption, excluding "Non-Qualifying Redemptions" (see below). Reward certificates are not transferable and may be used only by the member to whom issued. Reward certificates may be used in conjunction with most other discounts or offers toward the purchase of products, not to exceed the purchase amount. Unless noted otherwise on the reward certificate, each reward certificate will expire 60 days from the issuance date. Reward certificates have no cash value and no change will be given for reward certificate redemption. Reward certificates may be used only once. Reward certificates expire at 11:59 p.m. CT on the expiration date shown on the reward certificate.

**Non-Qualifying Redemptions**

You may redeem reward certificates when the purchase value (excluding tax) exceeds the reward certificate amount. The following items are considered non-qualifying redemptions for which reward certificates may not be redeemed: Leased products, purchases/rentals at rent-to-own locations inside Best Buy stores, prior purchases, purchase of Best Buy or Magnolia gift cards, Visa or MasterCard prepaid access cards, purchases made for resale, payment on any Best Buy Credit Card or My Best Buy Credit

Card, Miele appliances in AZ, CA or NV, any online transaction that contains the purchase of a Best Buy gift card, sales tax, service charges, and discounted Best Buy for Business or commercial purchases. Other exclusions may apply.

3. **My Best Buy Credit Card and My Best Buy Visa Card**

   In addition to base points, My Best Buy Credit Card cardmembers and My Best Buy Visa cardmembers will receive bonus points for every $1 spent on qualifying purchases or net purchases at Participating Properties made with a My Best Buy Program Credit Card when selecting standard credit, according to their status within the Program:

   i.   Core members receive 2 points for every $1 spent.

   ii.  Elite members receive 1.5 points for every $1 spent.

   iii. Elite Plus members receive 1.75 points for every $1 spent.

   Promotional credit purchases do not qualify for base or bonus points. My Best Buy points will not be issued or available for redemption on purchases made at Pacific Sales Kitchen & Home outside Best Buy locations using a My Best Buy Credit Card.

   My Best Buy Visa cardmembers also receive 1 bonus point for every $2 of qualifying Net Purchases outside Best Buy made with the My Best Buy Visa. In addition, certain limited-time promotions may be offered for Net Purchases made outside Best Buy Properties that may enable members to receive additional bonus points. Bonus points will not be multiplied.

   "Net Purchase" means any purchase of goods or services on the My Best Buy Credit Card or the My Best Buy Visa, excluding: 1) refunds, returns and/or unauthorized transactions; 2) cash advances; 3) any purchase of a product that is functionally equivalent to cash or a cash transaction, including without limitation, wire transfers, money orders, bets, lottery tickets or casino gaming chips; 4) taxes and delivery charges; or 5) any annual fee or other fees paid on these cards.

4. **Partners**

   My Best Buy members may also get points by transacting with Best Buy Partners. Best Buy will identify such opportunities from time to time.

   Points from a partner transaction will post to your account 4–6 weeks from your transaction. If you make a qualifying purchase or transaction with a partner and do not see your points posted to your My Best Buy account, please contact the partner because only the partner has the information needed to validate your point award. If applicable,

the partner may validate that your transaction was eligible for points and, if valid, they will send the applicable information to Best Buy so your points can be properly credited.

5. **Privacy Policy**

   The information you provide as a member of the My Best Buy program will be handled according to the Best Buy Privacy Policy. If you are interested in learning more about Best Buy privacy practices, please contact Best Buy at 1-888-BEST BUY (1-888-237-8289) or visit www.BestBuy.com/Privacy.

   Occasionally Best Buy may test new products, services or promotions. Some of these tests may have implications for My Best Buy members that may vary from the terms as stated here. When different policies or terms apply, we will communicate that to you.

6. **Limitations**

   You may not transfer or assign your Program membership or any Program benefits. Only one program membership will receive points in any one transaction. Membership cards, points, and reward certificates have no cash value and may not be transferred except as specified on www.bestbuy.com/mybestbuy. Additional restrictions may apply to Best Buy employees.

7. **Membership Cancellation**

   You may cancel your membership in the Program at any time by e-mail or phone (1-888-BEST BUY).

   If your membership is canceled (either by you or by Best Buy), you will forfeit any remaining points.

   If your account has a negative points balance, we may immediately cancel or reverse any or all outstanding points as well as issued reward certificates.

   We may not issue you any reward certificate(s) if we terminate your account because of conduct that we determine, in our discretion, violates these Terms or any applicable law, involves fraud or misuse of Program membership, or is harmful to our interests or another customer. We also reserve the right to deny future membership if we deem your conduct to violate these Terms.

   Our failure to insist upon or enforce your strict compliance with these Terms will not constitute a waiver of any of our rights.

8. **Member Communications**

You may view your membership activity online at www.bestbuy.com/signin. For information about your membership, contact Best Buy by e-mail or phone (1-888-BEST BUY) with your member ID.

Or, you can contact us by mail at:

My Best Buy Program

P.O. Box 949

Minneapolis, MN 55440-0949

We may, in our discretion, change these Terms, BestBuy.com Conditions of Use or Privacy Policy, or any aspect of Program membership. If any change to these terms is found invalid, void, or for any reason unenforceable, that change is severable and does not affect the validity and enforceability of any remaining changes or conditions. YOUR CONTINUED MEMBERSHIP AFTER WE CHANGE THESE TERMS CONSTITUTES YOUR ACCEPTANCE OF THE CHANGES. IF YOU DO NOT AGREE TO ANY CHANGES, YOU MUST CANCEL YOUR MEMBERSHIP.

9. **General Program Information**

The My Best Buy program is brought to you by Best Buy Stores, L.P. BEST BUY, the BEST BUY logo, the tag design, BESTBUY.COM, MY BEST BUY, and other logos and taglines are the intellectual property of BBY Solutions, Inc., licensed to Best Buy Stores, L.P. and others under controlled conditions. Program Terms are void where and to the extent prohibited by law. Taxes may apply where required by law.

10. **Limitation of Liability**

IN ADDITION TO OTHER LIMITATIONS AND EXCLUSIONS IN BESTBUY.COM CONDITIONS OF USE, IN NO EVENT WILL WE OR OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR OTHER REPRESENTATIVES BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, OR ANY OTHER DAMAGES OF ANY KIND, ARISING OUT OF OR RELATED TO THE PROGRAM. OUR TOTAL LIABILITY, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, WILL NOT EXCEED THE TOTAL AMOUNT OF THE QUALIFYING PURCHASE THAT IS THE SUBJECT OF THE DISPUTE. THESE EXCLUSIONS AND LIMITATIONS OF LIABILITY WILL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW AND WILL SURVIVE CANCELLATION OR TERMINATION OF YOUR MEMBERSHIP. THE LIMITATIONS SET FORTH IN THIS SECTION WILL NOT LIMIT OR EXCLUDE LIABILITY FOR BEST BUY'S GROSS

NEGLIGENCE, INTENTIONAL, WILLFUL, RECKLESS, OR MALICIOUS MISCONDUCT, OR FRAUD.

11. **Dispute Resolution**

IN CONSIDERATION FOR PARTICIPATING IN THE PROGRAM, YOU AGREE THAT IF (1) YOU HAVE ANY DISPUTE WITH OR CLAIM AGAINST BEST BUY ARISING OUT OF OR RELATING IN ANY WAY TO ANY PRODUCTS OR SERVICES SOLD OR DISTRIBUTED BY BEST BUY INCLUDING, BUT NOT LIMITED TO, THE ADVERTISING OF OR THE SALES PRACTICES FOR SUCH PRODUCTS AND SERVICES, AND (2) YOU RECEIVED POINTS, COULD HAVE RECEIVED POINTS, OR YOU APPLIED POINTS OR A CERTIFICATE TOWARD SUCH TRANSACTION, THEN YOU WILL RESOLVE DISPUTES OR CLAIMS BY BINDING ARBITRATION, RATHER THAN IN COURT, EXCEPT THAT YOU MAY ASSERT CLAIMS IN SMALL CLAIMS COURT IF YOUR CLAIMS QUALIFY.

BY AGREEING TO ARBITRATION, YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING YOUR RIGHT TO MAINTAIN OTHER AVAILABLE RESOLUTION PROCESSES, SUCH AS A COURT ACTION OR ADMINISTRATIVE PROCEEDING, TO SETTLE DISPUTES. THE RULES IN ARBITRATION ARE DIFFERENT. THERE'S NO JUDGE OR JURY, AND REVIEW IS LIMITED, BUT AN ARBITRATOR CAN AWARD THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME LIMITATIONS STATED IN THE AGREEMENT AS A COURT WOULD.

To begin an arbitration proceeding, you must send a demand to the American Arbitration Association (AAA) describing your claim and serve a copy of the demand on our registered agent CT Corporation System, Inc., 100 South Fifth Street, Suite 1075, Minneapolis, MN 55402. The arbitration will be conducted by the AAA under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules and the form for filing an arbitration claim are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees (but not any attorney's fees) for claims totaling less than $10,000 unless the arbitrator determines your claims are frivolous. Likewise, Best Buy will not seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed upon location.

We each agree that any dispute resolution proceedings of any nature or in any forum will be conducted only on an individual basis and not in a class, consolidated or representative action. This means that you may not purport to act on behalf of a class or any other person. Likewise, an arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

If for any reason a claim proceeds in court rather than in arbitration, we each waive any right to a jury trial, unless such waiver is unenforceable. This means that any claim would be decided by a judge, not a jury.

We also both agree that you or we may bring suit in court to seek to enjoin infringement or other misuse of intellectual property rights.

12. **Applicable Law**

IN CONSIDERATION FOR PARTICIPATING IN THE PROGRAM, YOU AGREE THAT THE FEDERAL ARBITRATION ACT AND APPLICABLE FEDERAL LAW (OR IN THE ABSENCE OF APPLICABLE FEDERAL LAW, THEN THE LAWS OF THE STATE OF MINNESOTA), WITHOUT REGARD TO PRINCIPLES OF CONFLICT OF LAWS, WILL GOVERN THESE TERMS AND APPLY TO ANY DISPUTES OR CLAIMS AGAINST BEST BUY ARISING OUT OF OR RELATING TO YOUR PARTICIPATION IN THE PROGRAM.

## Terms Valid Through 8/27

Thank you for reviewing the terms ("Terms" or "Rules") for the My Best Buy® program (the "Program"). Please see cardmember terms for financial services terms. These Terms are between you and Best Buy Stores, L.P. and/or its affiliates ("Best Buy" or "us") and govern our respective rights and obligations. These Terms incorporate by reference our Conditions of Use and Privacy Policy, as well as all other applicable terms, conditions, limitations and requirements. The Terms, together with applicable terms related to any promotional offers provided to you for use with the Program, constitute the entire agreement between you and Best Buy® related to the Program. By enrolling, and continuing to use the Program, you accept these terms, conditions, limitations and requirements. We may make changes to these Terms or terminate the program. **If we make material changes or terminate the My Best Buy program, we will notify you by e-mail and/or post the new terms at BestBuy.com.**

1. **Eligibility**

   A. <u>Age</u>

   Program membership is open to individual U.S. residents (50 states, DC and Puerto Rico) at least 13 years of age. If you are between 13 and the age of majority (18 or 19 years old, depending on where you live), you may join the Program only with the permission of a parent or guardian.

   B. <u>E-Mail</u>

   To receive information about Rewards and updates about program changes, you must provide and maintain a valid e-mail address and promptly update your account with any changes and you acknowledge that Best Buy will communicate with you about program changes, rewards and promotional materials.

   C. <u>Participating Properties</u>

   Your membership is valid at Best Buy retail store locations in the United States (50 states, DC, and Puerto Rico), BestBuy.com, and other select Best Buy properties (together, "Participating Properties").

   D. <u>Redemption Opportunities</u>

   Reward certificates may be used at Best Buy retail stores and BestBuy.com (excluding those items described at section 2 below).

   E. <u>Receiving Points</u>

   You may receive points on products you purchase for your personal use at any of the Participating Properties. However, certain products are not eligible for receiving points. Bonus points will not be multiplied.

   **Non-Qualifying Purchases:** Leased products, purchases made prior to becoming a member, purchases/rentals at rent-to-own locations inside Best Buy stores, instant rebates, pre-orders at the time of deposit (the points will be awarded at the time of final payment or at the time you pick up the product), purchases made for resale, purchases paid with a reward certificate, purchases using any type of promotional financing, Best Buy gift card or Magnolia gift card, store credit issued by Best Buy, Miele appliances bought in AZ, CA, or NV, sales tax, service charges, certain Best Buy for Business or commercial purchases, other excluded charges, and certain items that are excluded in particular

promotions. Best Buy entities such as Geek Squad® services purchased in store are awarded points; Geek Squad services purchased in home are not.

My Best Buy program points are awarded upon purchase of Best Buy gift cards and Magnolia gift cards, but not on redemption. All gift cards and prepaid cards are excluded from all bonus point promotions unless otherwise noted. Bonus points will not be multiplied.

You become a My Best Buy program member by enrolling. As a Program member, you will receive 1 base point for every $1 you spend on qualifying purchases when using a My Best Buy member account at Participating Properties. See section 3 below for points associated with My Best Buy credit card usage.

You become a My Best Buy program Elite member by spending $1500 at Best Buy or BestBuy.com or spending $1500 on your My Best Buy program Visa during a calendar year. A My Best Buy program member qualifies for Elite status approximately 15-20 days after the member spends a total of $1500 on qualifying purchases (see Non-qualifying purchases above). As a My Best Buy Elite member, you will receive 1.1 points (1 base point plus 0.1 bonus point) for every $1 you spend on qualifying purchases when using a My Best Buy member account at Participating Properties. See section 3 below for points associated with My Best Buy credit card usage.

You become a My Best Buy program Elite Plus member by spending $3500 at Best Buy or BestBuy.com or spending $3500 on your My Best Buy program Visa during a calendar year. A My Best Buy program member qualifies for Elite Plus status approximately 15-20 days after the member spends a total of $3500 on qualifying purchases (see Non-qualifying purchases above). As a My Best Buy Elite Plus member, you will receive 1.25 points (1 base point plus 0.25 bonus point) for every $1 you spend on qualifying purchases when using a My Best Buy member account at Participating Properties. See section 3 below for points associated with My Best Buy credit card usage.

Points will post to a member's account 15–20 days from purchase date, shipment date, or delivery date. If you return an item in a qualifying purchase for which you received points, we will deduct the corresponding number of points from your account.

If you make a qualifying purchase and did not provide your My Best Buy member ID at the time of purchase, you may request points within 180 days of purchase at www.bestbuy.com/signin and selecting the "Report Missing Purchase" link, or by calling 1-888-BEST BUY (1-888-237-8289). You must have your receipt.

Best Buy may choose to confer My Best Buy Elite or My Best Buy Elite Plus status upon others based on certain purchase behaviors or other nondiscriminatory criteria (dates and benefits may vary for people who are invited to join). If you qualify for My Best Buy Elite or My Best Buy Elite Plus status or if you are invited to join, we will notify you.

Your status as a My Best Buy Elite or Elite Plus member will begin 15–20 days after purchase date, will continue through the end of the following calendar year, and will end on the last day of the following February. In any subsequent year, a member requalifies for My Best Buy Elite or Elite Plus status when the member spends a total $1500 (for Elite) or $3500 (for Elite Plus) on qualifying purchases during that calendar year. If a member does not requalify for such status in the second or subsequent year, such status will expire at the end of February in the third or subsequent calendar year and the member's program membership will revert to a standard My Best Buy program membership.

F.  How to Keep Your Account Active

To remain eligible for the Program, you must maintain an active account. Account activity means a qualifying purchase made with your My Best Buy membership, issuance of My Best Buy program points for incented actions (example: check-in), reward certificate redemption (in store or online), or self-issuance of a reward certificate (where you select the reward certificate amount and issue it ("Account Activity").

If your account (except Elite Plus accounts) is inactive for a period of 12 consecutive months, we will issue you reward certificate(s) in 250-point increments, and you will forfeit the right to any remaining points less than 250. If your account is inactive for 24 months, we will terminate it. You may return your account to active status at any point during the 24 month period by simply engaging in Account Activity. If you wish to be a member in the Program after you are terminated, you must create a new My Best Buy account. If a purchase is made after 24 months of inactivity and a new account is not opened, point

accruals may be lost. Elite Plus accounts with no activity will remain active for the duration of the Elite Plus status period.

G. <u>Resellers</u>

Resellers are excluded from the program and from receiving points. If we mistakenly issue points for resale purchases, we reserve the right to deduct those improperly awarded points and/or to invalidate improperly issued reward certificates as well as to terminate such accounts.

If you are found, in our sole discretion, to be a reseller, your account may be terminated in accordance with Section 7 below.

2. **Reward Certificates**

For every 250 My Best Buy points you receive, you will be eligible to receive a $5 reward certificate. Reward certificates are coupons for discounts off future purchases at Participating Properties and may be redeemed only for a discount off purchase amounts equal to or greater than the sum of the reward certificate(s) presented for redemption, excluding "Non-Qualifying Redemptions" (see below). Reward certificates are not transferable and may be used only by the member to whom issued. Reward certificates may be used in conjunction with most other discounts or offers toward the purchase of products, not to exceed the purchase amount. Unless noted otherwise on the reward certificate, each reward certificate will expire 60 days from the issuance date. Reward certificates have no cash value and no change will be given for reward certificate redemption. Reward certificates may be used only once. Reward certificates expire at 11:59 p.m. CT on the expiration date shown on the reward certificate.

**Non-Qualifying Redemptions**

You may redeem reward certificates when the purchase value (excluding tax) exceeds the reward certificate amount. The following items are considered non-qualifying redemptions for which reward certificates may not be redeemed: Leased products, purchases/rentals at rent-to-own locations inside Best Buy stores, prior purchases, purchase of Best Buy or Magnolia gift cards, Visa or MasterCard prepaid access cards, purchases made for resale, payment on any Best Buy Credit Card or My Best Buy program Credit Card, Miele appliances in AZ, CA or NV, any online transaction that contains the purchase of a Best Buy gift card, sales tax, service charges, and discounted Best Buy for Business or commercial purchases. Other exclusions may apply.

3. **My Best Buy Credit Card and My Best Buy Visa Card**

In addition to base points, My Best Buy Credit Card card members and My Best Buy Visa card members will receive 1.5 bonus points for every $1 spent on qualifying purchases or net purchases at Participating Properties made with a My Best Buy Program Credit Card when selecting standard credit. Promotional credit purchases do not qualify for base or bonus points.

My Best Buy Visa card members also receive 1 bonus point for every $2 of qualifying Net Purchases outside Best Buy made with the My Best Buy Visa. In addition, certain limited-time promotions may be offered for Net Purchases outside Best Buy that may enable members to receive additional bonus points. Bonus points will not be multiplied.

"Net Purchase" means any purchase of goods or services on the My Best Buy Credit Card or the My Best Buy Visa, excluding: 1) refunds, returns and/or unauthorized transactions; 2) cash advances; 3) any purchase of a product that is functionally equivalent to cash or a cash transaction, including without limitation, wire transfers, money orders, bets, lottery tickets or casino gaming chips; 4) taxes and delivery charges; or 5) any annual fee or other fees paid on these cards.

4. **Partners**

   My Best Buy members can also get points by transacting with My Best Buy Partners.

   Points from a partner transaction will post to your account 4–6 weeks from your transaction. If you make a qualifying purchase or transaction with a partner and do not see your points posted to your My Best Buy account, please contact the partner because only the partner has the information needed to validate your point award. If applicable, the partner may validate that your transaction was eligible for points and, if valid, they will send the applicable information to Best Buy so your points can be properly credited.

5. **Privacy Policy**

   The information you provide as a member of the My Best Buy program will be handled according to the Best Buy Privacy Policy. If you are interested in learning more about Best Buy privacy practices, please contact Best Buy at 1-888-BEST BUY (1-888-237-8289) or visit www.BestBuy.com/Privacy.

   Occasionally Best Buy may test new products, services or promotions. Some of these tests may have implications for My Best Buy members that may vary from the terms as stated here. When different policies or terms apply, we will communicate that to you.

6. **Limitations**

You may not transfer or assign your Program membership or any Program benefits. Only one program membership will receive points in any one transaction. Membership cards, points, and reward certificates have no cash value and may not be transferred except as specified on www.bestbuy.com/mybestbuy. Additional restrictions may apply to Best Buy employees.

7. **Membership Cancellation**

You may cancel your membership in the Program at any time by e-mail or phone (1-888-BEST BUY).

If your membership is canceled (either by you or by Best Buy), you will forfeit any remaining points.

If your account has a negative points balance, we may immediately cancel or reverse any or all outstanding points as well as issued reward certificates.

We may not issue you any reward certificate(s) if we terminate your account because of conduct that we determine, in our discretion, violates these Terms or any applicable law, involves fraud or misuse of Program membership, or is harmful to our interests or another customer. We also reserve the right to deny future membership if we deem your conduct to violate these Terms.

Our failure to insist upon or enforce your strict compliance with these Terms will not constitute a waiver of any of our rights.

8. **Member Communications**

You may view your membership activity online at www.bestbuy.com/signin. For information about your membership, contact Best Buy by e-mail or phone (1-888-BEST BUY) with your member ID.

Or, you can contact us by mail at:

My Best Buy Program
P.O. Box 949
Minneapolis, MN 55440-0949

We may, in our discretion, change these Terms, BestBuy.com Conditions of Use or Privacy Notice, or any aspect of Program membership. If any change to these terms is found invalid, void, or for any reason unenforceable, that change is severable and does not affect the validity and enforceability of any remaining changes or conditions. YOUR

CONTINUED MEMBERSHIP AFTER WE CHANGE THESE TERMS CONSTITUTES YOUR ACCEPTANCE OF THE CHANGES. IF YOU DO NOT AGREE TO ANY CHANGES, YOU MUST CANCEL YOUR MEMBERSHIP.

9. **General Program Information**

   The My Best Buy program is brought to you by Best Buy Stores L.P. ("Best Buy"). BEST BUY, the BEST BUY logo, the tag design, BESTBUY.COM, MY BEST BUY, and other logos and taglines are the intellectual property of BBY Solutions, Inc., licensed to Best Buy Stores L.P. and others under controlled conditions. Program Terms are void where and to the extent prohibited by law. Taxes may apply where required by law.

   If any change to these terms is found invalid, void, or for any reason unenforceable, that change is severable and does not affect the validity and enforceability of any remaining changes or conditions. YOUR CONTINUED MEMBERSHIP AFTER WE CHANGE TERMS CONSTITUTES YOUR ACCEPTANCE OF THE CHANGES. IF YOU DO NOT AGREE TO ANY CHANGES, YOU MUST CANCEL YOUR MEMBERSHIP.

10. **Limitation of Liability**

    IN ADDITION TO OTHER LIMITATIONS AND EXCLUSIONS IN BESTBUY.COM CONDITIONS OF USE, IN NO EVENT WILL WE OR OUR DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR OTHER REPRESENTATIVES BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES OF ANY KIND, ARISING OUT OF OR RELATED TO THE PROGRAM. OUR TOTAL LIABILITY, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, WILL NOT EXCEED THE TOTAL AMOUNT YOU SPENT ON QUALIFYING PURCHASES IN THE MOST RECENT TWELVE-MONTH PERIOD. THESE EXCLUSIONS AND LIMITATIONS OF LIABILITY WILL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW AND WILL SURVIVE CANCELLATION OR TERMINATION OF YOUR MEMBERSHIP. CERTAIN STATE LAWS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

11. **Dispute Resolution**

    In consideration for participating in the Program, except for intellectual property claims, you agree that if you have a dispute with Best Buy about the program, you will try to

resolve the dispute through negotiation with Best Buy. If agreement cannot be reached through negotiation, you agree to seek resolution on an individual basis only through binding arbitration in the State of Minnesota and that the laws of your state or US territory will govern the substantive resolution of the matter. If for any reason a claim proceeds outside of binding arbitration, the laws of your state of residence will govern.