## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HANNUM, SEAN FREDERICK, OLGA MARYAMCHIK, VICTORIA CARUSO-DAVIS, SUSANA GUEVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE RETAIL EQUATION, INC., APPRISS INC., ADVANCE AUTO PARTS, INC., ADVANCE STORES COMPANY, INCORPORATED, BEST BUY CO., INC., BEST BUY PURCHASING LLC, BEST BUY STORES, L.P., BUY BUY BABY, INC., CALERES, INC., BG RETAIL, LLC, and DICK'S SPORTING GOODS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:21-cv-997<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

THIS CAUSE is before the Court on Defendants Best Buy Co., Inc., Best Buy Purchasing LLC, and Best Buy Stores, L.P., (together, "Best Buy") Motion to Compel Arbitration and Dismiss (the "Motion") seeking to compel the claims of Plaintiff Sean Frederick (the "Plaintiff") against Best Buy to binding arbitration and to dismiss those claims pending the arbitration.

The Court has reviewed the Motion and all related filings.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the terms and conditions governing Plaintiff's account with Best Buy require him to submit to arbitration "any dispute or claim against Best Buy arising out of or relating in any way to any products or services sold or distributed by Best Buy including, but not limited to, the advertising of or the sales practices for such products and services," and where program members "received points or a certificate toward such transaction."

IT IS HEREBY FURTHER ORDERED that the agreement governing Plaintiff's account with Best Buy is enforceable and encompasses all of his claims against Best Buy.

IT IS FURTHER HEREBY ORDERED that this the claims against Best Buy only are dismissed pending the completion of arbitration.

DONE AND ORDERED on the ____ day of _____.

BY THE COURT:

_____
U.S. District Judge Cathy Bissoon