# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

|  |  |
|---|---|
| WILLIAM HANNUM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE RETAIL EQUATION, INC., et al.,<br><br>Defendants. | Civil Action No. 2:21-cv-997<br><br>Hon. Cathy Bissoon<br><br>**DECLARATION OF ERIKA E. GREEN IN SUPPORT OF DICK'S SPORTING GOODS, INC.'S MOTION TO COMPEL ARBITRATION** |

I, Erika E. Green, declare as follows:

1.    I am Distinguished Product Manager at DICK's Sporting Goods, Inc. ("DSG"), a party in the above-entitled action. Prior to my current position, I was Director, Product Management & Design, at DSG, and worked in DSG's E-Commerce Department for 8.5 years. I make this declaration based on my personal knowledge, my review of the records available to me as they are kept in the ordinary course of DSG's business, information obtained from other employees upon whom I regularly rely in the ordinary course of DSG's business, and my knowledge of DSG's practices as outlined below, all of which I know to be true and correct. If called as a witness, I could and would competently testify as follows:

2.    It is my understanding that Susana Guevara has filed the Class Action Complaint in this action, and included allegations against DSG. DSG located records of at least some of Ms. Guevara's purchases from DSG, which I have reviewed. Those records show that Ms. Guevara made an online purchase from the desktop version of DSG's website located at www.dickssportinggoods.com (the "Website") on July 27, 2016.

3.      Ms. Guevara was required to complete the Website's "checkout flow" process in order to make her July 27, 2016 purchase.  After a customer selected their items for purchase, the process required them to select a "Begin Checkout" button and then prompted them to enter their payment and shipment information.  The final page before completing a purchase in the checkout flow process on July 27, 2016, the "Order Review" page, required the customer to select the "Submit Order" button to complete the purchase.  At the time of Ms. Guevara's July 27, 2016 purchase, the statement "[b]y placing your order, you affirm that you agree to our Terms and Conditions and Privacy Policy" appeared immediately below the order summary and adjacent to the "Submit Order" button, on the left side of the button.  The phrases "Terms and Conditions" and "Privacy Policy" were hyperlinks set apart in green text that, if clicked, caused DSG's Terms of Use ("Terms") or Privacy Policy, respectively, to appear in a new browser window.  A true and correct copy of an exemplar of the final screen in the "checkout flow" process as it would have appeared on July 27, 2016 on the desktop version of the Website is attached hereto as Exhibit A.

4.      I have also read the Declaration of Julie Salas and Exhibits A and B attached to that declaration.  As set forth in that declaration, on January 11, 2017, DSG sent an email to its customers notifying them of updates to DSG's Terms and Privacy Policy.  The email was sent to Ms. Guevara at email addresses smguevara02@gmail.com and castro01@gmail.com.

5.      DSG maintains records of certain activity associated with some customer emails and some customer browsing activity.  These records may confirm when a customer clicks through a link contained within an email to interact with the DSG website, which would indicate that the email address was valid, and that the email user received the email at that address and was able to review and engage with the content.  The records may also show the customer's

browsing activity on the DSG website, which would indicate that the customer used the DSG website. DSG's records show that on multiple occasions between the transmission of the January 11, 2017 email referenced above and 2021, DSG sent emails to Ms. Guevara's aforementioned email addresses, the user of those email addresses clicked on links within those emails that brought the user to the DSG website, and the user subsequently browsed on the DSG website.

6.      The January 11, 2017 email contained a blue hyperlink to the contents of the Privacy Policy. Attached hereto as Exhibit B is a true and correct copy of the Privacy Policy as it appeared on January 11, 2017, which showed both the Privacy Policy with an effective date December 18, 2015 (which would have been in place on July 27, 2016) and the Privacy Policy with an effective date February 12, 2017. In January 2017, my team was responsible for posting and updating the Privacy Policy on DSG's website.

7.      The January 11, 2017 email also contained a blue hyperlink to the contents of the Terms. Attached hereto as Exhibit C is a true and correct copy of the Terms as they appeared on January 11, 2017, which showed both the Terms with an effective date February 11, 2015 (which would have been in place on July 27, 2016) and the Terms with an effective date February 12, 2017. In January 2017, my team was responsible for posting and updating the Terms on DSG's website.

8.      DSG has no record that Ms. Guevara opted out of the arbitration provision after receiving that email and engaging in subsequent interactions with the DSG website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of December, 2021, at Coraopolis, Pennsylvania.

*ERika Green*
—————————————————
Erika E. Green

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 3rd day of January, 2022, a true and correct copy of the foregoing was filed and served electronically via the Court's CM/ECF system upon all registered users in this action.

/s/ *Jasmeet K. Ahuja*
Jasmeet K. Ahuja

# Exhibit A





**FREE SHIPPING ON ORDERS $25 OR MORE**
+ FREE IN-STORE RETURNS
Online Only. Exclusions Apply. Details

**SPEND $50 GET $10 WITH BUY ONLINE PICK UP IN STORE**
SHOP NOW

| 🛒1 | ✓ Address | ✓ Delivery | ✓ Pay | ✏️ Review | 🗒 Receipt |

## Order Review

**Payment Information** Edit

VISA  xxxx-xxxx-xxxx-1111

**Billing Address** Edit
Adam Revetta
345 Court Street
Coraopolis, PA 15108
United States
555-555-5555

**Shipping Address** Edit
Adam Revetta
345 Court Street
Coraopolis, PA 15108
United States
555-555-5555

**Delivery Methods** Edit
Standard, (3-6 business days)



**ScoreCard**
Score points every time you shop!

[                    ]  APPLY
Enter all 12 characters inside and outside of barcode.

ScoreCard Lookup | Where's My Number ❓

**SUBMIT ORDER >**

**Your Order** Edit

| Product | | Availability | Delivery | Each | Quantity | Total |
|---|---|---|---|---|---|---|
| | **Nike Women's Tempo Shorts**<br>Color: Black/white<br>Size: M<br>Web ID: 11783408<br>Free Shipping Plus Free Returns on Apparel! ❓ | In Stock ❓ | Standard ❓<br>3-6 Business Days | $22.50 | 1 | $22.50 |

| | |
|---|---|
| Order Subtotal | $22.50 |
| Estimated Shipping and Handling | FREE |
| Estimated Tax ❓ | $0.00 |
| **Estimated Order Total** | **$22.50** |

**SUBMIT ORDER >**

Free & Easy In-Store Returns

Click the Submit Order button only once. You will be charged when your order ships or is picked up in the store.
By placing your order, you affirm that you agree to our Terms and Conditions and Privacy Policy. With respect to each item in your order, your purchase will be complete when the item ships or is picked up in the store.

---

Return Policy
Shipping Rates
Product Availability & Price
Index [ + ]

Contact Customer Service
Find a Store
Promo Exclusions

Order by Phone: 1-877-846-9997
Only at DICK'S
Terms of Use
California Disclosures

Gift Cards
ScoreCard
Text Alerts
453 and a Half
Commercials & Films
PRO TIPS

Privacy Policy

©2017 DICK'S Sporting Goods *Reference prices are past offerings. No sales may have occurred at this price.

# Exhibit B

SERENGETI

http://www.dickssportinggoods.com/helpdesk/index.jsp?display=safety&subdisplay=privacy&a

DICK'S Sporting Goods – Of...

Convert ▾  Select

Page ▾  Safety ▾  Tools ▾

Help  |  My Account  |  Find a Store  |  Weekly Ad  |  Chat Now

Clearance
**Shop Now**

Get Fit in 2017
#ChallengeAccepted



Search

CART
0

SHOP BY SPORT     FOOTWEAR     APPAREL     ACCESSORIES     FAN SHOP     FEATURED     CLEARANCE

**FREE SHIPPING ON ORDERS $25 OR MORE**
+ FREE IN-STORE RETURNS
Online Only. Exclusions Apply. Details

**SPEND $50 GET $10 WITH BUY ONLINE PICK UP IN STORE**
SHOP NOW

Feedback

Home  >  Help Desk  >  Safety, Security & Privacy: Privacy Policy

« Back to Help Desk

### Safety, Security & Privacy

Secure Shopping Guarantee

Terms of Use

California Disclosures

Service Plan

Privacy Policy

Product Availability & Pricing

**Privacy Policy**

Effective Dates December 18, 2015 through February 11, 2017 – see below for updated Privacy Policy

DICK'S Sporting Goods, Inc. and its **Family of Businesses** (collectively, "DICK'S") provide this privacy policy (this "Policy") to inform you of: (1) the types of information we collect; (2) your choices surrounding such information; and (3) how we collect, use, share, update and secure such information. This Policy applies to information obtained in connection with DICK'S operations at or through our websites, our mobile/tablet sites, our social media presence, our applications, our stores and other DICK'S controlled digital properties that link to this Policy. For purposes of this Policy, our websites, our mobile/tablet sites, our social media presence, our applications, and our other digital properties are referred to collectively as, our "Websites." Emails, social media, marketing campaigns and online advertising are referred to collectively as, our "Internet Marketing Channels."

This Policy does not create a contractual obligation between you and DICK'S, and it is subject to our **Terms of Use**. If you have questions about this Policy, please contact us by using the "Contact Customer Service" link below.

**Information Collected**

We receive information you voluntarily provide to us when you: (1) open an account with us; (2) utilize our services; (3) apply for a credit card; (4) make a purchase; (5) apply for employment opportunities with DICK'S; (6) apply for a license (e.g., hunting, fishing, etc.) or conduct a similar type transaction; (7) contact us via any customer service method; (8) submit user-generated content (via our Websites, Internet Marketing Channels or otherwise); (9) participate in customer

EN   3:28 PM   1/11/2017

## Information Collected

We receive information you voluntarily provide to us when you: (1) open an account with us; (2) utilize our services; (3) apply for a credit card; (4) make a purchase; (5) apply for employment opportunities with DICK'S; (6) apply for a license (e.g., hunting, fishing, etc.) or conduct a similar type transaction; (7) contact us via any customer service method; (8) submit user-generated content (via our Websites, Internet Marketing Channels or otherwise); (9) participate in customer research, surveys, sweepstakes or promotions; or (10) otherwise communicate information to us.

Some of the information is considered "Personal Information." Personal Information includes your name, mailing address, e-mail address, driver's license number, social security number, credit/debit card information (and related payment information) and/or telephone number. We may also collect other information such as permit number(s), credit application information and demographic/lifestyle information (including date of birth, personal interests and product/buying preferences).

The collection of certain types of Personal Information may be necessary and/or required for governmental compliance (e.g., hunting, fishing or firearms licensing or purchasing).

Additionally, we may receive Personal Information and other information you provide on behalf of third parties, or third parties provide on behalf of you, including gift recipients, online registrations/purchases, ship-from-store, in-store pick-up, or registries. We may also receive Personal Information and other information from sources assisting us with updating, improving and/or analyzing our records or with detecting fraud or theft. Additionally, we may receive information from various consumer reporting agencies and related service providers.

We may collect "Automated Information" through Cookies (as defined below), Web Beacons (as defined below) and other related automated means (collectively, "Information Technologies"). Automated Information we collect via Information Technologies includes internet protocol address(es), operating system(s) and browser specifics of your device, device characteristics, geographic information, user ID(s), and specifics regarding your interactions with (i.e., the path you take through) our Websites and our Internet Marketing Channels.

We use Information Technologies to recognize you and your preferences as you return to our Websites or utilize our Internet Marketing Channels. "Cookies" are small text files sent to your device as you visit our Websites or utilize our Internet Marketing Channels and saved on your device via your browser or hard drive. "Web Beacons" (also known as pixel tags) are a form of technology placed within our Websites and our Internet Marketing Channels to monitor visits to certain pages within, interactions with, and the effectiveness of, our Websites and our Internet Marketing Channels.

Automated Information enables the tailoring of advertisements and offers specifically for you. In addition to such tailoring, we use Automated Information to ensure that our online presence operates properly and efficiently for you and for your individual customer experience, to evaluate the use and benefit of such presence, and to support our Websites and our Internet Marketing Channels.

The browser on your device may offer you preferences regarding a website's collection of your personal information or your online activities over time and/or across different websites or online services. At this time, our Websites do not respond to these preferences, and our Websites may continue to collect information in the manner described in this Policy.

The browser on your device may offer you preferences regarding a website's collection of your personal information or your online activities over time and/or across different websites or online services. At this time, our Websites do not respond to these preferences, and our Websites may continue to collect information in the manner described in this Policy.

We may enable third parties to collect information in connection with our Websites. This Policy does not apply to, and we are not responsible for, any collection of information by third parties on our Websites.

### Your Choices

We use, collect and disclose your information consistent with this Policy, as updated from time to time, and you consent to such use, collection and disclosure by your use of our: (1) Websites; (2) Internet Marketing Channels; and (3) marketing programs (e.g., loyalty programs).

You may unsubscribe to future e-mail communications by clicking on the unsubscribe link provided in our e-mail communications. Regardless of your decision to opt-out of future e-mail communications, we may still contact you to respond to an inquiry, regarding transactions and for transactional purposes (e.g., recalls, product information and service/reminder notices). In addition, you may use the methods set forth in the "Contact Customer Service" link below to opt-out or update certain preferences.

Based upon your visit(s) to our Websites and elsewhere on the Internet and your interaction with our Internet Marketing Channels, we may personalize your experience via our Websites and via our Internet Marketing Channels. However, you have choices relating to how your device interacts with our Websites and our Internet Marketing Channels. You may choose to access our Websites and our Internet Marketing Channels without accepting certain Information Technologies on your device(s), and you may opt-out or modify certain elements that are tailored specifically to you and served to you based upon your browsing history. If you choose to restrict Information Technologies, you may access our Websites and Internet Marketing Channels, but you will NOT be able to take full advantage of certain features. Please note, even if you choose to restrict, opt-out or modify, you may still see or receive DICK'S advertisements on our Websites, on our Internet Marketing Channels and on other sites, but such advertisements will not be based upon your browsing history.

Additionally, we work with advertising networks that utilize the browsing history of your visits to our Websites, Internet Marketing Channels and across other sites to serve you DICK'S advertisements across the Internet and through other channels. We do not permit such networks to provide your browsing history on any of our Websites to any other site. Some of these networks may participate in the Digital Advertising Alliance's ("DAA") Self-Regulatory Program. To learn more about your choices relating to networks that participate in the DAA Program, please click here.

### How We Use Your Information

We do not sell, rent or trade your Personal Information to third parties. We use your information in ways consistent with this Policy, as disclosed at the time of collection, and in the following ways:

1. Fulfilling, delivering and communicating with you regarding requests for information and orders for products and/or services.

1. Fulfilling, delivering and communicating with you regarding requests for information and orders for products and/or services.

2. Maintaining our loyalty program.

3. Processing credit card applications and payments.

4. Evaluating your application for employment.

5. Administering surveys, sweepstakes, contests or promotions.

6. Registering and servicing your account(s).

7. Providing customer service.

8. Conducting research and analysis.

9. Alerting you to product, service and promotional information, including product recalls.

10. Helping us to improve and customize our products and services, Websites and Internet Marketing Channels.

11. To advertise our products and services to you and those of our partners that we think may be of an interest to you.

12. Protecting the security and integrity of our stores, Websites, Internet Marketing Channels and overall business practices.

In doing so, we:

In doing so, we:

1. May combine certain Personal Information, customer information and Automated Information collected online and offline, including information collected from third parties;

2. May transfer or disclose such information within our Family of Businesses, including affiliates and subsidiaries; and

3. Will retain such information as needed to provide you products/services, comply with our legal obligations, resolve disputes, and enforce our agreements as we deem reasonably necessary.

**How We Share Your Information**

We may share your information in ways consistent with this Policy, as disclosed at the time of collection, and in the following ways:

1. With third party businesses and service providers that assist with our business operations, such as shipping vendors, billing vendors, payment card processors, marketing and research vendors and various companies that work with us to improve or provide our products and services and our data integrity. While we are not involved in the day-to-day operations of such businesses and providers, our agreements generally obligate them to use reasonable methods to keep your Personal Information safe and secure, and not use your Personal Information for purposes other than providing their applicable services.

2. As we deem necessary, in the event (or partial event) of a corporate sale (asset or stock), merger, reorganization, change in corporate control, acquisition, insolvency, bankruptcy or similar event.

3. Specifically, certain Personal Information, in connection with various co-branded, warranty, delivery/assembly and/or financial products or services, including our private label credit card(s).

4. To comply with applicable law or reasonable request based upon governmental regulation, court order, subpoena or similar related action.

5. As we deem necessary to protect the rights, property or safety of DICK'S, our customers, our

4. To comply with applicable law or reasonable request based upon governmental regulation, court order, subpoena or similar related action.

5. As we deem necessary to protect the rights, property or safety of DICK'S, our customers, our associates or others, to prevent harm or loss, or in connection with an investigation or suspected or actual unlawful activity.

## Update Your Information

For certain types of information, we offer you several ways to access or update such information:

1. If you have a DICK'S account, log-in to such account via one of our Websites. After securely entering your account, you can update your name, e-mail address, password, loyalty card information, billing/shipping address, etc. by entering or revising the information as reflected therein, or you may close your account(s) and request that we no longer use your information to provide you services or products.

2. Click on the "Contact Customer Service" link at the bottom of any of our Websites. This link will provide you the opportunity to contact DICK'S via phone, e-mail or U.S. postal mail. Please provide your current and complete contact information with these requests.

Please note:

1. We may refuse requests that are unreasonably repetitive, require disproportionate technical efforts, risk the privacy of others or are impractical.

2. After closing your account(s), or updating or revising any information within your account(s) or any Information Technologies associated with your device(s), we may not delete residual copies from our servers and may not remove information from our back-up system(s).

3. Closing or updating information relating to one DICK'S account (e.g., a DICK'S online shopping account) does not guarantee the closing or updating of a separate and different DICK'S account (e.g., a Golf Galaxy shopping account or a DICK'S loyalty card account). If you desire to close or update multiple DICK'S accounts, please log-in to each specific account to do so, or please contact the correct and applicable Customer Service department associated with each such account.

3. Closing or updating information relating to one DICK'S account (e.g., a DICK'S online shopping account) does not guarantee the closing or updating of a separate and different DICK'S account (e.g., a Golf Galaxy shopping account or a DICK'S loyalty card account). If you desire to close or update multiple DICK'S accounts, please log-in to each specific account to do so, or please contact the correct and applicable Customer Service department associated with each such account.

In our efforts to maintain accurate and complete information, we utilize third party entities to assist us with updating and maintaining current contact information (e.g., National Change of Address or NCOA).

### Security

We use a variety of security measures to help protect your information and online transactions with us. Our Websites utilize encryption technology, including Secure Sockets Layer, to protect your information that we transport across the internet. Your personal online and mobile account(s) with us are password protected with restricted online access.

Additionally, we use a variety of security measures to help protect your information that we maintain at our facilities. While no company can guarantee your information will not be accessible by unauthorized individuals, we use physical, administrative and technical controls that are consistent with retail practices in an attempt to mitigate such risks.

### Children

Our Websites are "general audience" websites and not directed toward children. We do not knowingly collect Personal Information from children under the age of 13 without express parental consent. If you are a parent or guardian and think we have unauthorized information about your child who is under the age of 13, please let us know by contacting us through the "Contact Customer Service" link below.

### Third Party Links

Our Websites and our Internet Marketing Channels may link to other sites that we do not control. These other sites are governed by their own privacy policies. Be sure to review these privacy policies when visiting such sites. We are not responsible for the content of privacy practices of such third parties' sites.

### Privacy Policy Updates

We may, from time to time, update and revise this Policy. Please periodically check this Policy for any updates or revisions. In the event we make a material change to how we use your information, we will provide you with advance notice and the opportunity to opt-out of such use.

### California Privacy Rights.

**California Privacy Rights**.

---

**Privacy Policy**

Updated January 11, 2017; Effective as of February 12, 2017.

DICK'S Sporting Goods, Inc. and its **Family of Businesses** (collectively, "DICK'S") provide this privacy policy (this "Policy") to inform you of: (1) the types of information we collect; (2) your choices surrounding such information; and (3) how we collect, use, share, update and secure such information. This Policy applies to information obtained in connection with DICK'S operations at or through our websites, our mobile/tablet sites, our social media presence, our applications, our stores, our kiosks, and other DICK'S owned or controlled digital and omni-channel properties that link to this Policy (collectively, our "Service"). For purposes of this Policy, our websites, our mobile/tablet sites, our social media presence, our mobile applications, and our other digital and omni-channel properties are referred to collectively as, our "Websites." Emails, social media, marketing campaigns and digital and online advertising are referred to collectively as, our "Internet Marketing Channels."

This Policy does not create a contractual obligation between you and DICK'S, and it is subject to our **Terms of Use**. If you have questions about this Policy, please contact us by using the "Contact Customer Service" link below.

## I. **Information Collected**

    A. Information You Provide: We receive information you provide to us when you:

        (1) create an account with us (including a shopping account online, an account to review products, a customer loyalty account, a team sports or event registration account or any other type of account);

        (2) apply for a credit card through us or our banking partners;

        (3) make a purchase;

        (4) apply for employment opportunities;

        (5) apply for a license (e.g., hunting, fishing, etc.) or conduct a similar type transaction related to governmental compliance;

        (6) contact us via any customer service method;

        (7) submit user-generated content (via our Websites, Internet Marketing Channels or otherwise);

        (8) participate in customer research, surveys, sweepstakes or promotions;

        (9) subscribe for email, text, or other messages;

        (10) work with our Associates who provide you with in-store Services or otherwise assist you with your product needs and purchases through use of Websites;

        (11) download or use our Websites;

(9) subscribe for email, text, or other messages;

(10) work with our Associates who provide you with in-store Services or otherwise assist you with your product needs and purchases through use of Websites;

(11) download or use our Websites;

(12) file a claim or participate in investigations regarding claims or losses; or

(13) otherwise communicate information to us.

B. Personal vs. Non-Personal Information. Some of the information we collect includes personal information, such as your name, mailing address, e-mail address, driver's license number, date of birth, social security number, credit/debit card information (and related payment information) and/or telephone number that may identify you as an individual ("Personal Information"). If you or an Organization to which you or your minor child belongs create an account on one of our team sports or event Websites, the Personal Information we collect may relate to minor children.  By providing the Organization or us with such child's Personal Information, you represent that you are such minor child's parent, guardian or otherwise have the authority to share this Personal Information with the Organization and us and further consent to the Organization directly sharing such information with us.  The collection of certain types of information may be necessary and/or required for governmental compliance (e.g., hunting, fishing or firearms licensing or purchasing), or otherwise necessary to complete transactions you request (e.g., credit applications).  We may also collect other types of Non-Personal information, which do not identify you as an individual when not associated with any other personal information, such as demographic/lifestyle information, personal interests and product/buying preferences and which we may associate with your Personal Information.

C. Information Collected From Third Parties. We may receive information you provide on behalf of third parties, or third parties provide on behalf of you, including but not limited to gift recipients, online registrations/purchases, ship-from-store, in-store pick-up, registries or as a result of your interactions with other users on our team sports or event Websites.
We receive information from sources assisting us with (i) updating, enhancing, improving and/or analyzing our records or data; (ii) performing marketing and research services; or (iii) detecting fraud or theft.  We may also acquire information about you from third parties with whom we have a relationship or otherwise contract with to obtain such information.  Further, in the event we acquire a business, we may receive information from the seller of such business.  Additionally, we may receive information from various consumer reporting agencies and related service providers.
We also work with third-party service providers that provide us feedback about our Websites and analytics and general information about browsing patterns to improve our site(s).  Analytics services such as Site Catalyst by Adobe Analytics provide services that analyze information regarding your visits to our Websites and may use cookies, web beacons and other tracking mechanisms (as described below) to collect this information.

D. Cookies, Web Beacons and Automated Information. When you visit our Websites or interact with us through your computer or mobile device, (including if you utilize or interact with our Wi-Fi, Bluetooth or other technologies within our stores) we may collect "Automated Information" through Cookies, Web Beacons and other similar or related automated means (collectively, "Information Technologies"). "Cookies" are small text files sent to your device as you visit our Websites or utilize our Internet Marketing Channels and saved on your device via your browser or hard drive. "Web Beacons" (also known as pixel tags) are a form of technology placed within our Websites and our Internet Marketing Channels to monitor visits to certain pages within, interactions with, and the effectiveness of, our Websites and our Internet Marketing Channels.
Automated Information we collect via Information Technologies includes, without limitation, internet protocol address(es), operating system(s) and browser specifics of your device, device characteristics, geographic (geo-location) information, user ID(s), clickstream data, and specifics regarding your interactions with (i.e., the path you take through) our Websites and our Internet Marketing Channels.  Automated Information may also include

D. <u>Cookies, Web Beacons and Automated Information.</u> When you visit our Websites or interact with us through your computer or mobile device, (including if you utilize or interact with our Wi-Fi, Bluetooth or other technologies within our stores) we may collect "<u>Automated Information</u>" through Cookies, Web Beacons and other similar or related automated means (collectively, "<u>Information Technologies</u>"). "<u>Cookies</u>" are small text files sent to your device as you visit our Websites or utilize our Internet Marketing Channels and saved on your device via your browser or hard drive. "<u>Web Beacons</u>" (also known as pixel tags) are a form of technology placed within our Websites and our Internet Marketing Channels to monitor visits to certain pages within, interactions with, and the effectiveness of, our Websites and our Internet Marketing Channels.

Automated Information we collect via Information Technologies includes, without limitation, internet protocol address(es), operating system(s) and browser specifics of your device, device characteristics, geographic (geo-location) information, user ID(s), clickstream data, and specifics regarding your interactions with (i.e., the path you take through) our Websites and our Internet Marketing Channels. Automated Information may also include your mobile device information (e.g., device model, operating system version, device date and time, unique device identifiers, mobile network information); how you use our Websites (including mobile applications) and Internet Marketing Channels, search terms, pages you visit on our Websites and application performance information. These types of information do not generally identify or relate to you as an individual; however we may associate these types of information with you as an individual. In addition, others might seek to do so, and we cannot guarantee that parties with whom we may share such information might not succeed in re-identifying or associating non-personal information with particular individuals; we cannot be responsible for such parties' use of such information.

E. <u>Mobile Fitness Application Information</u>. If you link your electronic fitness account which you have with a third party (such as Garmin, MapMyRun, Move, or Fitbit or any other third party that provides tracking services) to any DICK'S Family of Businesses' account, you understand that such third party will share your information with us and our use of such information is governed by this Policy as well as the applicable privacy policy of the third-party tracking device company.

F. <u>Social Media Access</u>. Dick's engages with its current and prospective customers on multiple Internet Marketing Channels/social media services (e.g., Facebook, LinkedIn and Twitter). If you contact us on one of our Internet Marketing Channels, request customer service via social media or otherwise direct us to communicate with you via social media, we may contact you via direct message or use other social media tools to interact with you. In these instances, your interactions with us are governed by this Policy as well as the privacy policy of the social media platform you use. In addition, if you choose to access, link to, or log-in to our Websites or Internet Marketing Channels or otherwise communicate with us through a third-party social media service, you are granting us permission to access and use the information that you post or store on the applicable social media service in accordance with the privacy policy of that service and the privacy settings that are applicable to your account, and to store the user name and password you use to log-in to the applicable social media service. You further acknowledge that, by accessing or logging into our Websites or Internet Marketing Channels via a social media service, any information you provide to us may also become accessible to that service, subject to that service's privacy policy.   For additional information and more details on how you can manage the information provided to us by these social media services, please review the privacy settings applicable to your account with the applicable social media service.   We do not control, and are not responsible for, the privacy practices of such services.  You should consult the privacy policy of such services for additional information.

G. <u>In-Store Services</u>.

1. <u>In-Store Technology</u>. Many Dick's store locations offer free Wi-Fi Services to visitors. Wi-Fi routers capture certain data from your devices that interact with the router. We also may enable Bluetooth or other

http://www.dickssportinggoods.com/helpdesk/index.jsp?display=safety&subdisplay=privacy&a

services.  You should consult the privacy policy or such services for additional information.

G. <u>In-Store Services</u>.

1. <u>In-Store Technology</u>. Many Dick's store locations offer free Wi-Fi Services to visitors. Wi-Fi routers capture certain data from your devices that interact with the router. We also may enable Bluetooth or other technologies in our stores which enable us to detect the presence of your device in our store or provide operational insights. Unless we receive consent to use Wi-Fi data in a manner that identifies you or your device(s), Wi-Fi data is anonymously collected or de-identified.

2. <u>Video Cameras</u>. We use cameras in our stores for security, operational and marketing purposes. This technology may capture demographic and personal information about you.

3. <u>Third Party Applications.</u> Some third party service providers (such as Google) are able to combine your search history or other activity with the location functions within your device, to know that the same device that was used for searching on-line has also been at our store. These service providers provide us aggregate information as to how internet searches translate to customer store visits or other information.

H. <u>Team Sports / Event Website Information.</u> If you choose to create an account on one of our team sports or event Websites we host on behalf of a national, state or local sports governing body, league, club, team, or other organization (each, an "<u>Organization</u>"), or participate in an Organization that maintains an account or uses any such Website, you are granting us permission to share your information with such Organization and its affiliates and acknowledge that such Organization may share your information, including Personal Information, and content with others including publicly.  You, an Organization and its affiliates, or other third parties, including other users of the Websites, may add information about you to the Websites (including but not limited to eligibility, roster, scheduling, performance and/or scoring information).  You also acknowledge that we do not control the content or the manner in which the Organizations and others input, use, display or share the information posted or stored on the applicable Website including with such Organization's third party service providers.   You should consult the privacy policy of such Organizations for additional information.

## II. **Your Choices**

A. <u>Email and Text Message Opt-Out.</u>  You may unsubscribe to future e-mail communications from any individual member of the Dick's Family of Businesses by clicking on the unsubscribe link provided in our e-mail communications from such member. You may unsubscribe to text communications for any of our Family of Businesses by responding STOP to any marketing text message you receive from that member. Regardless of your decision to opt-out of future e-mail or text communications, we may still contact you to respond to an inquiry, regarding transactions and for transactional purposes (e.g., sales confirmations, shipping notifications, recalls, product information, service/reminder notices and account maintenance). In addition, you may use the methods set forth in the "Contact Customer Service" link below to opt-out or update certain preferences.

B. <u>Disabling Cookies.</u>   Based upon your interactions with our Websites and elsewhere on the internet and your (and your devices) interaction with our Internet Marketing Channels, we may personalize your experience via our Websites and via our Internet Marketing Channels. However, you have choices relating to how your device interacts with our Websites and our Internet Marketing Channels. You may choose to access our Websites and our Internet Marketing Channels without accepting certain Information Technologies on your device(s), and you may opt-out or modify certain elements that are tailored specifically to you and served to you based upon your browsing history. If you choose to restrict Information Technologies, you may access our Websites and Internet

recalls, product information, service/reminder notices and account maintenance). In addition, you may use the methods set forth in the "Contact Customer Service" link below to opt-out or update certain preferences.

B. Disabling Cookies. Based upon your interactions with our Websites and elsewhere on the internet and your (and your devices) interaction with our Internet Marketing Channels, we may personalize your experience via our Websites and via our Internet Marketing Channels. However, you have choices relating to how your device interacts with our Websites and our Internet Marketing Channels. You may choose to access our Websites and our Internet Marketing Channels without accepting certain Information Technologies on your device(s), and you may opt-out or modify certain elements that are tailored specifically to you and served to you based upon your browsing history. If you choose to restrict Information Technologies, you may access our Websites and Internet Marketing Channels, but you will NOT be able to take full advantage of certain features. You may also manage third party tracking by turning off cookies and changing your browser settings. Learn more at allaboutcookies.org.

C. Interest-Based Advertising. We participate in interest-based advertising (IBA), also known as Online Behavioral Advertising. We use third-party advertising companies and networks to display ads tailored to your individual interests based on how you browse and shop online when you visit our Websites, Internet Marketing Channels and across other sites to serve you DICK'S advertisements across the Internet and through other channels. Some of these networks may be members of the Network Advertising Initiative ("NAI") or participate in the Digital Advertising Alliance's ("DAA") Self-Regulatory Program. To learn more about your choices relating to members of the NAI visit their website at http://www.networkadvertising.org/choices/#completed. To learn more about your choices relating to networks that participate in the DAA Program, please visit http://www.aboutads.info. Please note, even if you choose to restrict, opt-out or modify your preferences, you may still see or receive DICK'S advertisements on our Websites, on our Internet Marketing Channels and on other sites, but such advertisements will not be based upon your browsing history.

In addition, the browser on your device may offer you preferences regarding a website's collection of your information or your online activities over time and/or across different websites or online services. At this time, our Websites do not respond to these preferences, and our Websites may continue to collect information in the manner described in this Policy. However, you have the option to opt out of certain interest-based advertising. To learn more about interest based advertising or to opt-out of this type of advertising by participating members, visit the Network Advertising Initiative website and the Digital Advertising Alliance website http://www.aboutads.info/choices. Options you select are browser and device-specific.

D. Mobile Device and Application Preferences.

1. Text Messages. If you have opted-in to receive text messages from us, we may send text messages to the number provided that corresponds to your device. To opt out of mobile messaging from a member of the Dick's Family of Businesses, reply "stop" to text messages received from such member. This will opt you out of all text message campaigns from that member only.

2. Push Notifications. You may at any time opt out from further push notifications by adjusting the permissions in your mobile device.

3. Geo-Location. You may at any time opt out from allowing us to access specific location data (latitude and longitude) of your device by adjusting the permissions in your mobile device you use to access our Websites and those of our third party partners: i.e. your mobile browser and Dick's Sporting Goods mobile application.

4. In-App Notifications. All application users receive in-app notifications or "local notifications" generated by a device trigger. To halt those notifications, you may discontinue use of the application, or uninstall the application from your mobile device.

4. In-App Notifications. All application users receive in-app notifications or "local notifications" generated by a device trigger. To halt those notifications, you may discontinue use of the application, or uninstall the application from your mobile device.

5. Updates and Uninstall Dick's Mobile Application. Notification and automatic installation of application updates can be controlled through the preferences of the mobile device application "store" specific to your mobile device.  You can stop all further collection of information by a Dick's mobile application by uninstalling the Dick's mobile application. You may use the standard uninstall process available as part of your mobile device or via the mobile application marketplace or network.  Note: If you uninstall the mobile application from your device, the Dick's unique identifier associated with your device will continue to be stored. If you re-install the application on the same device, Dick's will be able to re-associate this identifier to your previous transactions and activities. If you have linked your electronic fitness account with a third party to a DICK'S mobile application, and you no longer want DICK'S to collect data from that electronic fitness account, you will need to disconnect that account from within the DICK'S application.  Once that is done, you should uninstall the application from your mobile device.

6. In-Store Technology. You may opt out from allowing us to access your in-store location and prevent the acquisition of data obtained via Wi-Fi, Bluetooth, or other in-store technology by disabling the applicable technology on your device while in our stores so that such in-store technology will not detect your presence, or by uninstalling the Dick's mobile application.  To disable third party tracking while in our stores, log out of your third party accounts or disable location services when visiting our stores.

E. Team Sports / Event Websites.  With respect to information entered on your behalf by third parties on our team sports or event Websites, contact the applicable Organization for options regarding the manner in which information is obtained, entered, displayed and managed.

## III. How We Use Your Information

We do not sell, rent or trade your Personal Information to unaffiliated third parties without your prior consent, although we do share information in some circumstances as described below under "**How We Share Your Information**." We use your information in ways consistent with this Policy and in the following ways:

1. Fulfilling, delivering and communicating with you regarding requests for information and orders for products and/or services.
2. Maintaining our loyalty programs.
3. Processing credit card applications and payments.
4. Evaluating your application for employment.
5. Administering surveys, sweepstakes, contests or promotions.
6. Registering and servicing your account(s).
7. Providing customer service.
8. Conducting research and analysis.
9. Alerting you to product, service and promotional information, including product recalls.
10. Helping us to improve and customize our products and services, Websites and Internet Marketing Channels.
11. To advertise our products and services to you and those of our partners that we think may be of interest to you.

9. Alerting you to product, service and promotional information, including product recalls.

10. Helping us to improve and customize our products and services, Websites and Internet Marketing Channels.

11. To advertise our products and services to you and those of our partners that we think may be of interest to you.

12. Protecting the security and integrity of our stores, Websites, Internet Marketing Channels and overall business practices.

13. Enabling Organizations, account holders, and others to utilize the features and functionality and Services of our Websites, including facilitating communications among Organization participants, members and others.

14. As may otherwise be disclosed at the time of collection.

In doing so, we:

1. May combine certain Personal Information and non-personal information collected online and offline, including information collected from third parties;

2. May transfer or disclose such information within our Family of Businesses, including affiliates and subsidiaries; and

3. Will retain such information as needed to provide you products/services, comply with our legal obligations, resolve disputes, and enforce our agreements as we deem necessary, in our sole discretion.

4. We may combine all information we collect and we may disclose this information within the Dick's Family of Businesses or with our service providers.

We use Automated Information and Information Technologies to recognize you and your preferences as you return to our Websites or utilize our Internet Marketing Channels and to tailor advertisements to you. We may display targeted ads to you through Internet Marketing Channels. These ads are sent to groups of people who share traits, such as likely commercial interests and demographics. For example, if you have expressed an interest in shopping for golf, we may target you with golf-related products. In addition to such tailoring, we use Automated Information to ensure that our online presence operates properly and efficiently for you and for your individual customer experience, to evaluate the use and benefit of such presence, and to support our Websites and our Internet Marketing Channels.

We also use location services, which are built into the functionality of smart phones and other devices, in order to deliver marketing messages to you which are specific to your location. We may also use this data to track the effectiveness of local marketing campaigns, as well as our store location services.

## IV. **How We Share Your Information**

We may share your information (including Personal Information) in ways consistent with this Policy and in the following ways:

1. With third party businesses and service providers that assist with our business operations, such as shipping vendors, billing or other payment vendors, payment card processors, marketing and research vendors and various companies that work with us to improve or provide our products and services and our data integrity.

1. With third party businesses and service providers that assist with our business operations, such as shipping vendors, billing or other payment vendors, payment card processors, marketing and research vendors and various companies that work with us to improve or provide our products and services and our data integrity. While we are not involved in the day-to-day operations of such businesses and providers, our agreements generally obligate them to use reasonable methods to keep any Personal Information safe and secure, and not use such Personal Information for purposes other than providing their applicable services. However, even if a third party business or service provider is performing business operations on our behalf, if you have an independent relationship with such third party business or service provider, its use of your information may be governed by the privacy policy that governs its independent relationship with you, and we are not responsible for such use.

2. As we deem necessary in the event (or partial event) of a corporate sale (asset or stock), merger, reorganization, change in corporate control, acquisition, insolvency, bankruptcy or similar event.

3. In connection with various co-branded, warranty, delivery/assembly and/or financial products or services, including our private label credit card(s).

4. To comply with applicable law or reasonable request based upon governmental regulation, court order, subpoena or similar related action.

5. As we deem necessary to protect the rights, property or safety of DICK'S, our customers, our associates or others, to prevent harm or loss, or in connection with an investigation or suspected or actual unlawful activity.

6. With respect to our team sports or event Websites, with the applicable Organization(s) on whose behalf the Website was established, and otherwise in connection with other features and functionality of such Websites. Such Organizations at their discretion may share your information with other participants, users and public viewers of the Websites. We suggest you review the privacy policies of such Organizations before deciding to share information relating to any such Organization.

7. As may otherwise be disclosed at the time of collection.

## V. **How to Update Your Information**

For certain types of information, we offer you several ways to access or update such information:

1. If you have an account on one or more of our Websites, log-in to such account via the applicable Website. After securely entering your account, you can update your information and communication preferences by entering or revising the information as reflected therein. Note, some fields (such as password) are Website specific and if you have more than one account with us or registered on more than one Website, you will need to update each account.

2. You can Contact Customer Service to request updates to your account via the link at the bottom of each page of our Websites or by emailing us at Service@dickssportinggoods.com or by calling us at 877-846-9997 for all Websites other than TSHQ. For TSHQ, you can reach us by email at support@dickstshq.com or by calling us at 844-374-TSHQ. You may also reach us by U.S. postal mail at 345 Court Street, Coraopolis, PA 15108, ATTN: Customer Service. Please provide your current and complete contact information with these requests.

3. If you are a ScoreCard member you can manage your preferences by logging in at MyScoreCardAccount.com.

Customer Service.  Please provide your current and complete contact information with these requests.

3. If you are a ScoreCard member you can manage your preferences by logging in at MyScoreCardAccount.com.

4. If you participate in an Organization that uses our team sports or event Websites we host on behalf of an Organization, contact the Organization for options regarding the manner in which information is updated, edited displayed, or removed.

Please note:

1. We may refuse requests that are unreasonably repetitive, require disproportionate technical efforts, risk the privacy of others or are impractical.

2. After closing your account(s), or updating or revising any information within your account(s) or any Information Technologies associated with your device(s), we may not delete residual copies from our servers and may not remove information from our back-up system(s).

3. Closing or updating information relating to one DICK'S account (e.g., a DICK'S online shopping account) does not guarantee the closing or updating of a separate and different DICK'S account (e.g., a Golf Galaxy shopping account or a DICK'S loyalty card account). If you desire to close or update multiple DICK'S accounts, please log-in to each specific account to do so, or please contact the correct and applicable Customer Service department associated with each such account.

4. Closing an account will not affect information we obtain via Information Technologies.

5. Closing your account on our team sports or event Websites may not remove your information that the Organization and its affiliates, or other third parties, add about you to the applicable Websites (such as participant, eligibility, roster, scheduling, performance or scoring information).

In our efforts to maintain accurate and complete information, we utilize third party entities to assist us with updating and maintaining current contact information (e.g., National Change of Address or NCOA).

## VI. Security

We use a variety of security measures to help protect your Personal Information and online transactions with us. Our Websites utilize encryption technology, including Secure Sockets Layer, to protect your Personal Information that we transport across the internet. Your personal online and mobile account(s) with us are password protected with restricted online access.

Additionally, we use a variety of security measures to help protect your Personal Information that we maintain at our facilities. While no company can guarantee your information (including your Personal Information) will not be accessible by unauthorized individuals, we use physical, administrative and technical controls that are consistent with retail practices in an attempt to mitigate such risks.

## VII. Children

VII. **Children**

Our Websites are "general audience" websites and not directed toward children under the age of 13. We do not knowingly collect Personal Information from children under the age of 13 without express parental consent; however if your child is registered with an Organization, such Organization may provide such information to us.  By providing such information to an Organization you expressly consent to the Organization providing such information to us. If you are a parent or guardian and think we have unauthorized information about your child who is under the age of 13, please let us know by contacting us at Customer.Service@dickssportinggoods.com.

VIII. **Third Party Links**

Our Websites and our Internet Marketing Channels may link to other sites that we do not control.  In addition, you may have visited our Website through a link or a banner advertisement on another site. In such cases, the site you linked from may collect information from people who click on the banner or link.  These other sites are governed by their own privacy policies. Be sure to review these privacy policies when visiting such sites to see how they collect and use this information. We are not responsible for the content of privacy practices of such third parties' sites.

IX. **Privacy Policy Updates**

We may, from time to time, update and revise this Policy. Please periodically check this Policy for any updates or revisions. In the event we make a material change to how we use your information that would materially affect your rights, we will provide you advance notice including by posting the proposed change on the Websites at least 30 days in advance of the effective date of the changes.  We encourage you to keep the email and other addresses you provide to us current so that you may receive any additional notices we send to you regarding material changes to this Privacy Policy. If you do not agree to the changes and do not wish to be bound by such changes, you should stop using the Websites, and if you are a registered user, you may cancel your account with us within the thirty (30) day period by contacting us at Customer.Service@dickssportinggoods.com.  Otherwise, the changes will take effect after thirty (30) days

X. **California Privacy Rights**.

For the California Privacy rights under California Civil Code sections 1798.83-1798.84, also known as the "Shine the Light Law," applicable to any of our users who are California residents click here http://www.dickssportinggoods.com/shop/index.jsp?categoryId=12720030&ab=Footer_Column3_CaliforniaDisclosures.

Sign Up & Get 10% Off

ENTER EMAIL ADDRESS

revisions. In the event we make a material change to how we use your information that would materially affect your rights, we will provide you advance notice including by posting the proposed change on the Websites at least 30 days in advance of the effective date of the changes.  We encourage you to keep the email and other addresses you provide to us current so that you may receive any additional notices we send to you regarding material changes to this Privacy Policy. If you do not agree to the changes and do not wish to be bound by such changes, you should stop using the Websites, and if you are a registered user, you may cancel your account with us within the thirty (30) day period by contacting us at Customer.Service@dickssportinggoods.com.  Otherwise, the changes will take effect after thirty (30) days

X. **California Privacy Rights**.

For the California Privacy rights under California Civil Code sections 1798.83-1798.84, also known as the "Shine the Light Law," applicable to any of our users who are California residents click here http://www.dickssportinggoods.com/shop/index.jsp?categoryId=12720030&ab=Footer_Column3_CaliforniaDisclosures.

 **Sign Up & Get 10% Off**   ENTER EMAIL ADDRESS

Feedback

| | | | |
|---|---|---|---|
| About Us | Find a Store | Contact Customer Service | Chat Now |
| Careers | Weekly Circular | Order by Phone: 1-877-846-9997 | Gift Cards |
| Investor Relations | Credit Card | Track Your Order | ScoreCard |
| Press Room | Promos & Coupons | Return Policy | Commercials & Films |
| Promo Exclusions | Product Availability & Price | Shipping Rates | PRO TIPS |
| Team Websites & Uniforms | Recalls | Only at DICK'S | Donations & Sponsorships |
| Corporate Purchases | Top Brands | Terms of Use | Store Services |
| Suppliers | Site Feedback | California Disclosures | Text Alerts |
| Index [ + ] | | | |

Privacy Policy

©2017 DICK'S Sporting Goods *Reference prices are past offerings. No sales may have occurred at this price.

# Exhibit C

http://www.dickssportinggoods.com/helpdesk/index.jsp?display=safety&subdisplay=terms&ab

DICK'S Sporting Goods – Of... ×

Convert | Select

Page ▼   Safety ▼   Tools ▼   ?▼

Help | My Account | Find a Store | Weekly Ad | 💬 Chat Now

Clearance
**Shop Now**

Get Fit in 2017
#ChallengeAccepted



EVERY SEASON STARTS AT
**DICK'S**
SPORTING GOODS.

Search 🔍

🛒 0
CART

**SHOP BY SPORT**    **FOOTWEAR**    **APPAREL**    **ACCESSORIES**    **FAN SHOP**    **FEATURED**    **CLEARANCE**

**FREE SHIPPING ON ORDERS $25 OR MORE**
+ FREE IN-STORE RETURNS
Online Only. Exclusions Apply. Details

**SPEND $50 GET $10 WITH BUY ONLINE PICK UP IN STORE**
SHOP NOW

Home  >  Help Desk  >  Safety, Security & Privacy: Terms of Use

« Back to Help Desk

### Safety, Security & Privacy

Secure Shopping
Guarantee

Terms of Use

California Disclosures

Service Plan

Privacy Policy

Product Availability &
Pricing

**Terms of Use**
**Effective Dates February 11, 2015 through February 11, 2017 – see below for updated Terms of Use**

**Welcome and thank you for visiting this site (the "Site"), which is owned and operated by Dick's Sporting Goods, Inc. and its Family of Businesses (collectively, "DICK'S", "Us" or "We"). These Terms of Use (these "Terms") are provided by DICK'S and are applicable to all DICK'S operations at or through our websites, our mobile/tablet sites, our social media presence, our applications, and our stores/locations. The Site is the property of DICK'S, and We provide these Terms subject to the following conditions.**

PLEASE READ THESE TERMS CAREFULLY BEFORE USING THE SITE. YOUR ACCESS AND/OR USE OF THE SITE CONFIRMS YOUR UNCONDITIONAL ACCEPTANCE OF THE FOLLOWING TERMS. IF YOU DO NOT FULLY ACCEPT THESE TERMS, DO NOT USE OR ACCESS THE SITE.

1. <u>Revisions to these Terms</u>. DICK'S may revise these Terms at any time and from time to time by updating this posting, and such revisions shall be effective immediately upon being posted to the Site, however, any changes to the dispute resolution provisions set forth below will not apply to any disputes for which the parties have actual notice prior to the date the change is posted on the Site. It is your responsibility to visit this page when using the Site to review the current Terms, as they are binding on you. Your continued use of the Site after any modifications indicates your acceptance of the these Terms, as modified. The "Effective as of" date sets forth the date these Terms were last updated.

2. <u>Additional Terms</u>. Certain provisions of these Terms may be superseded by expressly designated legal notices, rules or other terms located on particular pages of the Site (the "Additional Terms"), including contests, sweepstakes, promotions, or other similar features. Your use of such pages confirms your unconditional acceptance of the Additional Terms. If these Terms are inconsistent with such Additional Terms, such Additional Terms shall govern and apply to your use of that portion of the Site.

EN   3:42 PM
1/11/2017

2. Additional Terms. Certain provisions of these Terms may be superseded by expressly designated legal notices, rules or other terms located on particular pages of the Site (the "Additional Terms"), including contests, sweepstakes, promotions, or other similar features. Your use of such pages confirms your unconditional acceptance of the Additional Terms. If these Terms are inconsistent with such Additional Terms, such Additional Terms shall govern and apply to your use of that portion of the Site.

3. Privacy. Our Privacy Policy applies to your access and use of the Site, including any personal information provided via the Site. The terms and conditions of our Privacy Policy are hereby incorporated by reference into these Terms. In addition, the Privacy Policy is subject to the terms and conditions of these Terms and in the event of conflict between these Terms and the Privacy Policy, these Terms shall govern and prevail.

4. Use of the Site and License. The Site is a general purpose site and is not targeted towards children under the age of thirteen (13). By accessing or using the Site, including by registering an account on the Site, you represent and warrant that you are eighteen (18) years of age or older. If you are under the age of eighteen (18), you may use the Site only with the involvement of a parent or guardian. Subject to your compliance with these Terms, We grant you a personal, non-exclusive, non-transferrable, limited privilege to access and use the Site solely for your personal, non-commercial use. This privilege does not include any resale or commercial use of the Site. We may revoke your access and use of the Site at any time (including if you violate these Terms), and nothing herein constitutes a representation that the Site will be available to you for your access or use.

5. Restrictions on Use of the Site. You agree that you will access and use the Site only in a lawful manner and only in accordance with these Terms. Additionally, you agree that you will not:

   1. Gain access, or attempt to gain access, to any portion of the Site, or any systems or networks connected to the Site, by hacking, password mining or any other illegitimate or unlawful means;

   2. Create or maintain any link from another site to any page on the Site without DICK'S prior written permission

   3. Run or display the Site (or any material on the Site) in frames or through similar means on another site, application or location, without DICK'S prior written permission;

   4. Modify the information or materials located on the Site in any way or reproduce or publicly display, perform, or distribute or otherwise use any such materials for any public, non-personal or commercial purpose;

   5. Use any deep-link, page-scrape, robot, spider, site search application or other automatic device, program or methodology, or any similar or equivalent manual process, to access, copy, retrieve, monitor, mirror, reproduce or index the Site, or any portion of the Site;

   6. Collect any data or information regarding users and/or devices, including usernames, personal information, preferences, email addresses or accounts;

   7. Create or transmit unsolicited electronic communications, such as spam, use any device, software or routine to interfere or attempt to interfere with the proper working of the Site, or otherwise interfere with users' enjoyment of the Site;

   8. Transmit or upload to the Site any item containing or embodying any virus, worm, defect, trojan horse, software bomb or other harmful or malicious code or feature that does or could interfere with, damage or degrade in any manner the performance or security of the Site or adversely affect a user;

   9. Take any action that imposes, in our sole discretion, an unreasonable or disproportionately large load on the Site or the IT infrastructure used to operate the Site;

   10. Submit to the Site any content that is unlawful or facilitates, constitutes, promotes or encourages illegal activity or otherwise use the Site to transfer or store illegal material;

   11. Scan or test the vulnerability of the Site or any network connected to the Site;

   12. Access or use the Site or any User Content (as defined below) in any manner which would violate any applicable local, state, federal or international law (including any laws regarding the export of data or software to and from the United States or other countries); or

   13. Attack the Site via a denial-of-service attack or a distributed denial-of-service attack.

States or other countries); or

13. Attack the Site via a denial-of-service attack or a distributed denial-of-service attack.

6. Account. You may be required to create an account to access or use certain areas of the Site. If you choose to create an account, you are responsible for maintaining the confidentiality of your account (including your username and password information), and also for restricting access to such information, your account and your device. You agree to accept responsibility for all activities that occur under your account or password. Additionally, you agree to notify Us immediately of any unauthorized access or use of your account or password, or any other breach of security.

We reserve the right, including if We become aware that you are under the age of eighteen (18), to terminate your account or registration, at any time. We do not sell products or services to children and do not permit children to have accounts. We sell products and services to adults, who can purchase items with a credit card or other payment method. If you are under the age of eighteen (18), you may not have an account and you may use the Site only with the involvement of a parent or guardian.

7. Content, Pricing and Accuracy. All features, content, availability, specifications, products and prices of products and services described or depicted on the Site are subject to change at any time without notice. The inclusion of any products or services on the Site at a particular time does not imply or warrant that these products or services will be available at any time. Certain weights, measures and similar descriptions are approximate and are provided for convenience purposes only. We attempt to ensure that information on the Site is complete, accurate and up-to-date, including the applicable colors; however, the actual color you see depends on your device set-up, and We cannot guarantee that your device will accurately display such colors. Despite our efforts, the information on the Site may occasionally be inaccurate, incomplete or out-of-date. We make no representation as to the completeness, accuracy or currency of any information on the Site. For example, products or services included on the Site may be unavailable, may have different attributes than those listed, or may carry a different price than what is stated on the Site. In the event of a pricing error or discrepancy on the Site with respect to products or services, We reserve the right to cancel any orders (or partial orders) for such products or services.

8. Applicable Law. By placing an order, you represent that the products or services ordered will be used only in a lawful manner and as intended by such manufacturer. The Site is not intended to subject DICK'S to the laws or jurisdiction of any state, country or territory other than that of the United States, and We do not represent or warrant that the Site or any part thereof is appropriate or available for use in any jurisdiction besides the United States. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the possession, use and/or sale of any product or service purchased via the Site.

9. Shipping Limitations. When an order is placed, it will be shipped to the address designated by the purchaser, as long as such shipping address is compliant with the shipping restrictions contained on the Site. All purchases from the Site are made pursuant to a shipment contract. As a result, risk of loss and title for products purchased from the Site pass to you upon delivery to the carrier. You are responsible for filing any claims with carriers for damaged and/or lost shipments.

10. Confirmation, Cancellation and Coupons. While it is our practice to confirm online orders via email, the receipt of an email order confirmation does not constitute our acceptance of an order nor our confirmation of an offer to sell a product or service. We reserve the right, without prior notice and at any time: (a) to limit the order quantity on any product or service and/or to refuse service or fulfillment of any order or to any customer; (b) to discontinue any product or service; (c) to bar any user from making or completing a transaction; and (d) to limit or impose conditions on the honoring of any coupon, coupon code, promotional code, or other similar promotion.

For clarification, orders may be limited or cancelled at any time including after receipt of a confirmation or shipping email. We also may require additional information and/or verification of information prior to the acceptance and/or shipment of any order.

11. Intellectual Property. All text, graphics, information, images, content, video, data, music, code, software, trademarks, trade names, service marks, logos and other material displayed on, available via, or that can be downloaded from the Site, excluding User Content (collectively, the "DICK'S IP"), are either the property of, or used with permission by, DICK'S or our service

may require additional information and/or verification of information prior to the acceptance and/or shipment of any order.

11. Intellectual Property. All text, graphics, information, images, content, video, data, music, code, software, trademarks, trade names, service marks, logos and other material displayed on, available via, or that can be downloaded from the Site, excluding User Content (collectively, the "DICK'S IP"), are either the property of, or used with permission by, DICK'S or our service providers and licensors, and are protected by copyright, trade dress, trademark and other laws. Additionally, the design, arrangement, and collection of the DICK'S IP on the Site, including the look and feel of the Site (the "Look and Feel"), is the exclusive property of DICK'S and protected by applicable copyright laws. We expressly reserve all intellectual property rights in all DICK'S IP and the Look and Feel. Nothing contained on the Site grants or should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any DICK'S IP or the Look and Feel without the express written permission of Us or such third party owner.

12. User Content Posted by You. As a user of the Site, you may provide and/or post content, including reviews, comments, suggestions, profile information, photographs, videos, messages, communications and/or other materials (collectively, "User Content") and/or share it with other users. Subject to any licenses and rights expressly granted herein, any User Content posted by you, is owned by you.

User Content is and will be considered non-confidential and non-proprietary. We may, but are not obligated to, monitor or review any User Content. DICK'S will have no liability related to the content of any User Content, whether or not arising under the laws of copyright, libel, privacy, obscenity, or otherwise. We shall have no obligations to use, return, review, remove, or respond to any User Content (unless required by law). We retain the right to remove any or all User Content for any or for no reason, including User Content that, in our sole discretion, violates these Terms and reserve the right to terminate your access.

Without limiting the foregoing, We have the right to fully cooperate with any law enforcement authorities or court order requesting or directing Us to disclose the identity or other information of users and/or devices using or accessing the Site. YOU WAIVE AND HOLD HARMLESS DICK'S AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY ANY SUCH PARTIES OR LAW ENFORCEMENT AUTHORITIES.

You are solely responsible for any User Content you post, publish or display on the Site or transmit to others. You will post only User Content you believe in good faith to be true and accurate, and you will not post to the Site any User Content that is false, inaccurate, misleading or fraudulent. You are prohibited from posting or transmitting any content that:

1. Is deceptive, misleading, fraudulent, unlawful, threatening, defamatory, libelous, obscene, pornographic or profane material;
2. Promotes illegal activity, encourages conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violates any law;
3. Violates the rights of a third party;
4. Is offensive to users of the Site, such as content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual; or
5. Harasses or advocates harassment of another person or entity.

By uploading User Content to the Site, you hereby grant, and represent and warrant that you have all rights and authority necessary to grant:

1. DICK'S and our service providers an irrevocable, perpetual, non-exclusive, royalty-free, fully sub-licensable, fully paid-up, worldwide license and right to use, copy, revise, publicly perform, digitally perform, publicly display and distribute such User Content, and to prepare derivative works based on, or incorporate into other works, such User Content with or without

1. DICK'S and our service providers an irrevocable, perpetual, non-exclusive, royalty-free, fully sub-licensable, fully paid-up, worldwide license and right to use, copy, revise, publicly perform, digitally perform, publicly display and distribute such User Content, and to prepare derivative works based on, or incorporate into other works, such User Content with or without attribution; and

2. All users of the Site an irrevocable, perpetual, non-exclusive, royalty-free license and right to use such User Content for each such user's personal, non-commercial use, subject to the restrictions set forth in these Terms.

You understand and acknowledge that We may: (a) be working on the same or similar idea to any ideas, expression of ideas or other materials you submit within your User Content (each, an "Idea"); (b) already know of such Idea from other sources; and/or (c) wish to develop such Idea or a similar idea on our own.

13. <u>User Content Posted by Others</u>. You acknowledge and agree that We do not control the User Content posted to the Site, or any links to other sites, including the content of any messages or posts, and that We do not guarantee the accuracy, integrity or quality of User Content. All User Content, including advice and opinions posted by users, comprises the views and responsibilities of those who post such User Content and does not necessarily represent our views. We are not obligated to review or remove User Content and you understand that, by using the Site, you may be exposed to User Content that is offensive, indecent or objectionable.

14. <u>Third Party Links</u>. From time to time, the Site may contain links to and/or functionality interacting with third party sites that are not owned, operated or controlled by DICK'S. All such links and/or functionality are provided solely as a convenience and do not constitute an endorsement by DICK'S. If you use these links, you will leave the Site. We are not responsible for any content, materials or other information located on or accessible from any other site. We do not endorse, guarantee, or make any representations or warranties regarding any other site; any content, materials or other information located or accessible from such sites; or any results that you may obtain from using such sites. We also do not guarantee that links and/or functionality provided by third parties will be available or error-free, uninterrupted, free from viruses and/or unauthorized access, or otherwise meet your requirements.

IF YOU DECIDE TO ACCESS ANY OTHER SITE LINKED TO OR FROM THE SITE, YOU DO SO ENTIRELY AT YOUR OWN RISK.

15. <u>Disclaimers</u>. We do not and cannot warrant that the Site (including any element of the Site) or its servers will be error-free, uninterrupted, free from viruses and/or unauthorized access, or otherwise meet your requirements.

YOUR USE OF THE SITE (INCLUDING ANY ELEMENT OF THE SITE) AND OF ANY USER CONTENT, IS AT YOUR OWN RISK. THE INFORMATION, MATERIALS, PRODUCTS AND SERVICES PROVIDED ON OR IN CONNECTION WITH THE SITE ARE PROVIDED "AS IS", "AS AVAILABLE", AND WITHOUT ANY WARRANTIES OF ANY KIND, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER DICK'S, NOR ANY OF ITS AFFILIATES, SERVICE PROVIDERS OR SUPPLIERS, WARRANT THE ACCURACY OR COMPLETENESS OF THE INFORMATION, MATERIALS, PRODUCTS OR SERVICES PROVIDED ON OR THROUGH THE SITE. THE INFORMATION, MATERIALS, PRODUCTS AND SERVICES PROVIDED ON OR THROUGH THE SITE MAY BE OUT-OF-DATE, AND NEITHER DICK'S NOR ANY OF ITS AFFILIATES, SERVICE PROVIDERS OR SUPPLIERS MAKE ANY COMMITMENT OR ASSUME ANY DUTY TO UPDATE SUCH INFORMATION, MATERIALS OR SERVICES. ALL PRODUCTS AND SERVICES PURCHASED ON OR THROUGH THE SITE ARE SUBJECT TO ONLY THE APPLICABLE WARRANTIES OF THEIR RESPECTIVE MANUFACTURERS, DISTRIBUTORS AND SUPPLIERS, IF ANY, AND TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, DICK'S HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES WITH RESPECT TO THE PRODUCTS AND SERVICES LISTED OR PURCHASED ON OR THROUGH THE SITE. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, DICK'S HEREBY EXPRESSLY DISCLAIMS ALL LIABILITY FOR PRODUCT OR SERVICE DEFECTS OR FAILURES, CLAIMS THAT ARE DUE TO NORMAL WEAR, PRODUCT MISUSE, ABUSE, PRODUCT MODIFICATION, IMPROPER PRODUCT SELECTION, NON-COMPLIANCE WITH ANY CODES, OR MISAPPROPRIATION (INCLUDING UNAUTHORIZED ACCESS OR MISAPPROPRIATION OF YOUR PERSONAL INFORMATION). WE MAKE NO WARRANTIES TO THOSE DEFINED AS "CONSUMERS" IN THE MAGNUSON-MOSS WARRANTY-FEDERAL TRADE COMMISSION IMPROVEMENTS ACT.

YOUR USE OF THE SITE (INCLUDING ANY ELEMENT OF THE SITE) AND OF ANY USER CONTENT, IS AT YOUR OWN RISK. THE INFORMATION, MATERIALS, PRODUCTS AND SERVICES PROVIDED ON OR IN CONNECTION WITH THE SITE ARE PROVIDED "AS IS", "AS AVAILABLE", AND WITHOUT ANY WARRANTIES OF ANY KIND, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER DICK'S, NOR ANY OF ITS AFFILIATES, SERVICE PROVIDERS OR SUPPLIERS, WARRANT THE ACCURACY OR COMPLETENESS OF THE INFORMATION, MATERIALS, PRODUCTS OR SERVICES PROVIDED ON OR THROUGH THE SITE. THE INFORMATION, MATERIALS, PRODUCTS AND SERVICES PROVIDED ON OR THROUGH THE SITE MAY BE OUT-OF-DATE, AND NEITHER DICK'S NOR ANY OF ITS AFFILIATES, SERVICE PROVIDERS OR SUPPLIERS MAKE ANY COMMITMENT OR ASSUME ANY DUTY TO UPDATE SUCH INFORMATION, MATERIALS OR SERVICES. ALL PRODUCTS AND SERVICES PURCHASED ON OR THROUGH THE SITE ARE SUBJECT TO ONLY THE APPLICABLE WARRANTIES OF THEIR RESPECTIVE MANUFACTURERS, DISTRIBUTORS AND SUPPLIERS, IF ANY, AND TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, DICK'S HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES WITH RESPECT TO THE PRODUCTS AND SERVICES LISTED OR PURCHASED ON OR THROUGH THE SITE. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, DICK'S HEREBY EXPRESSLY DISCLAIMS ALL LIABILITY FOR PRODUCT OR SERVICE DEFECTS OR FAILURES, CLAIMS THAT ARE DUE TO NORMAL WEAR, PRODUCT MISUSE, ABUSE, PRODUCT MODIFICATION, IMPROPER PRODUCT SELECTION, NON-COMPLIANCE WITH ANY CODES, OR MISAPPROPRIATION (INCLUDING UNAUTHORIZED ACCESS OR MISAPPROPRIATION OF YOUR PERSONAL INFORMATION). WE MAKE NO WARRANTIES TO THOSE DEFINED AS "CONSUMERS" IN THE MAGNUSON-MOSS WARRANTY-FEDERAL TRADE COMMISSION IMPROVEMENTS ACT.

We do not represent or warrant that the health, nutrition, ingredient, allergen or other product information on the Site is accurate or complete since this information is provided by the product manufacturer or supplier. We recommend that you do not rely solely on the information presented on our Site and that you consult each product's label or contact the manufacturer directly if you have a specific question or dietary concern.

THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

16. Limitations of Liability. Except where prohibited by law, We do not assume any responsibility, and shall not be liable for any damages to, or viruses or other harmful or malicious code that may infect or affect, your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing of the Site, linking to a third party site, or your downloading of any materials or information from the Site and will not be liable for any loss or damage arising from the unlawful, malicious, negligent or wrongful conduct of third parties.

THE FOLLOWING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS. IN NO EVENT WILL DICK'S OR ITS RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS, ASSIGNS, PARTNERS, VENDORS NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THE SITE (OR ANY PART OF THE SITE) BE LIABLE TO ANY PARTY FOR ANY INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, ACCESS, OR THE RESULTS OF USE OF THE SITE, ANY SITES LINKED TO THE SITE, OR THE INFORMATION, MATERIALS OR SERVICES CONTAINED IN ANY OR ALL SUCH SITES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING OUR NEGLIGENCE) OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

IN THE EVENT OF ANY PROBLEM WITH THE SITE, OR ANY MATERIAL OR CONTENT, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THE SITE. THIS LIMITATION OF RELIEF IS A PART OF THE BARGAIN BETWEEN YOU AND DICK'S. IN THE EVENT OF ANY PROBLEM WITH THE PRODUCTS OR SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THE SITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS FROM THE MANUFACTURER OF SUCH PRODUCTS OR SUPPLIER OF SUCH SERVICES, IN ACCORDANCE WITH SUCH MANUFACTURER'S OR SUPPLIER'S WARRANTY, OR TO SEEK A RETURN AND REFUND FOR SUCH PRODUCT OR SERVICE IN ACCORDANCE WITH THE RETURNS AND REFUNDS POLICIES POSTED ON THE SITE.

17. Indemnity. You agree to defend, indemnify and hold DICK'S and its respective affiliates, licensors, directors, officers, employees, agents and representatives, harmless from and against any losses, costs, expenses or damages of any nature whatsoever, including attorneys' fees and court costs, arising from any claim, cause of action, suit or demand of any third party due to, arising

17. Indemnity. You agree to defend, indemnify and hold DICK'S and its respective affiliates, licensors, directors, officers, employees, agents and representatives, harmless from and against any losses, costs, expenses or damages of any nature whatsoever, including attorneys' fees and court costs, arising from any claim, cause of action, suit or demand of any third party due to, arising out of or relating to your breach of these Terms.

18. Copyrights. If you believe any User Content or any other aspect of the Site infringes your copyright, you should send written notice of the alleged copyright infringement to our designated copyright agent at this address:

Copyright Agent
Dick's Sporting Goods, Inc.
345 Court Street
Coraopolis, PA 15108
or by email at copyrightagent@dcsg.com

Such notice must meet the requirements of the Digital Millennium Copyright Act by providing the following information:

1. A description of the copyrighted work that you claim has been infringed;
2. A description of where the allegedly infringing material is located on the Site;
3. Your name, address, telephone number and email address;
4. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law;
5. A statement by you, made under penalty of perjury, affirming that the above information in your notice is accurate, and that you are the owner of the copyright at issue or are authorized to act on the copyright owner's behalf; and
6. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright at issue.

19. Counter-Notice. If you believe that your User Content was removed or disabled but is not infringing; or that you have the authorization from the copyright owner, the copyright owner's agent or pursuant to the law, to post and use the content in your User Content; you may send a counter-notice to the Copyright Agent containing the following information:

1. Your physical or electronic signature;
2. Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;
3. A statement that you have a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and
4. Your name, address, telephone number and email address, a statement that you consent to the jurisdiction of the federal court in Pittsburgh, PA, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received, DICK'S may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in ten (10) business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in ten (10) to fourteen (14) business days or more after receipt of the counter-notice, at DICK'S sole discretion.

If a counter-notice is received, DICK'S may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in ten (10) business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in ten (10) to fourteen (14) business days or more after receipt of the counter-notice, at DICK'S sole discretion.

20. Disputes, Choice of Law, and Jurisdiction. Unless expressly addressed in the Additional Terms, these Terms supersede any other agreement between you and DICK'S to the extent necessary to resolve any inconsistency or ambiguity between them. The Site is administered by DICK'S from its offices in Pennsylvania. These Terms will be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without giving effect to any principles of conflicts of laws. Any matter and/or dispute relating in any way to your visit to or interaction with the Site, including compliance with these Terms, shall be submitted to binding confidential arbitration in Pittsburgh, Pennsylvania as provided in Section 21 (herein). Notwithstanding the foregoing, to the extent you have in any manner violated or threatened to violate our intellectual property rights, We may seek injunctive or other appropriate relief in the state courts of the Commonwealth of Pennsylvania or the United States District Court for the Western District of Pennsylvania, and you consent to exclusive personal jurisdiction and venue in such courts.

ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS OR THE SITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.

**Any dispute resolution proceedings relating to these Terms or the Site will be conducted only on an individual basis and not as a class, consolidated, joined or representative action and the parties expressly waive all rights to commence or participate in any class, consolidated or representative action/proceeding. You agree that DICK'S agreement to arbitrate claims constitutes consideration for such waiver.**

Notwithstanding DICK'S right to modify these Terms, DICK'S agrees that any such modification to the dispute and/or arbitration requirements in this Paragraph 20 or to Paragraph 21 shall not apply to claims arising prior to the date of such modification.

21. Arbitration. Arbitration under these Terms shall be conducted under the prevailing rules of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. In the event, for any reason, arbitration is not permitted by applicable law, the parties waive all rights to trial by jury and waive all right to commence or participate in any class action, consolidated, representative or class proceedings.

22. Admissible. A printed version of these Terms shall be admissible in judicial and administrative proceedings based upon or relating to these Terms to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

23. Waiver and Severability. No waiver by DICK'S of any term or condition set forth in these Terms shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of DICK'S to assert a right or provision under these Terms shall not constitute a waiver of such right or provision. If any provision of these Terms is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of these Terms will continue in full force and effect.

24. Entire Agreement. These Terms and our Privacy Policy and Additional Terms constitute the sole and entire agreement between you and DICK'S with respect to the Site and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Site.

25. Termination. You or DICK'S may suspend or terminate your account or your use/access of the Site at any time, for any reason or for no reason. You are personally liable for any activity prior to such termination, including any orders that you place or charges that you incur prior to termination. DICK'S reserves the right to change, suspend, or discontinue all or any aspect of the Site at any time without notice.

25. <u>Termination</u>. You or DICK'S may suspend or terminate your account or your use/access of the Site at any time, for any reason or for no reason. You are personally liable for any activity prior to such termination, including any orders that you place or charges that you incur prior to termination. DICK'S reserves the right to change, suspend, or discontinue all or any aspect of the Site at any time without notice.

26. <u>Additional Assistance</u>. If you do not understand any of the foregoing Terms or if you have any questions or comments, We invite you to call our Customer Service Department at 877.846.9997 .

**Terms of Use**
**Updated and Posted January 11, 2017; Effective as of February 12, 2017**

Welcome and thank you for visiting this site, which is owned and operated by Dick's Sporting Goods, Inc. and its Family of Businesses (collectively, "**DICK'S**", "**Us**" or "**We**"). These Terms of Use (these "**Terms**") are provided by DICK'S and are applicable to all DICK'S digital operations at or through our websites, our mobile/tablet sites, our social media presence, our Scorecard program, our applications, and our stores/locations (individually a "**Site**" and collectively, the "**Sites**" ). The Sites are the property of DICK'S, and We provide these Terms subject to the following conditions.  Visitors to our Sites are sometimes referred to in these Terms as "you" or "your" and you and we together are sometimes referred to as the "parties".

**PLEASE READ THESE TERMS CAREFULLY BEFORE USING A SITE. YOUR ACCESS AND/OR USE OF A SITE CONFIRMS YOUR UNCONDITIONAL ACCEPTANCE OF THE FOLLOWING TERMS. IF YOU DO NOT FULLY ACCEPT THESE TERMS, DO NOT USE OR ACCESS A SITE.**

*<u>Notice Regarding Dispute Resolution</u>: These Terms contain provisions that govern how claims you and DICK'S (or any member of the Family of Businesses) have against each other relating to the Sites are resolved (see Section 21 on "Arbitration" below), including an obligation to arbitrate disputes, which will, subject to limited exceptions, require you to submit claims you have against us to binding arbitration, unless you opt-out in accordance with Section 21, "<u>Arbitration,</u>" below.*

<u>Table of Contents</u>

1.  Revisions to these Terms
2.  Additional Terms
3.  Privacy
4.  Use of the Sites and License
5.  Restrictions on Use of the Sites
6.  Account
7.  Content, Pricing and Accuracy
8.  Applicable Law
9.  Shipping Limitations
10.  Confirmation, Cancellation and Coupons
11.  Intellectual Property

9. Shipping Limitations
10. Confirmation, Cancellation and Coupons
11. Intellectual Property
12. User Content Posted by You
13. User Content Posted by Others
14. Third Party Links
15. Disclaimers
16. Limitations of Liability
17. Indemnity
18. Copyrights
19. Counter-Notice
20. Disputes, Choice of Law, and Jurisdiction
21. Arbitration
22. Admissibility
23. Waiver and Severability
24. Entire Agreement
25. Termination
26. Additional Assistance

1. Effective Date/Revisions to these Terms. These Terms will take effect on your registration with a Site or placing a purchase through a Site after these Terms were posted. If you do not register or place a purchase within thirty (30) days of the posting of these Terms or your first visit to a Site, these Terms will take effect on the later to occur of (i) thirty (30) days after our posting of these Terms; or (ii) thirty (30) days after your first use of a Site. DICK'S may revise these Terms at any time and from time to time. We will notify you of changes to these Terms by posting the amended terms on the Sites at least thirty (30) days before the effective date of the changes. If you have provided us with your email address, we will also notify you of any material changes to these Terms that affect your rights by sending an email at least thirty (30) days before the effective date of the changes to the email address you most recently provided to us. We encourage you to keep the email address you provide to us current, and to promptly notify us of any changes to your email address, so that you may receive any notices we send to you regarding material changes to these Terms. If you do not agree to any revisions to these Terms, you should stop using the Sites, and if you are a registered user, you may cancel your account with us within the thirty (30) day period by contacting us at Service@dickssportinggoods.com, and you will not be bound by the new terms. Otherwise, the new terms will take effect on the later to occur of (i) thirty (30) days after our posting of the change; or (ii) thirty (30) days after your first use of a Site after the revisions were posted. Our employees do not have the right to modify these Terms orally or otherwise. If any employee of ours offers to modify the provisions of these Terms except using the process described above, he or she is not acting as an agent for us or speaking on our behalf.

2. Additional Terms. Certain provisions of these Terms may be superseded by expressly designated legal notices, rules or other terms located on particular pages of a Site (the "**Additional Terms**"), including contests, sweepstakes, promotions, or other similar features and the terms of our mobile application, and Scorecard. Your use of such pages or download or use of our mobile application, or registration for a Scorecard account, confirms your unconditional acceptance of the Additional Terms. If these Terms are inconsistent with such Additional Terms, such Additional Terms shall govern and apply to your use of that portion of a Site.

3. Privacy. Our Privacy Policy applies to your access and use of the Sites, including any personal information provided via the Sites or

for us or speaking on our behalf.

2. Additional Terms. Certain provisions of these Terms may be superseded by expressly designated legal notices, rules or other terms located on particular pages of a Site (the "**Additional Terms**"), including contests, sweepstakes, promotions, or other similar features and the terms of our mobile application, and Scorecard. Your use of such pages or download or use of our mobile application, or registration for a Scorecard account, confirms your unconditional acceptance of the Additional Terms. If these Terms are inconsistent with such Additional Terms, such Additional Terms shall govern and apply to your use of that portion of a Site.

3. Privacy. Our Privacy Policyapplies to your access and use of the Sites, including any personal information provided via the Sites or via any other aspect of the Sites. The terms and conditions of our Privacy Policyare hereby incorporated by reference into these Terms. In addition, the Privacy Policy is subject to the terms and conditions of these Terms and in the event of conflict between these Terms and the Privacy Policy, these Terms shall govern and prevail.

4. Use of the Sites and License. The Sites are general purpose sites and are not targeted towards children under the age of thirteen (13). By accessing or using the Sites, including by registering an account on a Site, you represent and warrant that you are eighteen (18) years of age or older (or age of majority if higher in your place of residence). If you are under the age of eighteen (18) or age of majority if higher in your place of residence, you should use the Sites only with the involvement of a parent or guardian. Subject to your compliance with these Terms, We grant you a personal, non-exclusive, non-transferrable, limited privilege to access and use the Sites solely for your personal, non-commercial use. This privilege does not include any resale or commercial use of the Sites. We may revoke your access and use of a Site at any time (including if you violate these Terms), and nothing herein constitutes a representation that the Sites will be available to you for your access or use. Use of our mobile applications and our league registration sites (such as Affinity and Blue Sombrero) are also subject to the terms of the separate license agreements for such sites as found on such sites, which are in addition to these Terms.

5. Restrictions on Use of the Sites. You agree that you will access and use the Sites only in a lawful manner and only in accordance with these Terms. Additionally, you agree that you will not:

   1. Gain access, or attempt to gain access, to any portion of a Site, or any systems or networks connected to a Site, by hacking, password mining or any other illegitimate or unlawful means;

   2. Create or maintain any link from another site to any page on a Site without DICK'S prior written permission;

   3. Run or display a Site (or any material on a Site) in frames or through similar means on another site, application or location, without DICK'S prior written permission;

   4. Modify the information or materials located on a Site in any way or reproduce or publicly display, perform, or distribute or otherwise use any such materials for any public, non-personal or commercial purpose;

   5. Use any deep-link, page-scrape, robot, spider, site search application or other automatic device, program or methodology, or any similar or equivalent manual process, to access, copy, retrieve, monitor, mirror, reproduce or index a Site, or any portion of a Site;

   6. Collect any data or information regarding users and/or devices, including usernames, personal information, preferences, email addresses or accounts;

   7. Create or transmit unsolicited electronic communications, such as spam, use any device, software or routine to interfere or attempt to interfere with the proper working of a Site, or otherwise interfere with users' enjoyment of a Site;

   8. Transmit or upload to a Site any item containing or embodying any virus, worm, defect, trojan horse, software bomb or other harmful or malicious code or feature that does or could interfere with, damage or degrade in any manner the performance or security of a Site or adversely affect a user;

   9. Take any action that imposes, in our sole discretion, an unreasonable or disproportionately large load on a Site or the IT infrastructure used to operate a Site;

   10. Submit or post to a Site any content that is unlawful or facilitates, constitutes, promotes or encourages illegal activity or otherwise use a Site to transfer, communicate or store illegal material;

   11. Scan or test the vulnerability of a Site or any network connected to a Site;

11. Scan or test the vulnerability of a Site or any network connected to a Site;

12. Access or use a Site or any User Content (as defined below) in any manner which would violate any applicable local, state, federal or international law (including any laws regarding the export of data or software to and from the United States or other countries); or

13. Attack a Site via a denial-of-service attack or a distributed denial-of-service attack or similar means.

6. <u>Account</u>. You may be required to create an account to access or use certain areas of a Site or you may elect to create an account. If you choose to create an account, you are responsible for maintaining the confidentiality of your account (including your username and password information), and also for restricting access to such information, your account and your device. You agree to accept responsibility for all activities that occur under your account or password. Additionally, you agree to notify Us immediately of any unauthorized access or use of your account or password, or any other breach of security.

We reserve the right, including if We become aware that you are under the age of eighteen (18) (or age of majority if higher in your place of residence), to terminate your account or registration, at any time. We do not sell products or services to children and do not permit children to have accounts. We sell products and services to adults, who can purchase items with a credit card or other payment method. If you are under the age of eighteen (18)(or age of majority if higher in your place of residence), you may not have an account and you may use the Sites only with the involvement of a parent or guardian.

Should We determine that your account information may be compromised due to your personal device being infected with a virus, malware, other malicious code, or due to other theft of your account information, We reserve the right to invalidate, delete, or otherwise modify your account in order to protect your account, the accounts of account holders, and other DICK'S systems from further damage or exposure. This may include proactively changing your password. Should this need arise, We will make reasonable efforts to inform you of any modifications made, via the email address listed for your account. We do not assume any responsibility, and shall not be liable for any damages caused by or arising from your access to, use of, or browsing of a Site, or use of Site Accounts, or the compromise of any Account except where such limitation is prohibited by applicable law.

7. <u>Content, Pricing and Accuracy</u>. All features, content, availability, specifications, products and prices of products and services described or depicted on the Sites are subject to change at any time without notice. The inclusion of any products or services on a Site at a particular time does not imply or warrant that these products or services will be available at any time. Certain weights, measures and similar descriptions are approximate and are provided for convenience purposes only. We attempt to ensure that information on the Sites is complete, accurate and up-to-date, including the applicable colors; however, the actual color you see depends on your device set-up, and We cannot guarantee that your device will accurately display such colors. Despite our efforts, the information on the Sites may occasionally be inaccurate, incomplete or out-of-date. We make no representation as to the completeness, accuracy or currency of any information on the Sites. For example, products or services included on a Site may be unavailable, may have different attributes than those listed, or may carry a different price than what is stated on the Site. In the event of a pricing error or discrepancy on a Site with respect to products or services, We reserve the right to cancel any orders (or partial orders) for such products or services.

8. <u>Applicable Law</u>. By registering for an account or placing an order, you represent that the products or services ordered will be used only in a lawful manner and as intended by such manufacturer. The Sites are not intended to subject DICK'S to the laws or

8. <u>Applicable Law</u>. By registering for an account or placing an order, you represent that the products or services ordered will be used only in a lawful manner and as intended by such manufacturer. The Sites are not intended to subject DICK'S to the laws or jurisdiction of any state, country or territory other than that of the United States, and We do not represent or warrant that the Sites or any part thereof is appropriate or available for use in any jurisdiction besides the United States. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the possession, use and/or sale of any product or service purchased via a Site.

9. <u>Shipping Limitations</u>. When a product order is placed, it will be shipped to the address designated by the purchaser, as long as such shipping address is compliant with the shipping restrictions contained on the Site. All product purchases from a Site are made pursuant to a shipment contract. As a result, risk of loss and title for products purchased from a Site pass to you upon delivery to the carrier. You are responsible for filing any claims with carriers for damaged and/or lost shipments.

10. <u>Confirmation, Cancellation and Coupons</u>. While it is our practice to confirm online orders via email, the receipt of an email order confirmation does not constitute our acceptance of an order nor our confirmation of an offer to sell a product or service. We reserve the right, without prior notice and at any time: (a) to limit the order quantity on any product or service and/or to refuse service or fulfillment of any order or to any customer; (b) to discontinue any product or service; (c) to bar any user from making or completing a transaction; and (d) to limit or impose conditions on the honoring of any coupon, coupon code, promotional code, or other similar promotion.

For clarification, orders may be limited or cancelled at any time including after receipt of a confirmation or shipping email. We also may require additional information and/or verification of information prior to the acceptance and/or shipment of any order.

For products purchased from our Sites using a credit card, an authorization may be placed on your credit card when you place an order.  You will be charged for an item (and your purchase of such item will be complete) when the item in your order is shipped or picked up in the store, as applicable.  Certain custom items may be charged when the order is placed. Partial shipment or partial cancellation of orders may occur.

For products purchased from our Sites using a gift card, the full amount of the purchase price willbe applied to your gift card when you place the order.  However your purchase of such item is not complete until the item in your order is shipped or picked up in the store, as applicable. Partial shipment or partial cancellation of orders may occur.  If an order for an item purchased with a gift card is cancelled, the amount applicable to the cancelled item will be restored to your gift card or you will be issued a new gift card for such amount.

11. <u>Intellectual Property</u>. All text, graphics, information, images, content, video, data, music, code, software, trademarks, trade names, service marks, logos, fonts, custom colors, and other material displayed on, available via, or that can be downloaded from a Site, excluding User Content (collectively, the **"DICK'S IP"**), are either the property of, or used with permission by, DICK'S or our service providers and licensors, and are protected by copyright, trade dress, trademark and other laws. Additionally, the design, arrangement, and collection of the DICK'S IP on the Sites, including the look and feel of the Sites (the **"Look and Feel"**), is the exclusive property of DICK'S and protected by applicable copyright laws. We expressly reserve all intellectual property rights in all DICK'S IP and the Look and Feel. Nothing contained on the Sites grants or should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any DICK'S IP or the Look and Feel without the express written permission of Us or such third party owner.

12. <u>User Content Posted by You</u>. As a user of a Site, you may provide and/or post content, including reviews, comments, suggestions, profile information, photographs, videos, messages, communications and/or other materials (collectively, **"User Content"**) and/or share it with other users. Subject to any licenses and rights expressly granted herein, any User Content posted by you, is owned by you.

User Content is and will be considered non-confidential and non-proprietary. We may, but are not obligated to, monitor or review

permission or Us or such third party owner.

12. <u>User Content Posted by You</u>. As a user of a Site, you may provide and/or post content, including reviews, comments, suggestions, profile information, photographs, videos, messages, communications and/or other materials (collectively, "**User Content**") and/or share it with other users. Subject to any licenses and rights expressly granted herein, any User Content posted by you, is owned by you.

User Content is and will be considered non-confidential and non-proprietary. We may, but are not obligated to, monitor or review any User Content. DICK'S will have no liability related to the content of any User Content, whether or not arising under the laws of copyright, libel, privacy, obscenity, or otherwise. We shall have no obligations to use, return, review, remove, or respond to any User Content (unless required by law). We retain the right to remove any or all User Content for any or for no reason, including User Content that, in our sole discretion, violates these Terms and reserve the right to terminate your access.

Without limiting the foregoing, We have the right to fully cooperate with any law enforcement authorities or court order requesting or directing Us to disclose the identity or other information of users and/or devices using or accessing the Sites. YOU WAIVE AND HOLD HARMLESS DICK'S AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY ANY SUCH PARTIES OR LAW ENFORCEMENT AUTHORITIES.

You are solely responsible for any User Content you post, publish or display on a Site or transmit to others. You will post only User Content you believe in good faith to be true and accurate, and you will not post to a Site any User Content that is false, inaccurate, misleading or fraudulent. You are prohibited from posting or transmitting any content that:

1. Is deceptive, misleading, fraudulent, unlawful, threatening, defamatory, libelous, obscene, pornographic or profane;
2. Promotes illegal activity, encourages conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violates any law;
3. Violates the rights of a third party;
4. Is offensive to users of the Site, such as content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual; or
5. Harasses or advocates harassment of another person or entity; or
6. Reports your use of, or directs other users to maintain or use products any manner which is contrary to that stipulated or provided by the manufacturer or DICK'S.

By uploading User Content to a Site, you hereby grant, and represent and warrant that you have all rights and authority necessary to grant:

(i) DICK'S and our service providers an irrevocable, perpetual, non-exclusive, royalty-free, fully sub-licensable, fully paid-up, worldwide license and right to use, copy, revise, publicly perform, digitally perform, publicly display and distribute such User Content, and to prepare derivative works based on, or incorporate into other works, such User Content with or without attribution; and

(ii) All users of the Sites an irrevocable, perpetual, non-exclusive, royalty-free license and right to use such User Content for each such user's personal, non-commercial use, subject to the restrictions set forth in these Terms.

You understand and acknowledge that We may: (a) be working on the same or similar idea to any ideas, expression of ideas or other materials you submit within your User Content (each, an "**Idea**"); (b) already know of

You understand and acknowledge that We may: (a) be working on the same or similar idea to any ideas, expression of ideas or other materials you submit within your User Content (each, an "**Idea**"); (b) already know of such Idea from other sources; and/or (c) wish to develop such Idea or a similar idea on our own.

13. <u>User Content Posted by Others</u>. You acknowledge and agree that We have limited control over the User Content posted to the Sites, or any links to other sites, including the content of any messages or posts, and that We do not guarantee the accuracy, integrity or quality of User Content. All User Content, including advice and opinions posted by users, comprises the views and responsibilities of those who post such User Content and does not necessarily represent our views. We are not obligated to review or remove User Content and you understand that, by using a Site, you may be exposed to User Content that is offensive, indecent or objectionable.

14. <u>Third Party Links</u>. From time to time, a Site may contain links to and/or functionality interacting with third party sites that are not owned, operated or controlled by DICK'S. All such links and/or functionality are provided solely as a convenience and do not constitute an endorsement by DICK'S. If you use these links, you will leave the Site. We are not responsible for any content, materials or other information located on or accessible from any other site. We do not endorse, guarantee, or make any representations or warranties regarding any other site; any content, materials or other information located or accessible from such sites; or any results that you may obtain from using such sites. We also do not guarantee that links and/or functionality provided by third parties will be available or error-free, uninterrupted, free from viruses and/or unauthorized access, or otherwise meet your requirements.

IF YOU DECIDE TO ACCESS ANY OTHER SITE LINKED TO OR FROM THE SITES, YOU DO SO ENTIRELY AT YOUR OWN RISK.

15. <u>Disclaimers</u>. We do not and cannot warrant that any Site (including any element of a Site) or its servers will be error-free, uninterrupted, free from viruses and/or unauthorized access, or otherwise meet your requirements.

YOUR USE OF A SITE (INCLUDING ANY ELEMENT OF A SITE) AND OF ANY USER CONTENT, IS AT YOUR OWN RISK. THE INFORMATION, MATERIALS, PRODUCTS AND SERVICES PROVIDED ON OR IN CONNECTION WITH THE SITES ARE PROVIDED "AS IS", "AS AVAILABLE", AND WITHOUT ANY WARRANTIES OF ANY KIND, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER DICK'S, NOR ANY OF ITS AFFILIATES, SERVICE PROVIDERS OR SUPPLIERS, WARRANT THE ACCURACY OR COMPLETENESS OF THE INFORMATION, MATERIALS, PRODUCTS OR SERVICES PROVIDED ON OR THROUGH THE SITES. THE INFORMATION, MATERIALS, PRODUCTS AND SERVICES PROVIDED ON OR THROUGH THE SITES MAY BE OUT-OF-DATE, AND NEITHER DICK'S NOR ANY OF ITS AFFILIATES, SERVICE PROVIDERS OR SUPPLIERS MAKE ANY COMMITMENT OR ASSUME ANY DUTY TO UPDATE SUCH INFORMATION, MATERIALS OR SERVICES. ALL PRODUCTS AND SERVICES PURCHASED ON OR THROUGH THE SITES ARE SUBJECT TO ONLY THE APPLICABLE WARRANTIES OF THEIR RESPECTIVE MANUFACTURERS, DISTRIBUTORS AND SUPPLIERS, IF ANY, AND TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, DICK'S HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES WITH RESPECT TO THE PRODUCTS AND SERVICES LISTED OR PURCHASED ON OR THROUGH THE SITES. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, DICK'S HEREBY EXPRESSLY DISCLAIMS ALL LIABILITY FOR PRODUCT OR SERVICE DEFECTS OR FAILURES, CLAIMS THAT ARE DUE TO NORMAL WEAR, PRODUCT MISUSE, ABUSE, PRODUCT MODIFICATION, IMPROPER PRODUCT SELECTION, NON-COMPLIANCE WITH ANY CODES, OR MISAPPROPRIATION (INCLUDING UNAUTHORIZED ACCESS OR MISAPPROPRIATION OF YOUR PERSONAL INFORMATION). WE MAKE NO WARRANTIES TO THOSE DEFINED AS "CONSUMERS" IN THE MAGNUSON-MOSS WARRANTY-FEDERAL TRADE COMMISSION IMPROVEMENTS ACT.

We do not represent or warrant that the health, nutrition, ingredient, allergen or other product information on the Sites is accurate or complete since this information is provided by the product manufacturer or supplier. We recommend that you do not rely solely on the information presented on our Sites and that you consult each product's label or contact the manufacturer directly if you have a specific question or dietary concern.

THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

16. Limitations of Liability. Except where prohibited by law, We do not assume any responsibility, and shall not be liable for any damages to, or viruses or other harmful or malicious code that may infect or affect, your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing of a Site, linking to a third party site, or your downloading of any materials or information from a Site and will not be liable for any loss or damage arising from the unlawful, malicious, negligent or wrongful conduct of third parties.

THE FOLLOWING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS. IN NO EVENT WILL DICK'S OR ITS RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS, ASSIGNS, PARTNERS, VENDORS NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THE SITES (OR ANY PART OF THE SITES) BE LIABLE TO ANY PARTY FOR ANY INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, ACCESS, OR THE RESULTS OF USE OF A SITE, ANY SITES LINKED TO A SITE, OR THE INFORMATION, MATERIALS OR SERVICES CONTAINED IN ANY OR ALL SUCH SITES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING OUR NEGLIGENCE) OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

IN THE EVENT OF ANY PROBLEM WITH THE SITES, OR ANY MATERIAL OR CONTENT, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THE SITES. THIS LIMITATION OF RELIEF IS A PART OF THE BARGAIN BETWEEN YOU AND DICK'S. IN THE EVENT OF ANY PROBLEM WITH THE PRODUCTS OR SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH A SITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS FROM THE MANUFACTURER OF SUCH PRODUCTS OR SUPPLIER OF SUCH SERVICES, IN ACCORDANCE WITH SUCH MANUFACTURER'S OR SUPPLIER'S WARRANTY, OR TO SEEK A RETURN AND REFUND FOR SUCH PRODUCT OR SERVICE IN ACCORDANCE WITH THE RETURNS AND REFUNDS POLICIES POSTED ON THE SITE.

**NOTHING IN THESE TERMS PURPORTS TO EXCLUDE ATTORNEYS' FEES OR DAMAGES WHERE MANDATED BY STATUTE.**

17. Indemnity. You agree to defend, indemnify and hold DICK'S and its respective affiliates, licensors, directors, officers, employees, agents and representatives, harmless from and against any losses, costs, expenses or damages of any nature whatsoever, including attorneys' fees and court costs, arising from any claim, cause of action, suit or demand of any third party due to, arising out of or relating to your breach of these Terms.

18. Copyrights. If you believe any User Content or any other aspect of a Site infringes your copyright, you should send written notice of the alleged copyright infringement to our designated copyright agent at this address:

Copyright Agent
Dick's Sporting Goods, Inc.
345 Court Street
Coraopolis, PA 15108
or by email at copyrightagent@dcsg.com

Such notice must meet the requirements of the Digital Millennium Copyright Act by providing the following information:

1. A description of the copyrighted work that you claim has been infringed;
2. A description of where the allegedly infringing material is located on the Site(s);
3. Your name, address, telephone number and email address;
4. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its

3. Your name, address, telephone number and email address;

4. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law;

5. A statement by you, made under penalty of perjury, affirming that the above information in your notice is accurate, and that you are the owner of the copyright at issue or are authorized to act on the copyright owner's behalf; and

6. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright at issue.

19. Counter-Notice. If you believe that your User Content was removed or disabled but is not infringing; or that you have the authorization from the copyright owner, the copyright owner's agent or pursuant to the law, to post and use the content in your User Content; you may send a counter-notice to the Copyright Agent containing the following information:

1. Your physical or electronic signature;

2. Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;

3. A statement that you have a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and

4. Your name, address, telephone number and email address, a statement that you consent to the jurisdiction of the federal court in Pittsburgh, PA, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received, DICK'S may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in ten (10) business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in ten (10) to fourteen (14) business days or more after receipt of the counter-notice, at DICK'S sole discretion.

20. Disputes, Choice of Law, and Jurisdiction.

(a) Initial Dispute Resolution.  We are available by email at Customer.Service@dickssportinggoods.com to address any concerns you may have regarding your use of the Sites. Most concerns may be quickly resolved in this manner. The parties shall use their best efforts to settle any dispute, claim, question, or disagreement directly through consultation and good faith negotiations, which shall be a precondition to either party initiating a lawsuit or arbitration.  Any matter and/or dispute relating in any way to your visit to or interaction with a Site, including compliance with these Terms, which is not so resolved shall be submitted to binding confidential arbitration as provided in Section 21 (herein).

(b)  Choice of Law and Courts for Non-Arbitrated Disputes.  Unless expressly addressed in the Additional Terms, these Terms supersede any other agreement between you and DICK'S to the extent necessary to resolve any inconsistency or ambiguity between them. The Sites are administered by DICK'S from its offices in Pennsylvania. These Terms will be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without giving effect to any principles of conflicts of laws. Notwithstanding the arbitration provisions in Section 21, to the extent you have in

(b) <u>Choice of Law and Courts for Non-Arbitrated Disputes</u>.  Unless expressly addressed in the Additional Terms, these Terms supersede any other agreement between you and DICK'S to the extent necessary to resolve any inconsistency or ambiguity between them. The Sites are administered by DICK'S from its offices in Pennsylvania. These Terms will be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without giving effect to any principles of conflicts of laws. Notwithstanding the arbitration provisions in Section 21,  to the extent you have in any manner violated or threatened to violate our intellectual property rights, We may seek injunctive or other appropriate relief in the state courts of the Commonwealth of Pennsylvania or the United States District Court for the Western District of Pennsylvania, and you consent to exclusive personal jurisdiction and venue in such courts.   In the event the parties agreement to arbitrate provided in Section 21 is held unenforceable by a court, the disputes that would otherwise have been arbitrated will be brought solely in the Western District of Pennsylvania and shall be governed by the laws of the Commonwealth of Pennsylvania without regard to or application of its conflict of law provisions or the laws of your state or country of residence that would result in the application of the laws of a state other than Pennsylvania, and will otherwise be subject to Section 21 below.

EXCEPT WHERE SUCH LIMITATION IS PROHIBITED BY LAW, ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS OR THE SITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.

21.  <u>Arbitration</u>.

    a.  If the parties don't reach an agreed upon solution pursuant to the dispute-resolution contemplated in Section 20(a) of these Terms, you and DICK's each agree that any dispute, claim or controversy arising out of or relating to the Sites (including, without limitation, DICK'S digital operations at or through our websites, our mobile/tablet sites, our social media presence, our Scorecard program, our applications, and our stores/locations for each member of our Family of Businesses), or these Terms or the breach, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by binding arbitration before one arbitrator.   The arbitration shall be administered by JAMS pursuant to JAMS' Streamlined Arbitration Rules and Procedures.  Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction.  By agreeing to arbitration, the parties understand and agree that they are waiving their rights to maintain other available resolution processes, such as a court action or administrative proceeding, to settle their disputes. We strive to offer a fundamentally-fair arbitration hearing process. For small claims (i.e., up to $10,000), in addition to your right to bring small claims court actions as noted below, We believe this can often be satisfied when hearings are conducted via electronic or telephonic means or by a submission of documents in lieu of a personal appearance by the parties.  However the arbitrator shall have discretionary authority to require a face-to-face meeting, if it determines that such face to face meeting is necessary for a fundamentally fair hearing. Notwithstanding DICK'S right to modify these Terms, DICK'S agrees that Dick's may not modify these arbitration provisions without notice to you and your agreement to such changes. Further, any such modification to the dispute and/or arbitration requirements in Section 20 or to this Section 21 shall not apply to claims arising prior to the date of such modification and any such changes shall not affect your prior election to opt out of arbitration as provided below.  In connection with these arbitration provisions, the parties agree as follows:

        1.  This arbitration agreement is reciprocally binding on all parties such that both you and We are required to arbitrate

arbitration provisions, the parties agree as follows:

1. This arbitration agreement is reciprocally binding on all parties such that both you and We are required to arbitrate claims;

2. Remedies that would otherwise be available to the parties under applicable federal, state or local laws remain available under this arbitration clause;

3. The arbitrator must be neutral and the parties will each have a reasonable opportunity to participate in the process of choosing the arbitrator;

4. You have a right to an in-person hearing in your hometown area within the United States;

5. You have the right to the use of counsel of your choosing if you so elect;

6. The parties are permitted the discovery or exchange of non-privileged information relevant to the dispute in accordance with JAMS procedures; and

7. The arbitrator's award will consist of a written statement stating the disposition of each claim. The award will also provide a concise written statement of the essential findings and conclusions on which the award is based.

- Arbitration Filing Fees. If you initiate the arbitration, to the extent the filing fee for the arbitration exceeds the lesser of $250 or the cost of filing a lawsuit, DICK'S will pay the additional cost.  A request for payment of any such fees should be submitted to JAMS along with your form for initiating the arbitration, and We will make arrangements to pay all necessary fees directly to JAMS.   All other costs of the arbitration will be borne by Us including any remaining JAMS Case Management Fee and all professional fees for the arbitrator's services. You will be responsible for your own attorney fees and expenses however the arbitration rules also permit you to recover attorney's fees in certain cases.  We will not require you to reimburse our fees and costs if you do not prevail.  If we are the claiming party initiating an arbitration against you, We will pay all costs associated with the arbitration (other than your attorneys' fees and expenses unless permitted to be recovered under the arbitration rules).

- Waiver of Certain Rights from Court. The parties understand that, absent this mandatory provision, they would have the right to sue in court and have a jury trial.  They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

- **Class Action Waiver**. The parties further agree that any arbitration shall be conducted in their individual capacities only and not as a class action or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis.  If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provision set forth above shall be deemed null and void in its entirety and the parties shall be deemed to have not agreed to arbitrate disputes.

- Exception - Small Claims Court Claims. Notwithstanding the parties' decision to resolve all disputes through arbitration, either party may also seek relief in a small claims court for disputes or claims within the scope of that court's jurisdiction. Any appeal of the decision in such small claims court shall be subject to these arbitration provisions.

- 30-Day Right to Opt-Out. You have the right to opt-out and not be bound by the arbitration and class action waiver provisions set forth in this Section 21 by sending written notice of your decision to opt-out to the following address via certified mail:  Dick's Sporting Goods, Inc., 345 Court Street, Coraopolis, PA 15108, Attention: Legal Department.  The notice must be sent within thirty (30) days of your first use of a Site after the effective date of these Terms, otherwise you shall be bound to arbitrate disputes in accordance with the terms of those Sections.  If you opt-out of these arbitration provisions, DICK'S also will not be bound by them.

- YOU AGREE THAT BY ENTERING INTO THESE TERMS, IN PARTICULAR THE AGREEMENT TO ARBITRATE, YOU ARE

jurisdiction. Any appeal of the decision in such small claims court shall be subject to these arbitration provisions.

- 30-Day Right to Opt-Out. You have the right to opt-out and not be bound by the arbitration and class action waiver provisions set forth in this Section 21 by sending written notice of your decision to opt-out to the following address via certified mail:  Dick's Sporting Goods, Inc., 345 Court Street, Coraopolis, PA 15108, Attention: Legal Department.  The notice must be sent within thirty (30) days of your first use of a Site after the effective date of these Terms, otherwise you shall be bound to arbitrate disputes in accordance with the terms of those Sections.  If you opt-out of these arbitration provisions, DICK'S also will not be bound by them.

- YOU AGREE THAT BY ENTERING INTO THESE TERMS, IN PARTICULAR THE AGREEMENT TO ARBITRATE, YOU ARE WAIVING THE RIGHT TO TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION AND THAT YOU MAY BRING CLAIMS AGAINST DICK'S ONLY IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. ANY ARBITRATION OR OTHER ACTION WILL TAKE PLACE ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT PERMITTED.  YOU ACKNOWLEDGE THAT BY ENTERING INTO THESE TERMS, YOU INTEND TO BE LEGALLY BOUND AND, IN ADDITION TO OTHER GOOD AND VALUABLE CONSIDERATION, YOU AGREE THAT DICK'S AGREEMENT TO ARBITRATE CLAIMS CONSTITUTES CONSIDERATION FOR SUCH WAIVER.

22. Admissibility. A printed version of these Terms shall be admissible in judicial and administrative proceedings and in arbitration proceedings based upon or relating to these Terms to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

23. Waiver and Severability. No waiver by either party of any term or condition set forth in these Terms shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of a party to assert a right or provision under these Terms shall not constitute a waiver of such right or provision. If any provision of these Terms is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of these Terms will continue in full force and effect.

24. Entire Agreement. These Terms and our Privacy Policy and Additional Terms constitute the sole and entire agreement between you and DICK'S with respect to the Sites and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Site.

25. Termination. You or DICK'S may suspend or terminate your account or your use/access of a Site at any time, for any reason or for no reason. You are personally liable for any activity prior to such termination, including any orders that you place or charges that you incur prior to termination. DICK'S reserves the right to change, suspend, or discontinue all or any aspect of the Sites at any time without notice except as provided in these Terms.

26. Additional Assistance. If you do not understand any of the foregoing Terms or if you have any questions or comments, We invite you to contact us in the following manner:

For general comments or questions about our Sites or Stores call our Customer Service Department at 1-866-677-4771 or email Customer.Service@dickssportinggoods.com.   You can also reach us by mail at 345 Court Street, Coraopolis, PA 15108, ATTN:  Customer Service.

For Dick's Sporting Goods specific questions call 877-846-9997 or email Customer.Service@dickssportinggoods.com.

For Field and Stream specific questions call 877-614-9173 or email Customer.Service@fieldandstreamshop.com.

For Golf Galaxy specific questions call 800-287-9060 or email CustomerService@golfgalaxy.com.

For general comments or questions about our Sites or Stores call our Customer Service Department at 1-866-677-4771  or email Customer.Service@dickssportinggoods.com.   You can also reach us by mail at 345 Court Street, Coraopolis, PA 15108, ATTN:  Customer Service.

For Dick's Sporting Goods specific questions call 877-846-9997 or email Customer.Service@dickssportinggoods.com.

For Field and Stream specific questions call 877-614-9173 or email Customer.Service@fieldandstreamshop.com.

For Golf Galaxy specific questions call 800-287-9060 or email CustomerService@golfgalaxy.com.

For Chelsea Collective specific questions call 855-821-6911 or email Customer.Service@chelseacollective.com

For Team Sports Headquarters including Blue Sombrero specific questions, call 866-981-2583 or email info@bluesombrero.com

For True Runner specific questions, email info@truerunner.com

For Calia Studio specific questions, call 877-846-9997 or email Customer.Service@dickssportinggoods.com.

For Second Skin specific questions, call 877-846-9997 or email Customer.Service@dickssportinggoods.com.

## Sign Up & Get 10% Off

ENTER EMAIL ADDRESS

| About Us | Find a Store | Contact Customer Service | Chat Now |
|---|---|---|---|
| Careers | Weekly Circular | Order by Phone: 1-877-846-9997 | Gift Cards |
| Investor Relations | Credit Card | Track Your Order | ScoreCard |
| Press Room | Promos & Coupons | Return Policy | Commercials & Films |
| Promo Exclusions | Product Availability & Price | Shipping Rates | PRO TIPS |

For Chelsea Collective specific questions call 855-821-6911  or email Customer.Service@chelseacollective.com

For Team Sports Headquarters including Blue Sombrero specific questions, call 866-981-2583  or email info@bluesombrero.com

For True Runner specific questions, email info@truerunner.com

For Calia Studio specific questions, call 877-846-9997  or email Customer.Service@dickssportinggoods.com.

For Second Skin specific questions, call 877-846-9997  or email Customer.Service@dickssportinggoods.com.

✉ **Sign Up & Get 10% Off**

ENTER EMAIL ADDRESS

| About Us | Find a Store | Contact Customer Service | Chat Now |
|---|---|---|---|
| Careers | Weekly Circular | Order by Phone: 1-877-846-9997 | Gift Cards |
| Investor Relations | Credit Card | Track Your Order | ScoreCard |
| Press Room | Promos & Coupons | Return Policy | Commercials & Films |
| Promo Exclusions | Product Availability & Price | Shipping Rates | PRO TIPS |
| Team Websites & Uniforms | Recalls | Only at DICK'S | Donations & Sponsorships |
| Corporate Purchases | Top Brands | Terms of Use | Store Services |
| Suppliers | Site Feedback | California Disclosures | Text Alerts |
| Index [ + ] | | | |

Privacy Policy

©2017 DICK'S Sporting Goods *Reference prices are past offerings. No sales may have occurred at this price.