**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

|  |  |
|---|---|
| WILLIAM HANNUM, et al., | Civil Action No. 2:21-cv-997 |
| Plaintiffs, | Hon. Cathy Bissoon |
| v. | **DECLARATION OF JULIE SALAS IN** |
| THE RETAIL EQUATION, INC., et al., | **SUPPORT OF DICK'S SPORTING GOODS, INC.'S MOTION TO COMPEL** |
| Defendants. | **ARBITRATION** |

I, Julie Salas, declare as follows:

1.     I am Manager of Email Capabilities at DICK'S Sporting Goods, Inc. ("DSG"), a party in the above-entitled action.  I make this declaration based on my personal knowledge, my review of the records available to me as they are kept in the ordinary course of DSG's business, information obtained from other employees upon whom I regularly rely in the ordinary course of DSG's business, and my knowledge of DSG's practices as outlined below, all of which I know to be true and correct.  If called as a witness, I could and would competently testify as follows:

2.     It is my understanding that Susana Guevara has filed the Class Action Complaint in this action, and included allegations against DSG.

3.     On January 11, 2017, DSG sent an email to its customers notifying them of updates to DSG's Terms of Use and Privacy Policy.  I was part of the team that worked on the creation of that email.  There were two versions of this email, an HTML version and a Text version, and the version that a customer would have received depended on the customer's email settings with their email provider.

1

4.      Attached as Exhibit A is a true and correct copy of a proof of the HTML version

of the email sent to DSG customers, which I have reviewed and which read as follows:

Dear Customer:

At DICK'S Sporting Goods, we operate on a simple belief: sports make people better. That's why we are always pursuing new ways to reach our customers and visitors who love sports as much as we do. In light of our continued growth we have made some updates to our Privacy Policy and Terms of Use.

While you should review the entire Privacy Policy and Terms of Use, some key changes include:

- Reorganization and clarification of our terms
- Revision of the arbitration agreement that explains how legal disputes are handled

Under the terms of the arbitration provision, claims will be resolved by individual (and not class-wide) arbitration. The arbitration provision will apply to you unless you opt out by providing timely notice as set forth in the Terms of Use.

The updated Privacy Policy and Terms of Use go into effect February 12, 2017.

To view the full Privacy Policy please click here and to view the full Terms of Use, please click here.

5.      Attached as Exhibit B is a true and correct copy of a proof of the Text version of

the email as it was sent to DSG customers, which I have reviewed and which read as follows:

Dear Customer:

At DICK'S Sporting Goods, we operate on a simple belief: sports make people better. That's why we are always pursuing new ways to reach our customers and visitors who love sports as much as we do. In light of our continued growth we have made some updates to our Privacy Policy and Terms of Use.

While you should review the entire Privacy Policy and Terms of Use, some key changes include:
Revision of the arbitration agreement that explains how legal disputes are handled

Under the terms of the arbitration provision, claims will be resolved by individual (and not class-wide) arbitration. The arbitration provision will apply to you unless you opt out by providing timely notice as set forth in the Terms of Use.

The updated Privacy Policy and Terms of Use go into effect February 12, 2017.

2

To view the full Privacy Policy please click here: https://protect-eu.mimecast.com/s/tP6EClYWWCDGR4MCGutZ-?domain=link.dcsg.com
To view the full Terms of Use, please click here: https://protect-eu.mimecast.com/s/vtt9CmZWWfGXy4MSOnBb6?domain=link.dcsg.com


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of December, 2021, at Coraopolis, Pennsylvania.


Julie Salas

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 3rd day of January, 2022, a true and correct copy of the foregoing was filed and served electronically via the Court's CM/ECF system upon all registered users in this action.

/s/ *Jasmeet K. Ahuja*

Jasmeet K. Ahuja

# Exhibit A

| | |
|---|---|
| **From:** | DICK"S Sporting Goods |
| **To:** | |
| **Subject:** | [I proof|H] [ListID: 1014937481][01.11]Update on our Privacy Policy and Terms of Use |
| **Date:** | Tuesday, January 10, 2017 12:09:59 |

Dear Customer:

At DICK'S Sporting Goods, we operate on a simple belief: sports make people better. That's why we are always pursuing new ways to reach our customers and visitors who love sports as much as we do. In light of our continued growth we have made some updates to our Privacy Policy and Terms of Use.

While you should review the entire Privacy Policy and Terms of Use, some key changes include:

- Reorganization and clarification of our terms

- Revision of the arbitration agreement that explains how legal disputes are handled

Under the terms of the arbitration provision, claims will be resolved by individual (and not class-wide) arbitration. The arbitration provision will apply to you unless you opt out by providing timely notice as set forth in the Terms of Use.

The updated Privacy Policy and Terms of Use go into effect February 12, 2017.

To view the full Privacy Policy please click here and to view the full Terms of Use, please click here.

# Exhibit B

| | |
|---|---|
| **From:** | DICK"S Sporting Goods |
| **To:** | |
| **Subject:** | [I proof|T] [ListID: 1014937481][01.11]Update on our Privacy Policy and Terms of Use |
| **Date:** | Tuesday, January 10, 2017 12:09:59 |

Dear Customer:

At DICK'S Sporting Goods, we operate on a simple belief: sports make people better. That's why we are always pursuing new ways to reach our customers and visitors who love sports as much as we do. In light of our continued growth we have made some updates to our Privacy Policy and Terms of Use.

While you should review the entire Privacy Policy and Terms of Use, some key changes include:
Revision of the arbitration agreement that explains how legal disputes are handled

Under the terms of the arbitration provision, claims will be resolved by individual (and not class-wide) arbitration. The arbitration provision will apply to you unless you opt out by providing timely notice as set forth in the Terms of Use.

The updated Privacy Policy and Terms of Use go into effect February 12, 2017.

To view the full Privacy Policy please click here: https://protect-eu.mimecast.com/s/tP6EClYWWCDGR4MCGutZ-?domain=link.dcsg.com
To view the full Terms of Use, please click here: https://protect-eu.mimecast.com/s/vtt9CmZWWfGXy4MSOnBb6?domain=link.dcsg.com

[[0Z1CUP-CTKA9-D5-P14V-ID-T-M2-20170110-ac9bc33a106fb44bf0]]