# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Pittsburgh Division

| | |
|---|---|
| **WILLIAM HANNUM,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 2:21-cv-00997-CB |
| ) | |
| **THE RETAIL EQUATION, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DISMISSING ACTION WITH PREJUDICE

Based upon the Parties' Joint Notice Regarding Dismissal with Prejudice, and pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ORDERED that this action is hereby dismissed with prejudice as to all Defendants with respect to Plaintiffs' individual claims and without prejudice with respect to the claims of the putative class.

**IT IS SO ORDERED.**

Dated: December 1, 2023

　s/Cathy Bissoon
HON. CATHY BISSOON
UNITED STATES DISTRICT JUDGE